**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* ______ Chapter 11

FILED
DEC 29 2025
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | C.D.S. Moving Equipment, Inc. | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | CDS Packaging Solutions | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 95-4180729 | |
| 4. | **Debtor's address** | **Principal place of business**<br>375 W. Manville St.<br>Compton, CA 90220<br>Number, Street, City, State & ZIP Code<br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor **CDS Packaging Solutions** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **CDS Packaging Solutions** Case number (*if known*) ____________
Name

List all cases. If more than 1, attach a separate list

Debtor ____________ Relationship ____________
District ____________ When ____________ Case number, if known ____________

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ____________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____________

**Where is the property?** ____________

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ____________

Contact name ____________

Phone ____________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor ______________________ Case number (if known) ______________________
Name

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/29/2025
MM / DD / YYYY

✘ [signature]
Signature of authorized representative of debtor

MICHAEL DENNIS BARWICK
Printed name

Title President + CEO

**18. Signature of attorney**

✘ ______________________
Signature of attorney for debtor

Date ____________
MM / DD / YYYY

Printed name

Firm name

Number Street

City State ZIP Code

Contact phone Email address

Bar number State

**Fill in this information to identify the case:**

Debtor name CDS Moving & Equipment, Inc

United States Bankruptcy Court for the: Central District of CA (State)

Case number (If known): ____________

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | McKinley Packaging<br>PO Box 744534<br>Atlanta, GA | Attn: Corporate Officer<br>Lorraine Valdez<br>lorraine.valdez@mckinleypg.com | | | | | $970,914 |
| 2 | American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | Norma Yanez<br>623-492-1489 | | | | | $650,900 |
| 3 | Dext Capital<br>5500 Meadows Road Suite 300<br>Lake Oswego, OR 97035 | ATTN: Ilona Osherov<br>971-348-4882<br>dextcapital.com | | | | | $203,946 |
| 4 | Comref SO CA Industrial Sub<br>62605 Collections Dr<br>Chicago, IL 60693-0626 | Attn: Corporate Officer | | | | | 1,880,000 |
| 5 | Quingdao Wing<br>East Part of Lan Ma Road<br>Park Jiao Zhou City Quindao<br>Shandong Provionce | Attn: Corporate Officer | | | | | $165,000 |
| 6 | Primetac / Adherex Group<br>223 Gates Rd Ste B<br>Little Ferry, NJ 07643-1900 | Attn: Corporate Officer | | | | | $124,817 |
| 7 | Oracle America<br>2300 Oracle Way<br>Austin, TX 78741 | Attn: Corporate Officer | | | | | $57,270 |
| 8 | General Works Products<br>14401 Industry Cr<br>La Mirada, CA 41645-1220 | Attn: Corporate Officer | | | | | $54,484.76 |

Debtor CDS Moving & Equipment, Inc
Name

Case number (if known)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Tripaq<br>PO Box 101917<br>Pasadena, CA 91189-1917 | Attn: Corporate Office<br><br>customer-service@new-indy.com | | | | | $47,100 |
| 10 | BRE Delta Industrial Sacramento | Attn: Kevin Montee<br>kmontee@monteefirm.com<br>925-979-5579 | | | | | $117,221 |
| 11 | ICON IPC Property Owner<br>1700 Broadway, Suite 640<br>Denver, CO 80290 | Attn: Michael Schlepp<br>mschlepp@s-d.com<br>303-399-3000 | | | | | $490,499 |
| 12 | Hayward Industrial<br>PO Box 6149<br>Hicksville, NY 11802 | Attn:Corporate Officer | | | | | 124,456 |
| 13 | Packaging Corp of America<br>1 North Field Court<br>Lake Forest, Il 60045 | Attn: Jack Mauro<br>847-482-4545 | | | | | $45,000 |
| 14 | Vibac Canada<br>12250 Blvd Industriel<br>Montreal, Qc. H1B 5M5 | Attn: Corporate Officer<br>800-557-0192 | | | | | 61,833 |
| 15 | Magis<br>Via Ponte Cerretano, 24<br>50050 Cerreto Guidi (FI)<br>Italy | Attn: Giovanni De Lucia | | | | | $109,500 |
| 16 | Prime Converting<br>9121 Pittsburgh Ave<br>Rancho Cucamonga, CA 91730 | Attn: Corporate Officer<br>909-476-9500 | | | | | $55,970 |
| 17 | Colson Group<br>2121 Barnhill Rd<br>Jonesboro, AR 72401 | Attn: Corporate Officer<br>870-910-2301 | | | | | $26,948 |
| 18 | Blower Dempsey<br>4042 W Garry Ave<br>Santa Ana, CA 92704 | Attn: Corporate Officer<br>714-619-8912 | | | | | $124,166 |
| 19 | Coyote Logistics<br>2545 W. Diversey Ave<br>Chicago, IL 80647 | Attn: Corporate Officer'<br>773-598-4658 | | | | | $58,390 |
| 20 | PolyAir<br>330 Humberline Drive<br>Toronto, ON M9W 1R5 | Attn: Corporate Officer<br>437-837-2509 | | | | | $20,425 |

**STATEMENT REGARDING COMPANY HISTORY, OPERATIONAL FOUNDATION, AND CIRCUMSTANCES NECESSITATING COURT INTERVENTION**

I submit this statement to provide context regarding the history, operational foundation, and current circumstances of C.D.S. Moving Equipment, Inc., doing business as CDS Packaging Solutions ("CDS" or the "Debtor"), and to explain why the Debtor has sought the protection and supervision of this Court.

CDS is a California-based operating company that has served the moving, storage, logistics, and packaging industries for nearly fifty years. Over that time, CDS built a reputation as a reliable supplier of essential packaging materials, equipment, and logistics support to customers across multiple states. The company's longevity was achieved through consistent reinvestment, long-standing vendor relationships, and a workforce deeply experienced in its operations.

As of the petition date, CDS employs approximately sixty-five (65) employees, many of whom have been with the company for years and whose livelihoods depend on the continuity of CDS's operations. CDS also maintains an established base of repeat customers and vendors who rely on the company for timely delivery of mission-critical products. Prior to the events described below, CDS remained operationally viable, with active customer demand, functioning facilities, and a workforce prepared to continue servicing the business.

The disruption that ultimately forced CDS to seek relief under Chapter 11 was not caused by a collapse in demand, mismanagement, or an absence of operational capability. Rather, it arose from a sudden and sustained liquidity crisis caused by the Debtor's asset-based lender ("ABL").

Despite holding first-priority liens on substantially all of the Debtor's assets and exercising daily dominion over CDS's cash through a lockbox and sweep structure, the ABL materially restricted and, at times, refused to advance funds necessary to meet ordinary-course operating expenses. At the same time the lender continued to sweep incoming receivables, CDS was left without sufficient access to working capital to fund payroll, insurance, inventory purchases, and other critical obligations required to operate the business as a going concern.

This imbalance—where the lender swept substantially all cash proceeds while declining to fund operating needs—placed CDS in an untenable position. The company was forced to choose between compliance with lender controls and the basic requirements of sustaining operations, employees, and customer commitments. Over time, this funding refusal disrupted vendor confidence, constrained inventory availability, and impaired the Debtor's ability to fully meet market demand, despite the underlying business remaining sound.

Importantly, CDS did not seek Chapter 11 to abandon its obligations or to delay creditors unnecessarily. To the contrary, the Debtor filed in order to stabilize operations, preserve jobs, protect

enterprise value, and ensure that all stakeholders—employees, customers, vendors, and creditors—are treated in an orderly and transparent manner under the supervision of this Court.

With reasonable access to working capital and the protections afforded by Chapter 11, CDS believes it can restore normalized purchasing, rebuild inventory levels, reaffirm vendor relationships, and continue serving its customers while pursuing a restructuring or recapitalization that maximizes value for the estate.

In short, CDS enters this case with a real operating business, a committed workforce, an established customer base, and meaningful enterprise value. The disruption that necessitated this filing arose from external funding constraints rather than a failure of the business itself. Court oversight is essential to ensure that the Debtor can operate on a fair and balanced basis while it works toward a sustainable path forward.

I submit this statement with respect for the Court and with appreciation for the protections Chapter 11 provides to businesses seeking rehabilitation rather than liquidation.

Respectfully submitted,

Dennis Barwick
President & Chief Executive Officer
C.D.S. Moving Equipment, Inc.
d/b/a CDS Packaging Solutions

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

FOR COURT USE ONLY

California State Bar Number:

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

**CDS Packaging Solutions**

CASE NO.:

CHAPTER: **11**

**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 32 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: / /

Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:

Signature of Attorney for Debtor (if applicable)

CDS Packaging Solutions
375 W. Manville St.
Compton, CA 90220

Robert E. Opera
Winthrop Golubow Hollander, LLP
1301 Dove Street, Suite 500
Newport Beach, CA 92660

303 Networks, Inc.
Attn: Corporate Officer
14766 N. Maywood Ct.
Brighton, CO 80603

AAA Oil Inc.
dba California Fuels and Lubricants
Attn: Corporate Officer
11621 Westminster Ave.
Garden Grove, CA 92843

Affordable Box Co.
Attn: Corporate Officer
865 Highway 33 Ste 3
Freehold, NJ 07728-8475

Air Compressor
dba Kimberly P. Parker
Attn: Corporate Officer
34428 Yucaipa Blvd Ste. # 242
Yucaipa, CA 92399

Amcon Foam
Attn: Corporate Officer
1510 Nelson Rd Unit A
Longmont, CO 80501

American Express Credit Card
Attn: Corporate Officer

American Propane Inc.
Attn: Corporate Officer
PO Box 44862
Los Angeles, CA 90044

Ancra International LLC
Attn: Corporate Officer
25591 Network Pl
Chicago, IL 60673-1255

Arentfox Schiff LLP
Attn: Corporate Officer
233 South Wacker Drive Suite 7100
Chicago, IL 60606

Assurehire, Inc.
Attn: Corporate Officer
2206 Plaza Dr Ste #100
Rocklin, CA 95765

AT&T (COMPTON)
Attn: Corporate Officer
PO Box 5019
Carol Stream, IL 60197-5019

AT&T (TDI)
Attn: Corporate Officer
PO Box 5019
Carol Stream, IL 60197-5019

AT&T Chicago
Attn: Corporate Officer
PO Box 5019
Carol Stream, IL 60197-5019

AT&T Mobility
Attn: Corporate Officer
PO Box 6463
Carol Stream, IL 60197-6463

Atlantic Paper Company
Attn: Corporate Officer
PO Box 160
Lancaster, TX 75154

Atlas Sales & Marketing
Attn: Corporate Officer
PO Box 565
Niwot, CO 80544-0565

Avalara, Inc.
Attn: Corporate Officer
Dept Ch 16781
Palatine, IL 60055-0001

B&P Manufacturing Inc.
Attn: Corporate Officer
8051 E 34 Rd
Cadillac, MI 49601-9013

Bank of the West
201 N Civic Dr Ste 360B
Walnut Creek, CA 94596-3896

Betts Trucks Parts & Service
Attn: Corporate Officer
PO Box 102165
Pasadena, CA 91189-2165

Blue Beacon International, Inc.
Attn: Corporate Officer
PO Box 856
Salina, KS 67402-0856

Bocks Board Packaging of Texas Inc.
Attn: Corporate Officer
1520 E Wintergreen Rd
Hutchins, TX 75141-4228

Box Partners, LLC
Attn: Corporate Officer
2650 Galvin Drive
Elgin, IL 60124

Boyer-Rosene Mov & Strg Inc.
Attn: Corporate Officer
2638 S Clearbrook Dr
Arlington Heights, IL 60005-4626

BSB Leasing, inc.
6 Inverness Ct E Ste 125
Englewood, CO 80112-5512

C T Corporation System, As Rep.
Attn: SPRS
330 N Brand Blvd., Suite 700
Glendale, CA 91203

Califoam Products, Inc.
Attn: Corporate Officer
10775 Silicon Ave
Montclair, CA 91763-6022

California Water Service Co.
Attn: Corporate Officer
PO Box 940001
San Jose, CA 95194-0001

Caltex Plastics
Attn: Corporate Officer
PO Box 58546
Vernon, CA 90058-0546

Centerpoint Energy
Attn: Corporate Officer
PO Box 4981
Houston, TX 77210-4981

Chateau Products, LLC
Attn: Corporate Officer
1820 47th Ter E
Bradenton, FL 34203-3773

Citistaff Solutions, INC
Attn: Corporate Officer
PO Box 845510
Los Angeles, CA 90084-5510

City of North Las Vegas (Utilities)
Attn: Corporate Officer
PO Box 360118
North Las Vegas, NV 89036-0118

Clark Foam Products Corp.
Attn: Corporate Officer
655 Remington Blvd
Bolingbrook, IL 60440-4822

CMSA
Attn: Corporate Officer
10900 E. 183rd Street # 300
Cerritos, CA 90703

Colson Group USA
Attn: Corporate Officer
4451 Eucalyptus Ave #340
Chino,, CA 91710

Colson Group USA
Attn: Corporate Officer
91346 Collection Center Drive
Chicago, IL 60693-0001

Comcast Business
Attn: Corporate Officer
NEED ADDRESS

Comed - Chicago
Attn: Corporate Officer
PO Box 6111
Carol Stream, IL 60197-6111

Computer Ease Rental
Attn: Corporate Officer
PO Box 128
Dousman, WI 53118-0128

Comref So CA Industrial Sub G
Attn: Corporate Officer
62605 Collections Drive
Chicago, IL 60693-0626

Comref So CA Industrial Sub G (Compton R
Attn: Corporate Officer
62605 Collections Drive
Chicago, IL 60693-0626

Constellation New Energy, Inc
Attn: Corporate Officer
PO Box 5471
Carol Stream, IL 60197-5471

Continental Western Corp.
Attn: Corporate Officer
PO Box 2418
San Leandro, CA 94577-0241

Core Personnel Staffing Svs, LLC
Attn: Corporate Officer
10635 Control Pl.
Dallas, TX 75238

Corodata Shredding, Inc,
Attn: Corporate Officer
PO Box 846137
Los Angeles, CA 90084-6137

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

Coyote Logistics, Inc.
Attn: Corporate Officer
960 North Point Pkwy Ste 150
Alpharetta, GA 30005-4123

Cps Energy
Attn: Corporate Officer
PO Box 2678
San Antonio, TX 78289-0001

Crown Lift Trucks
(Crown Equipment Corp)
Attn: Corporate Officer
PO Box 641173
Cincinnati, OH 45264-1173

Cummins & White, LLP
Attn: Corporate Officer
2424 Se Bristol St Ste 300
Newport Beach, CA 92660-0764

Custom Label & Decal, LLC
Attn: Corporate Officer
7800 Paterson Pass Road
Livermore, CA 94550

Cybersource Corporation
Attn: Corporate Officer
PO Box 742842
Los Angeles, CA 90074-2842

Dana Mackie
Attn: Corporate Officer
16 Sanderling Lane
Aliso Viejo, CA 92656

Deline Box Co
Attn: Corporate Officer
3700 Lima St
Denver, CO 80239

Denver Pallets Inc
Attn: Corporate Officer
11500 Wright Road
Lynwood, CA 90262

Dext Capital LLC
Attn: Corporate Officer
PO Box 74007351
Chicago, IL 60674-7351

DMV
Attn: Corporate Officer
PO Box 942897
Sacramento, CA 94297-0897

DMV - Pull Notice
Attn: Corporate Officer
PO Box 825339
Sacramento, CA 94232-5339

DRA G&I Fund IX Industrial LLC
Attn: Corporate Officer
PO Box 206812
Dallas, TX 75320-6812

DUTRO COMPANY
Attn: Corporate Officer
675 N 600 W Ste 2
Logan, UT 84321-3197

E Z Hauler Products, LLC
Attn: Corporate Officer
26231 Crown Ranch Blvd.
Montgomery, TX 77316

Elkay Plastics Co - Denver
Attn: Corporate Officer
14600 E 35th Place, Unit D
Aurora, CO 80011

Elkay Plastics Co - Denver
Attn: Corporate Officer
PO Box 51103
Los Angeles, CA 90051-5403

Elkay Plastics Co. Inc
Attn: Corporate Officer
PO Box 51103
Los Angeles, CA 90051-5403

Empire Container Corporation
Attn: Corporate Officer
1161 E Walnut St
Carson, CA 90746-1317

Empire Staple Co.
Attn: Corporate Officer
200 E. 55th Ave., Suite 100
Denver, CO 80216

Employer Solutions Staffing Group.
Attn: Corporate Officer
7201 Metro Blvd
Edina, MN 55439-1323

EOSlift Usa Corporation
Attn: Corporate Officer
1590 S Milliken Ave Ste H
Ontario, CA 91761-2326

Escalera Inc
Attn: Corporate Officer
PO Box 1359
Yuba City, CA 95992-1359

Express Toll
Attn: Corporate Officer
E-470 Public Highway Authority
Aurora, CO 80018

F.J. Smith Sales Co., Inc.
Attn: Corporate Officer
6815 E Washington Blvd
Los Angeles, CA 90040-1905

Fedex Compton
Attn: Corporate Officer
PO Box 7221
Pasadena, CA 91109-7321

Ferrell Gas, L.P.
Attn: Corporate Officer
PO Box 173940
Denver, CO 80217-3940

Financial Federal Credit Inc.
7 Corporate Park Ste 240
Irvine, CA 92606-5157

First Choice (Sacramento)
Attn: Corporate Officer
4680 Pell Dr Ste A
Sacramento, CA 95838-2082

Fleenor Company Inc **Do Not Use**
Attn: Corporate Officer
Dept #33927
PO Box 39000
San Francisco, CA 94139

Fleenor Paper Company
Attn: Corporate Officer
Dept. # 133927
San Francisco, CA 94139-0001

FMH Material Handling Solutions
Attn: Corporate Officer
PO Box 5052
Denver, CO 80217

For2fi, Inc.
Attn: Corporate Officer
PO Box 79428
North Dartmouth, MA 02747-0986

Frank W. Winnie Inc
Attn: Corporate Officer
521 Fellowship Rd Ste 115
Mount Laurel, NJ 08054-3413

Frontier
Attn: Corporate Officer
PO Box 740407
Cincinnati, OH 45274-0407

GDR Group Inc
Attn: Corporate Officer
3 Park Plaza Suite 1700
Irvine, CA 92614

General Work Products D.B.A. Of GWP Bish
Attn: Corporate Officer
14401 Industry Cir
La Mirada, CA 41645-1220

General Work Products D.B.A. Of GWP Bish
Attn: Corporate Officer
2301 Commerce Street Ste 110
Houston, TX 77002-2417

Global Venture
Attn: Corporate Officer
7412 S. 262nd Street
Kent, WA 98032

Grainger
Attn: Corporate Officer
Dept 816404016
Palatine, IL 60038-0001

Graphics 2 Press
Attn: Corporate Officer
3321-A Dalworth St
Arlington, TX 76011

Groot Industries, Inc.
Attn: Corporate Officer
PO Box 742695
Cincinnati, OH 45274-2695

Hartford Insurance
Attn: Corporate Officer
Hartford, CT 06104-2907

Hayward M Industrial LLC
Attn: Corporate Officer
Hicksville, NY 11802-6149

HBM Supply (Denver)
Attn: Corporate Officer
4801 East 39th St
Denver, CO 80207

HBM Supply (San Diego)
Attn: Corporate Officer
San Diego, CA 92126-6312

Home Depot Credit Serv Corp
Attn: Corporate Officer
PO Box 9001030
Louisville, KY 40290-1030

ICON IPC Property Owner Pool 6
Attn: Corporate Officer
NEED ADDRESS

ICON IPC Property Owner Pool 6
Attn: Corporate Officer

Inland Lease & Rental Inc.
Attn: Corporate Officer
1600 Washington Blvd
Montebello, CA 90640-5422

Intercon Paper
Attn: Corporate Officer
4545 Leston St
Dallas, TX 75247

International Paper Denver
Attn: Corporate Officer
PO Box 676765
Dallas, TX 75267-6565

International Paper - Bell
Attn: Corporate Officer
PO Box 31001-0780
Pasadena, CA 91110-0780

International Paper - Carson
Attn: Corporate Officer
PO Box 31001-0780
Pasadena, CA 91110-0780

International Paper - Chicago
Attn: Corporate Officer
PO Box 31001-0780
Pasadena, CA 91110-0780

International Paper - Exeter
Attn: Corporate Officer
PO Box 31001-0780
Pasadena, CA 91110-0780

J.B. Hunt Transport, Inc.
Attn: Corporate Officer
615 J.B. Hunt Corporate Drive
Lowell, AR 72745

Jesse White Secretary Of State
Attn: Corporate Officer
501 S. 2nd Street
Springfiled, IL 62756-5510

Jl Freight Line, Llc
Attn: Corporate Officer
1187 N Willow Ave
Clovis, CA 93611-4411

Jm Equipment Co., Inc.
Attn: Corporate Officer
PO Box 396065
San Francisco, CA 94139-6065

JP Morgan Chase Bank, NA
1111 Polaris Pkwy, Suite 4N
Columbus, OH 43240

JPMorgan Chase Bank, N.A.
10 S. Dearborn, Floor L2, IL 1-1145
Chicago, IL 60603-2300

Key Container Company Inc.
Attn: Corporate Officer
4224 Santa Ana St
South Gate, CA 90280-2557

Komar Alliance, LLC
dba Papercutters
Attn: Corporate Officer
PO Box 844437
Los Angeles, CA 90084-4437

Komatsu Forklift Usa, Llc
Attn: Corporate Officer
15868 Collections Center Dr.
Chicago, IL 60693-0001

Konica Minolta (2000183630)
Attn: Corporate Officer
PO Box 100706
Pasadena, CA 91189-0706

Konica Minolta Business Solutions
U.S.A. Inc.
PO Box 728
Park Ridge, NJ 07656

Kpack
Attn: Corporate Officer
2122 W Flotilla St
Montebello, CA 90640-4961

Lakehead Newsprint Ltd (D.B.A. Of James
Attn: Corporate Officer
100 Main St Ste 101
Thunder Bay, ON P7B 6R9

Laminated Industries Inc
Attn: Corporate Officer
2000 Brunswich Ave
Linden, NJ 07036

Lien Solutions
PO Box 29071
Glendale, CA 91209-9071

Lolita V. Leblanc
1696 Wagner Street
Pasadena, CA 91106

Lumber City Corp.
dba Neiman Reed Lumber
Attn: Corporate Officer
PO Box 849803
Los Angeles, CA 90084-9803

Luttrell Engraving Inc.
Attn: Corporate Officer
5000 W 128th Pl
Alsip, IL 60803-3230

Manufacturers Warehouse
Attn: Corporate Officer
11475 E. 53rd Ave Unit 160
Denver, CO 80239

Maximum Fastners Inc.
Attn: Corporate Officer
14107 Dinard Ave
Sante Fe Springs, CA 90670

Mckinley Packaging La Company
Attn: Corporate Officer
PO Box 744534
Atlanta, GA 30374-4534

Mechanical Plastics Corp
Attn: Corporate Officer
110 Richards Ave
Norwalk, CT 06854-1685

Melcher Manufacturing Co. Inc
Attn: Corporate Officer
PO Box 11857
Spokane, WA 99211-1857

Milburn Printing
Attn: Corporate Officer
120-A Wilbur Place
Bohemia, NY 11716

Misc Vendors

Mountain States Plastics, Inc
Attn: Corporate Officer
3 Industrial Park
Johnstown, CO 80534

Nanjing Dp International Co., Ltd.
Attn: Corporate Officer
Room 1513 Times Center
1704 Shuanglong RD Jianging Distric
Jiangsu Province

Neil's Stationery Inc.
Attn: Corporate Officer
PO Box 8878
Fountain Valley, CA 92728-8878

New Mexico Gas Company
Attn: Corporate Officer
PO Box 27885
Albuquerque, NM 87125-7885

Nissan Motor Acceptance
8900 Freeport Pkwy
Irving, TX 75063-2409

North Park Transportation Co
Attn: Corporate Officer
5150 Columbine St
Denver, CO 80216

Nrg Maintenance Co.
Attn: Corporate Officer
PO Box 231
Bellflower, CA 90707-0231

NV Energy
Attn: Corporate Officer
PO Box 30086
Reno, NV 89520-3086

ODP Business Solutions LLC
(Office Depot)
Attn: Corporate Officer
PO Box 633204
Cincinnati, OH 45263-3204

Oracle America, Inc
Attn: Corporate Officer
2300 Oracle Way
Austin, TX 78741

Orion Plastics Corporation
Attn: Corporate Officer
Pasadena, CA 91189-0005

Pacific Cargo Control, Inc.
Attn: Corporate Officer
Tualatin, OR 97062-8881

Pacific Coast Bach Label Co.
Attn: Corporate Officer
Los Angeles, CA 90007-3814

Pacific Equipment Solutions
Attn: Corporate Officer
PO Box 7685
Fremont, CA 09453-7768

Packaging Corporation Of
America Denver
Attn: Corporate Officer
36596 Treasury Center
Chicago, IL 60694-6500

Packaging Corporation Of America
Attn: Corporate Officer
19570 E. San Jose Ave.
City Of Industry, CA 91748

Pallet Direct, Inc.
Attn: Corporate Officer
PO Box 11059
Naples, FL 34101-1059

Paramount Saw LLC
Attn: Corporate Officer
16493 Paramount Blvd.
Paramount, CA 90723

Parkhouse Tire, Inc
Attn: Corporate Officer
PO Box 2430
Bell Gardens, CA 90201

Parr Lumber
Attn: Corporate Officer
PO Box 989
Chino, CA 91708-0989

Partners Personnel Management
Services, LLC
Attn: Corporate Officer
3820 State St Ste B
Santa Barbara, CA 93105

Partners Personnel Management
Services, LLC
Attn: Corporate Officer
10065 E. Harvard Ave.
Denver, CO 80231

PBE, LLC
Attn: Corporate Officer
4320 Eastpark Dr
Houston, TX 77028-5920

Penn Elcom Inc.
Attn: Corporate Officer
7465 Lampson Ave,
Garden Grove, CA 92841

Penske (Albuquerque)
Attn: Corporate Officer
PO Box 7429
Pasadena, CA 91109-7429

Penske (Carrollton-Pioneer)
Attn: Corporate Officer

Penske (Chicago)
Attn: Corporate Officer
PO Box 802577
Chicago, IL 60680-2577

Penske (Compton)
Attn: Corporate Officer
PO Box 7429
Pasadena, CA 91110-7429

Penske (Hayward)
Attn: Corporate Officer
PO Box 7429
Pasadena, CA 91110-7429

Penske (Sacramento)
Attn: Corporate Officer
PO Box 7429
Pasadena, CA 91110-7429

Penske (San Antonio)
Attn: Corporate Officer
PO Box 802577
Chicago, IL 60680-2577

Penske (Vegas)
Attn: Corporate Officer
PO Box 7429
Pasadena, CA 91110-7429

Performance Heating & Air Inc.
Attn: Corporate Officer
602 Sidwell Ct Ste R
Saint Charles, IL 60174-3422

Pestgon, Inc.
Attn: Corporate Officer
3612 Ocean Ranch Blvd
Oceanside, CA 92056-2669

Petro Distributors, Inc.
Attn: Corporate Officer
21515 Hawthorne Blvd. Suite 200
Torrance, CA 90503

PG&E /Sacramento
Attn: Corporate Officer
PO Box 997300
Sacramento, CA 95899-7300

Pioneer Packing Inc.
Attn: Corporate Officer
2430 S Grand Ave
Santa Ana, CA 92705-5211

Pitney Bowes (Chicago & Vegas)
Attn: Corporate Officer
PO Box 371887
Pittsburgh, PA 15250-7887

PNM Electric
Attn: Corporate Officer
PO Box 27900
Albuquerque, NM 87125-7900

Poly-Corr Industries Inc.
Attn: Corporate Officer
13801 Magnolia Ave
Chino, CA 91710-7028

Polyair Packaging Inc.
Attn: Corporate Officer
c/o 4604 Payshere Circle
Chicago, IL 60674-4604

PolyChem (6138800)
Attn: Corporate Officer
Po Box 901716
Cleveland, OH 44190-1716

Prairie View Industries, Inc.
Attn: Corporate Officer
Fairbury, NE 68352-1355

Pratt Industries Inc.
Attn: Corporate Officer
PO Box 933949
Atlanta, GA 31193-3949

Pregis Corp.
Attn: Corporate Officer
PO Box 100812
Pasadena, CA 91189-0812

Price Transfer Inc.
Attn: Corporate Officer
2711 E Dominguez St
Long Beach, CA 90810-1352

Prime Converting
Attn: Corporate Officer
9121 Pittsburgh Ave
Rancho Cucamonga, CA 91730-5549

Prime Converting
Corporation Of Georgia
Attn: Corporate Officer
6175 Boatrock Blvd. Suite A
Altanta, GA 30336

Primetac (Adherex Group)
Attn: Corporate Officer
223 Gates Rd Ste B
Little Ferry, NJ 07643-1900

Prodrivers
Attn: Corporate Officer
PO Box 102409
Atlanta, GA 30368-2409

Pure Water Center, Inc.
Attn: Corporate Officer
25876 The Old Rd # 312
Stevenson Ranch, CA 91381-1711

Qingdao Wing Cheong Tai Cargo Control Co
Attn: Corporate Officer
East Part of Lan Ma Rd, Jiao Lai Town
Indus. Park Jiao Zhou City Quingdao
Shandong Province

Qspac Industries Inc
Attn: Corporate Officer
15020 Marquardt Ave
Santa Fe Springs, CA 90670-5704

Quench USA, Inc.
Attn: Corporate Officer
PO Box 735777
Dallas, TX 75373-5777

Quirk & Kids Logistics, LLC
dba Rhode Sense
Attn: Corporate Officer
2510 Chili Ave. Suite 3
Rochester, NY 14624

Ramos Oil Company, Inc
Attn: Corporate Officer
PO Box 401
West Sacramento, CA 95691-0401

Raymond Handling Concepts Corp
Dba Raymond West
Attn: Corporate Officer
PO Box 7678
San Francisco, CA 94120-7678

Republic Services (Vegas)
Attn: Corporate Officer
Po Box 78829
Phoenix, AZ 85062-8829

Republic Services - (Sacramento)
Attn: Corporate Officer
Po Box 78829
Phoenix, AZ 85062-8829

Republic Services - Compton
Attn: Corporate Officer
PO Box 78829
Phoenix, AZ 85062-8829

Robert Half Inc
Attn: Corporate Officer
Po Box 743295
Los Angeles, CA 90074

Rush Truck Leasing, Inc.
Attn: Corporate Officer
Po Box 34630
San Antonio, TX 78265-4630

San Gabriel Temp Staffing(Sac)D.B.A. Lab
Attn: Corporate Officer
Po Box 900
Kearney, MO 64060-0900

SB&T Graphics
Attn: Corporate Officer
1574 San Juan Dr
Brea, CA 92821-1837

SC Fuels (0041598)
Attn: Corporate Officer
Po Box 14014
Orange, CA 92863-1414

Service Uniform
Attn: Corporate Officer
2580 S Raritan Street
Englewood, CO 80110

Singer Lewak (Aces & Arrows)
Attn: Corporate Officer
10960 Wilshire Blvd Fl 7
Los Angeles, CA 90024-3710

Singer Lewak (Ryan Sidor)
Attn: Corporate Officer
10960 Wilshire Blvd Fl7
Los Angeles, CA 90024-3710

Singer Lewak Accountants & Consult.
Attn: Corporate Officer
10960 Wilshire Blvd Suite 1100
Los Angeles, CA 90024-3710

Sio Logistics LLC
Attn: Corporate Officer
550 Reserve St. Suite 190
Southlake, TX 76092

Smurfit Kappa North America Llc
Attn: Corporate Officer
Po Box 660367
Dallas, TX 75266-0367

Smurfit Kappa North America Llc - Von Or
Attn: Corporate Officer
Po Box 1359
Von Ormy, TX 78073-1359

So California Edison - Esplanade
Attn: Corporate Officer
PO Box 600
Rosemead, CA 91770-0600

Socalgas
Attn: Corporate Officer
Po Box C
Monterey Park, CA 91756-5111

Southern Counties Lubricants
Attn: Corporate Officer
Po Box 5765
Orange, CA 92863-5765

Southern Nevada A/C & Heating
Attn: Corporate Officer
3925 W Hacienda Ave Ste 106
Las Vegas, NV 89118-1788

Spectrum Business
Attn: Corporate Officer
Po Box 60074
City Of Industry, CA 91716-0074

Sps Commerce
Attn: Corporate Officer
333 S. 7th Street, Ste 1000
Minneapolis, MN 55402

Staples Advantage #La 10004198
Attn: Corporate Officer
Po Box 105638
Atlanta, GA 30348-5638

Sterling Manuf & Distributing
Attn: Corporate Officer
150 Bennington
Houston, TX 77022

Stevens Appliance Truck Co.
Attn: Corporate Officer
Po Box 897
Augusta, GA 30903-0897

Storopak Inc.
Attn: Corporate Officer
Location 00207 Dept. C
Cincinnati, OH 45264-0207

Sunset Ladder Co
Attn: Corporate Officer
2526 Rosemead Blvd
South El Monte, CA 91733-1523

Surestaff, LLC
Attn: Corporate Officer
7083 Solution Center
Chicago, IL 60677-7000

Surface Shields, Inc.
Attn: Corporate Officer
27664 Network Pl
Chicago, IL 60673-1276

Terex Usa, LLC
Attn: Corporate Officer
12506 Collections Center Drive
Chicago, IL 60693-0001

The C.H. Hanson Company
Attn: Corporate Officer
2000 N Aurora Rd
Naperville, IL 60563-8793

Thomas Petroleum, LLC(Pilot Thomas Logis
Attn: Corporate Officer
Po Box 677289
Dallas, TX 75267-7289

TNT Wholesalers Inc
Attn: Corporate Officer
2901 W. Coast Hwy #200
Newport Beach, CA 92663

Toyota Motor Credit Corp
PO Box 3457
Torrance, CA 90510-3457

Trade Of Amta, Inc. Dba Boxer Tools
Attn: Corporate Officer
9643 Santa Fe Springs Rd
Santa Fe Springs, CA 90670-2917

Tree House
Attn: Corporate Officer
2341 Pomona Rd Ste 108
Corona, CA 92878-4373

Triad Product Finishing Inc
Attn: Corporate Officer
1440 S Hwy 121 Ste 13
Lewisville, TX 75067-5910

Trio Pines U.S.A. Inc.
Attn: Corporate Officer
6655 Knott Ave.
Buena Park, CA 90620-1129

Tripaq
Attn: Corporate Officer
Po Box 101917
Pasadena, CA 91189-1917

TRM Manufacturing, Inc.
Attn: Corporate Officer
Po Box 77520
Corona, CA 92877-0117

Truck Trailer Mobile Service
Attn: Corporate Officer
Po Box 125
Orangevale, CA 95662-0125

Tube Tainer Inc.
Attn: Corporate Officer
8174 Byron Rd
Whittier, CA 90606-2616

Tytan International LLC
Attn: Corporate Officer
16240 W 110th St
Lenexa, KS 66219-1312

Uline Inc.
Attn: Corporate Officer
Po Box 88741
Chicago, IL 60680-1741

Ultrapak Packaging
Attn: Corporate Officer
4345 Confederate Way
Macon, GA 31217-4719

Unifirst Corporation - Sacramento
Attn: Corporate Officer
4630 Beloit Dr. Suite 40
Sacramento, CA 95838

Unifirst Corporation -Las Vegas
Attn: Corporate Officer
568 Parkson Rd
Henderson, NV 89011-4022

Uniform Ready D.B.A. Of Axis Express Hol
Attn: Corporate Officer
820 N. Main St. #1023
Salado, TX 76513

United Brokerage Pk- Ga
Attn: Corporate Officer
C-O Accounts Receivable Po Box 1866
Augusta, GA 30903-1866

Universal Packaging Corporation
Attn: Corporate Officer
11440 E. 56th Ave. Suite 100
Denver, CO 80239

UPS #929569 (Compton)
Attn: Corporate Officer
Po Box 894820
Los Angeles, CA 90189-4820

Vav Paper
Attn: Corporate Officer
PO Box 683
Addison, IL 60101-0683

VCT Visual Color Technologies
Attn: Corporate Officer
345 Paseo Tesoro
Walnut, CA 91789

Veritiv Operating Company
Attn: Corporate Officer
PO Box 57006
Los Angeles, CA 90074-7006

VIBAC Canada, Inc.
Attn: Corporate Officer
12250 Boul Industriel
Quibec Canada H1B 5M5

Waste Management Hayward
Attn: Corporate Officer
PO Box 541065
Los Angeles, CA 90054-1065

Waste Management Inc
Attn: Corporate Officer
As Payment Agent
PO Box 7400
Pasedena, CA 91109-7400

Wells Fargo
300 Tri-State International
Suite 400
Lincolnshire, IL 60069

Wells Fargo Bank, N.A.
800 Walnut Street, F0005-044
Des Moines, IA 50309

Wells Fargo Bank, N.A.
300 Tri State Intl., Ste. 400
Lincolnshire, IL 60069-4417

Winn-Palletmaster
Attn: Corporate Officer
1270 N Blue Gum St
Anaheim, CA 92806-2110

Wolters Kluwer Lien Solutions
Lien Solutions
PO Box 29071
Glendale, CA 91209-9071

Xtra Lease LLC
Attn: Corporate Officer
PO Box 219562
Kansas City, MO 64121-9562

Xtra Lease LLC
PO BOX 219562
Kansas City, MO 64121-9562

Yeats Appliance Dolly Mfg.
Attn: Corporate Officer
924 E Walnut Ave
Fullerton, CA 92831-4534

Zumasys
Attn: Corporate Officer
1050 Calle Amanecer Suite A
San Clemente, CA 92673