Michael-Dennis Barwick
375 West Manville St
Compton, Ca 90220

FOR COURT USE ONLY

**FILED**

DEC 29 2025

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                      Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – _____ DIVISION

Name of Debtor:

CDS Moving + Equipment, Inc

CASE NO.: 2:25-bk-21646-WB

CHECK: ☐ 7  ☒ 11  ☐ 12  ☐ 13

ADVERSARY NO.: _____
(If applicable)

## TITLE OF DOCUMENT (*specify*):

Emergency Motion to prohibit
Termination of Utility Services

_____

(*This cover sheet is for use by filers when the case
name, number, and other information is not
included on the first page of a filing*)

*Please Print*

Name of person filing this document: Michael Dennis Barwick

Street Address: 375 W. Manville st Compton, Ca 90220

Telephone number: 831-901-6517

Email Address: dbarwick@cds-usa.com

The filer of this document is  ☒ the Debtor  ☐ a creditor

☐ other (*specify*): _____

Date: 12/29/25

Signature of person filing this document

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re:
CDS MOVING & EQUIPMENT, INC.,
a California corporation,

Debtor.

Chapter 11
Case No.: _2:25-bk - 21646 -WB_
Honorable: _Judge Julia Brand_

DEBTOR'S EMERGENCY MOTION
TO PROHIBIT TERMINATION OF UTILITY SERVICES
(11 U.S.C. § 366)

I. INTRODUCTION

The Debtor seeks an order prohibiting utility providers from terminating
or altering essential services and authorizing payment of post-petition
utility charges in the ordinary course.

II. ESSENTIAL NATURE OF UTILITIES

Utilities include electricity, water, gas, telecommunications, internet,
and waste services, all of which are essential to continued operations.

III. ADEQUATE ASSURANCE

The Debtor proposes continued payment of post-petition charges and
reserves rights to address any further assurance requests.

IV. RELIEF REQUESTED

The Debtor respectfully requests entry of an order:
1. Prohibiting termination of utility services
2. Authorizing ordinary-course payments
3. Establishing dispute procedures

DATED: December ___, 2025

CDS MOVING & EQUIPMENT, INC.

Debtor in Possession (Pro Se)

By: _____

Dennis Barwick

President & CEO

CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re:

CDS MOVING & EQUIPMENT, INC.,

a California corporation,

Debtor.



Chapter 11

Case No.: 2:25-bk-21646-WB

Honorable: Judge Julia Brand

[PROPOSED] INTERIM ORDER
PROHIBITING TERMINATION OF UTILITY SERVICES

Upon the Emergency Motion of CDS Moving & Equipment, Inc. (the "Debtor"),
and good cause appearing:

IT IS HEREBY ORDERED THAT:

1. All utility providers, as defined by 11 U.S.C. § 366, are prohibited from
   terminating, discontinuing, or altering utility services to the Debtor
   on account of any pre-petition amounts owed.

2. The Debtor is authorized to pay all post-petition utility charges in the
   ordinary course of business as they become due.

3. No additional adequate assurance of payment shall be required unless
   ordered by the Court upon further motion by a utility provider.

4. Nothing in this Order shall limit the Debtor's right to dispute the
   amount, validity, or priority of any utility claim.

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE