Derrick Talerico – Bar # 223763
dtalerico@wztslaw.com
Paige T. Rolfe – Bar # 331096
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

[Proposed] General Bankruptcy Counsel to
Chapter 11 Debtor and Debtor in Possession,
C.D.S. Moving Equipment, Inc.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>C.D.S. MOVING EQUIPMENT, INC., dba CDS PACKAGING SOLUTIONS,<br><br>Debtor and Debtor in Possession. | Case No. 2:25-bk-21646-WB<br><br>Chapter 11<br><br>**NOTICE OF FURTHER HEARING ON DEBTOR'S MOTION FOR USE OF CASH COLLATERAL**<br><br>Initial Hearing:<br>Date:      January 8, 2026<br>Time:     10:00 a.m.<br><br>Continued Hearing:<br>Date:      January 14, 2026<br>Time:     2:00 p.m.<br><br>Further Hearing:<br>Date:      January 20, 2026<br>Time:     11:00 a.m.<br>Courtroom: 1375<br>                255 E. Temple Street<br>                Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE** that the Court has set further hearing on the *Emergency Motion for Order (i) Authorizing Debtor's Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Fed. R. Bank. Proc. 4001; and Directing Turnover of Estate Property Pursuant to 11 U.S.C. § 542* (the

"***Cash Collateral Motion***") [Dkt. 26] filed by C.D.S. MOVING EQUIPMENT, INC., dba CDS PACKAGING SOLUTIONS, the Chapter 11 debtor and debtor in possession (the "***Debtor***") in the above-captioned bankruptcy case (the "***Bankruptcy Case***"), for January 20, 2026 at 11:00 a.m. (the "***Further Hearing***").

**PLEASE TAKE FURTHER NOTICE** that Pathward, National Association ("***Pathward***"; together with the Debtor, the "***Parties***") filed opposition to the Cash Collateral Motion [Dkt. 50]. The initial hearing on the Cash Collateral Motion was January 8, 2026 at 10:00 a.m., and a continued hearing was held January 14, 2026 at 2:00 p.m. (the "***Continued Hearing***"). At the Continued Hearing, the Court substantially granted the Cash Collateral Motion and instructed the Parties to agree to the specific terms of adequate protection which would be provided to Pathward by the Debtor.

**PLEASE TAKE FURTHER NOTICE** that the Further Hearing is being held to resolve the dispute between the Debtor and Pathward regarding the terms of the adequate protection lien granted to Pathward as part of the Cash Collateral Motion.

**PLEASE TAKE FURTHER NOTICE** that counsel for the Debtor, Derrick Talerico, Esq., and counsel for Pathward, Thomas E. Shuck, Esq., are instructed to appear at the Further Hearing in person at the Courtroom listed above.

Dated: January 16, 2026              **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

By /s/ *Paige T. Rolfe*
    Paige T. Rolfe
    [Proposed] General Bankruptcy Counsel for
    Chapter 11 Debtor and Debtor in Possession,
    C.D.S. MOVING EQUIPMENT, INC.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
    11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF FURTHER HEARING ON DEBTOR'S MOTION FOR USE OF CASH COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 16, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Proposed Attorneys for Debtor C.D.S. Moving Equipment, Inc.: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Attorneys for Creditor American Express National Bank, c/o Zwicker & Associates, P.C.: **Jonathan Arias**: bknotices@zwickerpc.com
- Attorneys for Creditor COMREF SO. CA. INDUSTRIAL SUB G, LLC: **Ronald K Brown**: ron@rkbrownlaw.com
- Courtesy NEF/Interested Party: **Shawn M Christianson**: cmcintire@buchalter.com; schristianson@buchalter.com
- Attorneys for Creditor Navistar Financial Corporation: **Rachel M Sposato**: rsposato@ch-law.com, kneely@ch-law.com
- Attorneys for Creditor Pathward, National Association: **Kimberly Ross Clayson**: kclayson@taftlaw.com; ttorni@taflaw.com; DET_Docket_Assist@taftlaw.com; kkelsey-Dennis@taftlaw.com
- Attorneys for Creditor Pathward, National Association: **Thomas E Shuck**: tshuck@pmcos.com; efilings@pmcos.com
- Attorneys for Creditor JP Morgan Chase Bank, N.A.: **Rebecca M Wicks**: rwicks@buchalter.com; lverstegen@buchalter.com; docket@buchalter.com
- US Trustee's Office:  ustpregion16.la.ecf@usdoj.gov; **Hatty K Yip**:  hatty.yip@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Pursuant to the Judicial Practice Guide of the Honorable Julia W. Brand, chambers copies are waived unless requested.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 16, 2026 | Paige T. Rolfe | */s/ Paige T. Rolfe* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**