Derrick Talerico – Bar # 223763
dtalerico@wztslaw.com
Paige T. Rolfe – Bar # 331096
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

[Proposed] General Bankruptcy Counsel to
Chapter 11 Debtor and Debtor in Possession,
C.D.S. Moving Equipment, Inc.



**FILED & ENTERED**

**JAN 20 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>C.D.S. MOVING EQUIPMENT, INC., dba CDS PACKAGING SOLUTIONS,<br><br>Debtor and Debtor In Possession. | Case No. 2:25-bk-21646-WB<br><br>Chapter 11<br><br>**ORDER AUTHORIZING (1) CONTINUED USE OF DEBTOR'S CREDIT CARD PROCESSING SYSTEM AND (2) USE OF PRE-PETITION BANK ACCOUNTS FOR 30 DAYS**<br><br>Hearing:<br>Date:       January 14, 2026<br>Time:       2:00 p.m.<br>Courtroom: 1375<br>                 255 E. Temple Street<br>                 Los Angeles, CA 90012 |

A hearing was held on January 14, 2026 (the "***Hearing***") on Debtor's motion seeking (1) continued use of the Debtor's credit card processing system, and (2) use of pre-petition bank accounts for 30 days (the "***Motion***") [Dkt. 36]. The Court, having considered the Motion and other documents filed in support of the Motion, the arguments and representations of counsel at the hearing on the Motion, finding notice of the Hearing proper, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted.

2. The Debtor is authorized to use its pre-petition Credit Card Processing System as set forth in the Motion.

3. The Debtor is authorized to use its pre-petition Chase Accounts as set forth in the Motion for a period of 30 days from the date this Order is entered.

4. The Debtor is authorized to pay Chase bank fees incurred both pre- and post-petition in the ordinary course of business.

5. Chase is entitled to rely on instructions and representations made by the Debtor and will not be liable be for actions taken as a result of accepting and honoring Debtor's instructions and representations.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

### # # #

Date: January 20, 2026

Julia W. Brand
United States Bankruptcy Judge