Derrick Talerico – Bar # 223763
dtalerico@wztslaw.com
Paige T. Rolfe – Bar # 331096
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

[Proposed] General Bankruptcy Counsel to
Chapter 11 Debtor and Debtor in Possession,
C.D.S. Moving Equipment, Inc.

**FILED & ENTERED**

**JAN 20 2026**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>C.D.S. MOVING EQUIPMENT, INC., dba CDS PACKAGING SOLUTIONS,<br><br>  Debtor and Debtor In Possession. | Case No. 2:25-bk-21646-WB<br><br>Chapter 11<br><br>**ORDER DENYING MOTION TO APPOINT CHAPTER 11 TRUSTEE**<br><br>Hearing:<br>Date:     January 14, 2026<br>Time:     2:00 p.m.<br>Courtroom: 1375<br>          255 E. Temple Street<br>          Los Angeles, CA 90012 |

A hearing was held on January 14, 2026 (the "*Hearing*") on the motion of creditor Pathward, National Association for appointment of a Chapter 11 trustee (the "*Motion*") [Dkt. 49]. The Court, having considered the Motion and other documents filed in support of the Motion, the Debtor's opposition to the Motion [Dkt. 58], and the arguments and representations of counsel at the hearing on the Motion ***and for the reasons stated on the record at the hearing***,

-1-
ORDER DENYING TRUSTEE MOTION

**IT IS HEREBY ORDERED** that:

1. The Motion is denied without prejudice.

# # #

Date: January 20, 2026

_Julia W. Brand_
Julia W. Brand
United States Bankruptcy Judge