**Fill in this information to identify the case:**

Debtor name  **C.D.S. Moving Equipment, Inc.**

United States Bankruptcy Court for the:
**Central District of California**

Case number (if known):  **2:25-bk-21646-WB**  Chapter  **11**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*..................................................................

   **$0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................

   **$2,440,634.80**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................

   **$2,440,634.80**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   **$4,943,746.59**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................

   **$99,684.28**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

   **+  $5,838,137.35**

4. **Total liabilities**.........................................................................................................
   Lines 2 + 3a + 3b

   **$10,881,568.22**

**Fill in this information to identify the case:**

Debtor Name    **C.D.S. Moving Equipment, Inc.**

United States Bankruptcy Court for the:    **Central**    District of    **California**
(State)

Case number (If known):    **2:25-bk-21646-WB**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2.  **Cash on hand** _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  **JPMorgan Chase Bank** | **Checking account** | **9  0  5  2** | **$18,634.66** |
| 3.2.  **JPMorgan Chase Bank** | **Checking account** | **9  2  3  5** | **$12,621.82** |

4.  **Other cash equivalents** *(Identify all)*

4.1 _____    _____

4.2 _____    _____

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        **$31,256.48**

| Part 2: | Deposits and prepayments |
| --- | --- |

6.  **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1  **ICON PAC Nevada Owner Pool 3 Nevada LL**        **$10,473.24**

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* 2:25-bk-21646-WB |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 7.2 | **BRE Delta Industrial Sacramento** | $22,365.00 |
| 7.3 | **Comref So CA Industrial Sub G LLC** | $203,533.59 |
| 7.4 | **Hayward M Industrial LLC** | $15,039.23 |
| 7.5 | **Drew Enterprise** | $14,575.00 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | | |
| 8.2 | | |

9.  **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.                                                  $265,986.06

---

| **Part 3:** | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

11. **Accounts receivable**

| 11a. 90 days old or less: | $896,463.11 | - | $134,469.47 | =....➜ | $761,993.64 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | $238,933.23 | - | $119,466.62 | =....➜ | $119,466.62 |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                              $881,460.26

---

| **Part 4:** | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | | |
|---|---|---|---|
| 14.1 | | | |
| 14.2 | | | |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                                                    % of
                                                                                                   ownership:

---

Debtor    **C.D.S. Moving Equipment, Inc.**    Case number *(if known)* 2:25-bk-21646-WB
_____
Name

| | | | |
|---|---|---|---|
| 15.1. **Equity in Rocky Mountain Pioneer - not operating, no value** | **100.00%** | | **$0.00** |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1    _____    _____    _____

16.2    _____    _____    _____

17.    **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    **$0.00**

**Part 5:    Inventory, excluding agriculture assets**

18.    **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| **20. Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| Moving Boxes, Tape and related goods | **10/02/2025** MM / DD / YYYY | **$2,648,898.00** | | **$1,059,559.00** |
| **22. Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

23.    **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.    **$1,059,559.00**

24.    **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☑ Yes.  Book value _____ Valuation method _____ Current value **$55,668.49**

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* **2:25-bk-21646-WB** |
|---|---|---|
| | Name | |

---

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27.    **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.    Crops—either planted or harvested** | _____ | _____ | _____ |
| **29.    Farm animals** *Examples:* Livestock, poultry, farm-raised fish | _____ | _____ | _____ |
| **30.    Farm machinery and equipment** (Other than titled motor vehicles) | _____ | _____ | _____ |
| **31.    Farm and fishing supplies, chemicals, and feed** | _____ | _____ | _____ |
| **32.    Other farming and fishing-related property not already listed in Part 6** | _____ | _____ | _____ |

33.    **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

| _____ |
|---|

34.    **Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

35.    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes.    Book value _____    Valuation method _____    Current value _____

36.    **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

37.    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* 2:25-bk-21646-WB |
|---|---|---|
| | Name | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| See attached Schedule Rider A/B 39 - Office Furniture | $38,791.48 | | $17,500.00 |
| **40. Office fixtures** | | | |
| | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See attached Schedule Rider A/B 41 - Office Equipment | $25,994.86 | | $5,750.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | $23,250.00 |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 See attached Schedule Rider A/B 47 - Vehicles | $416,182.81 | | $45,000.00 |

Debtor    **C.D.S. Moving Equipment, Inc.**                          Case number *(if known)* __2:25-bk-21646-WB__
          _____
          Name

**48.** **Watercraft, trailers, motors, and related accessories** Examples:
     Boats, trailers, motors, floating homes, personal watercraft, and fishing
     vessels

     48.1 _____        _____  _____  _____

     48.2 _____        _____  _____  _____

**49.** **Aircraft and accessories**

     49.1 _____        _____  _____  _____

     49.2 _____        _____  _____  _____

**50.** **Other machinery, fixtures, and equipment (excluding farm**
     **machinery and equipment)**

     **See attached Schedule Rider A/B 50 - Equipment**          $77,116.46          $3,000.00

     **See attached Schedule Rider A/B 50 - Security**
     **Equipment**                                                $4,653.20          $3,000.00

     **See attached Schedule Rider A/B 50 - Leasehold**
     **Improvements**                                           $102,337.70          $5,900.00

     **See attached Schedule Rider A/B 50 - Rental Equipment**        $0.00              $0.00

**51.** **Total of Part 8**                                                     | $56,900.00 |
     Add lines 47 through 50. Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

     ☑ No
     ☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

     ☑ No
     ☐ Yes

| **Part 9:** | **Real property** |

**54.** **Does the debtor own or lease any real property?**

     ☐ No. Go to Part 10.
     ☑ Yes. Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Commercial Property Lease /** 375 **W Manville St Compton, CA 90220** | **Lease** | **unknown** | | $0.00 |
| 55.2 **Commercial Property Lease /** **26511 Danti Court Bldg M Hayward, CA 94545** | **Lease** | **unknown** | | $0.00 |

Debtor    **C.D.S. Moving Equipment, Inc.**

Name

Case number *(if known)* __2:25-bk-21646-WB__

| | | | |
|---|---|---|---|
| 55.3 **Commercial Property Lease** / 925 National Dr Ste 103 Sacramento, CA 95834 | Lease | unknown | $0.00 |
| 55.4 **Commercial Property Lease** / 4171 Distribution Circle North Las Vegas, NV 89030 | Lease | unknown | $0.00 |
| 55.5 **Commercial Property Lease** / 2636 Clearbrook Dr Bldg H Arlington Heights, IL 60005 | Lease | unknown | $0.00 |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| CDS/Pacease Trademark | unknown | | $0.00 |
| 61. **Internet domain names and websites** | | | |
| Internet domain | unknown | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| Customer lists | unknown | | $0.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| | | | |
| 65. **Goodwill** | | | |
| Goodwill | unknown | | $0.00 |

Debtor   **C.D.S. Moving Equipment, Inc.**
_____
Name

Case number *(if known)* **2:25-bk-21646-WB**
_____

---

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

   ☑ No

   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ☑ No

   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| **Part 11:** | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.

   ☑ Yes. Fill in the information below.

**Current value of
debtor's interest**

71. **Notes receivable**

   Description (include name of obligor)

   _____   _____ – _____ = ➔   _____
   Total face amount       doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   **Federal Credit Refund**                         Tax year  **2014-2015**      **$122,223.00**

73. **Interests in insurance policies or annuities**

   _____                                         _____

74. **Causes of action against third parties (whether or not a lawsuit has
   been filed)**

   **C.D.S. Moving Equipment, Inc. v. Packaging Exchange**                        **unknown**

   Nature of claim       **Tortious Interference**

   Amount requested       **$2,000,000.00**

   **C.D.S. Moving Equipment Inc v. C.D.K. Relocation Services, Inc.**              **unknown**

   Nature of claim       **Breach of Contract Lawsuit**

   Amount requested       **unknown**

---

Debtor    **C.D.S. Moving Equipment, Inc.**
_____
Name                                                    Case number *(if known)* **2:25-bk-21646-WB**
_____

| | |
|---|---|
| **C.D.S.Moving Equipment, Inc. v. Pylon Van Lines, Inc.** | **unknown** |

Nature of claim    **Breach of Contract Lawsuit**

Amount requested    **unknown**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Nature of claim _____

Amount requested _____

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.    **$122,223.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **C.D.S. Moving Equipment, Inc.** _____  Case number *(if known)* **2:25-bk-21646-WB** _____
Name

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $31,256.48 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $265,986.06 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $881,460.26 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,059,559.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $23,250.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $56,900.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...................................................................... ➡ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $122,223.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column.*...........................91a. | $2,440,634.80 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................. | | $2,440,634.80 |

**C.D.S. MOVING EQUIPMENT, INC.**    Schedule Rider A/B 39 - Office Furniture

| Name | Asset Description | Asset Type | Purchase Date | Asset Lifetime ( yrs) | Current Net Book Value | Location | Current Value of Debtor's Interest |
|---|---|---|---|---|---|---|---|
| File Cabinets - SC | File Cabinets - SC | Furniture and Fixture | 02/13/96 | 7 | $ - | Compton | |
| Phone Ringer | Phone Ringer | Furniture and Fixture | 07/08/96 | 7 | $ - | Compton | |
| Recep Area Work Stn | Recep Area Work Stn | Furniture and Fixture | 07/23/96 | 7 | $ - | Compton | |
| Work Station/Recp | Work Station/Recp | Furniture and Fixture | 07/23/96 | 7 | $ - | Compton | |
| Work Stn/Recp | Work Stn/Recp | Furniture and Fixture | 07/23/96 | 7 | $ - | Compton | |
| Fire Safe | Fire Safe | Furniture and Fixture | 08/19/96 | 7 | $ - | Compton | |
| IBM Wheelwriter | IBM Wheelwriter | Furniture and Fixture | 10/11/96 | 7 | $ - | Compton | |
| Windows/Signs - LV | Windows/Signs - LV | Furniture and Fixture | 08/20/97 | 7 | $ - | Las Vegas | |
| Office Chairs/Furn - C | Office Chairs/Furn - C | Furniture and Fixture | 08/27/97 | 7 | $ - | Compton | |
| Furniture - 26912 | Furniture - 26912 | Furniture and Fixture | 02/27/98 | 7 | $ - | Compton | |
| Office Equipment | Office Equipment | Furniture and Fixture | 03/10/98 | 7 | $ - | Compton | |
| Refrigerator/Dishwshr | Refrigerator/Dishwshr | Furniture and Fixture | 03/20/98 | 7 | $ - | Compton | |
| Furniture - 27239 | Furniture - 27239 | Furniture and Fixture | 03/31/98 | 7 | $ - | Compton | |
| Furniture - 27253/64 | Furniture - 27253/64 | Furniture and Fixture | 03/31/98 | 7 | $ - | Compton | |
| Lunch Tables | Lunch Tables | Furniture and Fixture | 04/02/98 | 7 | $ - | Compton | |
| Furniture AJS Desk | Furniture AJS Desk | Furniture and Fixture | 04/02/98 | 7 | $ - | Compton | |
| Abe/Adair Office Furn | Abe/Adair Office Furn | Furniture and Fixture | 04/09/98 | 7 | $ - | Compton | |
| Furniture - 27416 | Furniture - 27416 | Furniture and Fixture | 04/09/98 | 7 | $ - | Compton | |
| Furniture - Lunchroom | Furniture - Lunchroom | Furniture and Fixture | 04/30/98 | 7 | $ - | Compton | |
| Furniture - 27688 | Furniture - 27688 | Furniture and Fixture | 04/30/98 | 7 | $ - | Compton | |
| Furniture RJW - Compton | Furniture RJW - Compton | Furniture and Fixture | 03/26/99 | 7 | $ - | Compton | |
| Office Furniture - C | Office Furniture - C | Furniture and Fixture | 04/13/99 | 7 | $ - | Compton | |
| AJS Office Furn & Art | AJS Office Furn & Art | Furniture and Fixture | 05/31/99 | 7 | $ - | Compton | |
| AJS Office Furn & Art addl | AJS Office Furn & Art addl | Furniture and Fixture | 05/31/99 | 7 | $ - | Compton | |
| Globe Furn - LV | Globe Furn - LV | Furniture and Fixture | 09/23/99 | 7 | $ - | Las Vegas | |
| 6 Desks - Compton | 6 Desks - Compton | Furniture and Fixture | 08/19/00 | 7 | $ - | Compton | |
| Desk - Compton | Desk - Compton | Furniture and Fixture | 01/05/01 | 7 | $ - | Compton | |
| 6 Chairs - Compton | 6 Chairs - Compton | Furniture and Fixture | 08/15/01 | 7 | $ - | Compton | |
| 2 Fax Machines | 2 Fax Machines | Furniture and Fixture | 04/04/02 | 7 | $ - | Compton | |
| Exhibit Banners - C | Exhibit Banners - C | Furniture and Fixture | 04/01/04 | 7 | $ - | Compton | |
| CDS Sign | CDS Sign | Furniture and Fixture | 08/25/08 | 7 | $ - | Compton | |
| Office Furn-Off Mgrs Off | Office Furn-Off Mgrs Off | Furniture and Fixture | 03/05/10 | 7 | $ 0.00 | Compton | |
| LaserClass 710 Fax Machine | LaserClass 710 Fax Machine | Furniture and Fixture | 03/02/11 | 7 | $ - | Compton | |
| 2 Right return desks -Accting | 2 Right return desks -Accting | Furniture and Fixture | 10/07/14 | 7 | $ - | Compton | |
| 2 Cabinets w/doors - Accting | 2 Cabinets w/doors - Accting | Furniture and Fixture | 10/07/14 | 7 | $ - | Compton | |
| 2 - 2drawer pedestal cabinets Acct | 2 - 2drawer pedestal cabinets Acct | Furniture and Fixture | 10/07/14 | 7 | $ - | Compton | |
| Electric Building Sign | Electric Building Sign | Furniture and Fixture | 01/08/15 | 7 | $ - | Compton | |
| Avaya IP Phone System for Compton | Avaya IP Phone System for Compton | Furniture and Fixture | 07/16/10 | 7 | $ - | Compton | |
| 6 Time Clocks | 6 Time Clocks | Furniture and Fixture | 02/08/18 | 7 | $ (0.00) | Compton | |
| Desk HB/President | Desk HB/President | Furniture and Fixture | 02/01/19 | 7 | $ 36.54 | Compton | |
| Polycom phone system for Compton | Polycom phone system for Compton | Furniture and Fixture | 04/01/20 | 7 | $ 1,340.74 | Compton | |
| Ricoh Copier & Printer for Purchasing | Ricoh Copier & Printer for Purchasing | Furniture and Fixture | 07/26/19 | 7 | $ 269.51 | Compton | |
| Security Camera (Niteowl Surveillance)- Compton | Security Camera (Niteowl Surveillance)- Compton | Furniture and Fixture | 06/15/21 | 7 | $ 4,664.79 | Compton | |
| No Details Indicated (Sage JE 137 | No Details Indicated (Sage JE 137 | Furniture and Fixture | 08/31/2021 | 7 | $ 14,041.66 | Denver | |
| Office Chair for Chris Vogt | Office Chair for Chris Vogt | Furniture and Fixture | 09/16/00 | 7 | $ - | Denver | |
| Office Desk for Danielle | Office Desk for Danielle | Furniture and Fixture | 10/09/00 | 7 | $ - | Denver | |
| Office Furniture - Hayward | Office Furniture - Hayward | Furniture and Fixture | 10/24/00 | 7 | $ - | Hayward | |
| Chairs - Hayward | Chairs - Hayward | Furniture and Fixture | 11/30/00 | 7 | $ - | Hayward | |
| Vending Machine - Hayward | Vending Machine - Hayward | Furniture and Fixture | 04/23/01 | 7 | $ - | Hayward | |
| Avaya Phone system | Avaya Phone system | Furniture and Fixture | 03/08/10 | 7 | $ - | Hayward | |
| Avaya 3810 Cordless Phone | Avaya 3810 Cordless Phone | Furniture and Fixture | 06/01/11 | 7 | $ - | Hayward | |
| Sharp Copier | Sharp Copier | Furniture and Fixture | 11/17/17 | 7 | $ - | Hayward | |
| 6 Time Clocks | 6 Time Clocks | Furniture and Fixture | 02/08/18 | 7 | $ 0.00 | Hayward | |
| Polycom phone system for Hayward | Polycom phone system for Hayward | Furniture and Fixture | 04/01/20 | 7 | $ 209.48 | Hayward | |
| Office Furn - Sac | Office Furn - Sac | Furniture and Fixture | 08/24/99 | 7 | $ - | Sacramento | |
| Wall Sign - Sac | Wall Sign - Sac | Furniture and Fixture | 11/20/00 | 7 | $ - | Sacramento | |
| Avaya Office IP Phone Sys | Avaya Office IP Phone Sys | Furniture and Fixture | 04/02/07 | 7 | $ - | Sacramento | |
| Sharp 26 Color Copier | Sharp 26 Color Copier | Furniture and Fixture | 04/29/13 | 7 | $ - | Sacramento | |
| 6 Time Clocks | 6 Time Clocks | Furniture and Fixture | 02/08/18 | 7 | $ 0.00 | Sacramento | |
| Polycom phone system for Sacramento | Polycom phone system for Sacramento | Furniture and Fixture | 04/01/20 | 7 | $ 209.48 | Sacramento | |
| Office Furniture | Office Furniture | Furniture and Fixture | 03/01/07 | 7 | $ - | Las Vegas | |
| Convention Booth | Convention Booth | Furniture and Fixture | 03/29/07 | 7 | $ - | Las Vegas | |
| Media Center | Media Center | Furniture and Fixture | 10/07/07 | 7 | $ - | Compton | |
| Avaya IP Phone System for Vegas | Avaya IP Phone System for Vegas | Furniture and Fixture | 07/16/10 | 7 | $ - | Las Vegas | |
| Paper Shredder | Paper Shredder | Furniture and Fixture | 01/11/19 | 7 | $ 22.96 | Las Vegas | |
| Toshiba E-2830-C copier | Toshiba E-2830-C copier | Furniture and Fixture | 08/26/14 | 7 | $ - | Las Vegas | |
| Refrigerator | Refrigerator | Furniture and Fixture | 06/23/15 | 7 | $ - | Las Vegas | |
| Desk/File Hutch for new Cust Serv | Desk/File Hutch for new Cust Serv | Furniture and Fixture | 05/31/17 | 7 | $ - | Las Vegas | |
| 6 Time Clocks | 6 Time Clocks | Furniture and Fixture | 02/08/18 | 7 | $ 0.00 | Las Vegas | |
| Polycom phone system for Las Vegas | Polycom phone system for Las Vegas | Furniture and Fixture | 04/01/20 | 7 | $ 104.73 | Las Vegas | |
| Office Furniture - Elk Grv | Office Furniture - Elk Grv | Furniture and Fixture | 10/11/00 | 7 | $ - | Arlington | |
| Office Furn - Elk Grove | Office Furn - Elk Grove | Furniture and Fixture | 04/23/01 | 7 | $ - | Arlington | |
| Used Copier - Elk Grv | Used Copier - Elk Grv | Furniture and Fixture | 11/20/03 | 7 | $ - | Arlington | |
| Avaya IP400 Phone Sys | Avaya IP400 Phone Sys | Furniture and Fixture | 03/16/07 | 7 | $ - | Arlington | |
| Addition to Phone Sys | Addition to Phone Sys | Furniture and Fixture | 01/18/08 | 7 | $ - | Arlington | |
| Desks & Filing Cabinets | Desks & Filing Cabinets | Furniture and Fixture | 02/15/08 | 7 | $ - | Arlington | |
| Signs for Building | Signs for Building | Furniture and Fixture | 07/24/09 | 7 | $ - | Arlington | |
| All In One fax/copier/printer | All In One fax/copier/printer | Furniture and Fixture | 12/04/14 | 7 | $ - | Arlington | |
| 6 Time Clocks | 6 Time Clocks | Furniture and Fixture | 02/08/18 | 7 | $ 0.00 | Arlington | |
| Polycom phone system for Arlongton, Chicago | Polycom phone system for Arlongton, Chicago | Furniture and Fixture | 04/01/20 | 7 | $ 230.47 | Arlington | |
| Security Camera (Niteowl Surveillance)- Compton | Security Camera (Niteowl Surveillance)- Compton | Furniture and Fixture | 06/15/21 | 7 | $ 2,340.81 | TDI | |
| Furniture - San Antonio office | Furniture - San Antonio office | Furniture and Fixture | 11/01/20 | 7 | $ 594.80 | San Antonio | |
| Furniture (Clear Design) - San Antonio office | Furniture (Clear Design) - San Antonio office | Furniture and Fixture | 01/31/21 | 7 | $ 2,557.92 | San Antonio | |
| Furniture 50% Deposit - San Antonio office | Furniture 50% Deposit - San Antonio office | Furniture and Fixture | 10/28/20 | 7 | $ 2,197.76 | San Antonio | |
| Color Copier MX-4141 | Color Copier MX-4141 | Furniture and Fixture | 12/02/20 | 7 | $ 464.24 | San Antonio | |
| Color Copier MX-4110N | Color Copier MX-4110N | Furniture and Fixture | 12/02/20 | 7 | $ 309.57 | San Antonio | |
| Side Tables, tables, desks, 4 black leather chairs, sofa table (Conf room) - San Antonio office | Side Tables, tables, desks, 4 black leather chairs, sofa table (Conf room) - San Antonio office | Furniture and Fixture | 12/02/20 | 7 | $ 1,055.43 | San Antonio | |
| No Details Indicated JE 137 (Sage JE) | No Details Indicated JE 137 (Sage JE) | Furniture and Fixture | 08/31/2021 | 7 | $ 3,708.36 | TDI | |
| No Details Indicated JE 138 (Sage JE) | No Details Indicated JE 138 (Sage JE) | Furniture and Fixture | 09/30/2021 | 7 | $ 1,757.15 | TDI | |
| Office Desk for Richard Bruns | Office Desk for Richard Bruns | Furniture and Fixture | 11/01/2021 | 7 | $ 1,591.45 | TDI | |
| Office Desks (2) for Richard Burns & Luther Ward | Office Desks (2) for Richard Burns & Luther Ward | Furniture and Fixture | 10/10/2021 | 7 | $ 1,083.62 | TDI | |
| | | | | | $ 38,791.48 | | $ 17,500.00 |

**C.D.S. MOVING EQUIPMENT, INC.**    Schedule Rider A/B 41 - Office Equipment / Software

| Name | Asset Description | Asset Type | Quantity | Purchase Date | Asset Lifetime ( yrs) | Current Net Book Value | Location | Current Value of Debtor's Interest |
|------|-------------------|------------|----------|---------------|-----------------------|------------------------|----------|-----------------------------------|
| Software-C | Software-C | Information Technology Hardware | 1 | 02/06/98 | 7 | $  (0.00) | Compton | |
| Software-Compton | Software-Compton | Information Technology Hardware | 1 | 02/06/98 | 7 | $  0.00 | Compton | |
| Digital Camera-C | Digital Camera-C | Information Technology Hardware | 1 | 08/28/99 | 7 | $  - | Compton | |
| PC computer for Lou | PC computer for Lou | Information Technology Hardware | 1 | 02/16/15 | 7 | $  - | Compton | |
| Computer Karen home office | Computer Karen home office | Information Technology Hardware | 1 | 02/16/15 | 7 | $  - | Compton | |
| Computer Margo Home office | Computer Margo Home office | Information Technology Hardware | 1 | 02/16/15 | 7 | $  - | Compton | |
| Netgear 10TB NAS-additional server | Netgear 10TB NAS-additional server | Information Technology Hardware | 1 | 05/01/15 | 7 | $  - | Compton | |
| SQL Server & Mirror, MAS Server | SQL Server & Mirror, MAS Server | Information Technology Hardware | 1 | 10/05/16 | 7 | $  - | Compton | |
| Video Card for KJH computer | Video Card for KJH computer | Information Technology Hardware | 1 | 01/11/17 | 7 | $  - | Compton | |
| APS SMARTUPS 2/CORPORATE | APS SMARTUPS 2/CORPORATE | Information Technology Hardware | 1 | 04/24/17 | 7 | $  - | Compton | |
| Computers (2) Patty & AP | Computers (2) Patty & AP | Information Technology Hardware | 1 | 08/08/17 | 7 | $  - | Compton | |
| HP DC5100 & Terminal | HP DC5100 & Terminal | Information Technology Hardware | 1 | 01/31/18 | 7 | $  (0.00) | Las Vegas | |
| HP Term Mntr | HP Term Mntr | Information Technology Hardware | 1 | 07/29/06 | 7 | $  868.99 | Hayward | |
| HP ProBook 450G1 AJS | HP ProBook 450G1 AJS | Information Technology Hardware | 1 | 02/13/05 | 7 | $  (681.25) | Las Vegas | |
| HP DC5100 & Terminal addl | HP DC5100 & Terminal addl | Information Technology Hardware | 1 | 07/31/06 | 7 | $  328.79 | Las Vegas | |
| Orion Computers addl-Elk Grv | Orion Computers addl-Elk Grv | Information Technology Hardware | 1 | 05/23/00 | 7 | $  341.85 | Arlington | |
| Chicago HP DC7600Wrkstn | Chicago HP DC7600Wrkstn | Information Technology Hardware | 1 | 06/19/06 | 7 | $  (858.04) | Arlington | |
| HP DC 7600 Workstation | HP DC 7600 Workstation | Information Technology Hardware | 1 | 07/01/06 | 7 | $  - | Arlington | |
| E-Commerce Project build web site | E-Commerce Project build web site | Information Technology Hardware | 1 | 01/13/14 | 7 | $  - | Compton | |
| Watchguard UTM License Renewal | Watchguard UTM License Renewal | Information Technology Hardware | 1 | 06/18/14 | 7 | $  - | Compton | |
| Computer Karen home office | Computer Karen home office | Information Technology Hardware | 1 | 02/16/15 | 7 | $  - | Compton | |
| PC computer for Lou | PC computer for Lou | Information Technology Hardware | 1 | 05/01/15 | 7 | $  - | Compton | |
| Barracuda Server | Barracuda Server | Information Technology Hardware | 1 | 04/01/19 | 7 | $  1,819.77 | Compton | |
| Vision Server, Rental | Vision Server, Rental | Information Technology Hardware | 1 | 03/26/19 | 7 | $  639.57 | Compton | |
| Versus Upgrade 2nd Payment | Versus Upgrade 2nd Payment | Information Technology Hardware | 1 | 07/01/19 | 7 | $  1,951.18 | Compton | |
| 2 Laptops:  1 for AB, 1 for KK | 2 Laptops:  1 for AB, 1 for KK | Information Technology Hardware | 1 | 10/01/19 | 7 | $  406.67 | Compton | |
| 1 Fortigate 60Fm FortiAP221E:  Compton | 1 Fortigate 60Fm FortiAP221E:  Compton | Information Technology Hardware | 1 | 02/02/20 | 7 | $  (525.69) | Hayward | |
| 1 Fortigate 60Fm FortiAP221E:  Compton | 1 Fortigate 60Fm FortiAP221E:  Compton | Information Technology Hardware | 1 | 02/02/20 | 7 | $  (129.92) | Sacramento | |
| 1 Fortigate 60Fm FortiAP221E:  Compton | 1 Fortigate 60Fm FortiAP221E:  Compton | Information Technology Hardware | 1 | 02/02/20 | 7 | $  (455.57) | Las Vegas | |
| 1 Fortigate 60Fm FortiAP221E:  Compton | 1 Fortigate 60Fm FortiAP221E:  Compton | Information Technology Hardware | 1 | 02/02/20 | 7 | $  (136.02) | Arlington | |
| 1 Fortigate 60Fm FortiAP221E:  Compton | 1 Fortigate 60Fm FortiAP221E:  Compton | Information Technology Hardware | 1 | 02/02/20 | 7 | $  539.19 | Compton | |
| 5 FortiSwitches for branches | 5 FortiSwitches for branches | Information Technology Hardware | 1 | 04/30/20 | 7 | $  403.57 | Compton | |
| 1 Laptop & Printer:  RW | 1 Laptop & Printer:  RW | Information Technology Hardware | 1 | 04/30/20 | 7 | $  349.28 | Compton | |
| Apple Mac Book  Pro 16" | Apple Mac Book Pro 16" | Information Technology Hardware | 1 | 09/03/2021 | 7 | $  1,343.83 | Compton | |
| Lenovo Think Pad X13 Gen 2 | Lenovo Think Pad X13 Gen 2 | Information Technology Hardware | 1 | 08/25/21 | 7 | $  683.08 | Compton | |
| Lenovo Thi Pad X1 Carbon Gen 9 | Lenovo Thi Pad X1 Carbon Gen 9 | Information Technology Hardware | 1 | 08/23/21 | 7 | $  811.09 | Compton | |
| Joe Murphy laptop - Chicago | Joe Murphy laptop - Chicago | Information Technology Hardware | 1 | 02/28/21 | 7 | $  832.64 | Arlington | |
| HP Pro Desktop Computer Chicago | HP Pro Desktop Computer Chicago | Information Technology Hardware | 1 | 08/25/21 | 7 | $  352.24 | Arlington | |
| 1 Fortigate 60Fm FortiAP221E:  Compton | 1 Fortigate 60Fm FortiAP221E:  Compton | Information Technology Hardware | 1 | 08/25/21 | 7 | $  461.59 | Compton | |
| Apple Mac Book  Pro 16" | Apple Mac Book  Pro 16" | Information Technology Hardware | 1 | 10/26/2021 | 7 | $  1,418.49 | Compton | |
| Lenovo Think Center | Lenovo Think Center | Information Technology Hardware | 1 | 11/30/2021 | 7 | $  2,280.86 | Compton | |
| GDR Set Up | GDR Set Up | Information Technology Hardware | 1 | 01/20/2022 | 7 | $  5,009.07 | Compton | |
| Lap top | Lap top | Information Technology Hardware | 1 | 06/23/23 | 7 | $  2,128.34 | Compton | |
| Lap top | Lap top | Information Technology Hardware | 1 | 03/31/23 | 7 | $  975.78 | San Antonio | |
| Lap top | Lap top | Information Technology Hardware | 1 | 03/31/23 | 7 | $  975.76 | Denver | |
| Lap top | Lap top | Information Technology Hardware | 1 | 03/31/23 | 7 | $  1,463.65 | Sacramento | |
| 2 Laptops | | Information Technology Hardware | 1 | 06/26/24 | 7 | $  2,396.08 | Compton | |
| | | | | | | $  25,994.86 | | $  5,750.00 |

C.D.S. MOVING EQUIPMENT, INC.          Schedule Rider A/B 41 - Office Equipment / Software

| Name | Asset Description | Asset Type | Purchase Date | Asset Lifetime ( yrs) | Current Net Book Value | Location | Current Value of Debtor's Interest |
|---|---|---|---|---|---|---|---|
| SFTW, ERP, WEB | SFTW, ERP, WEB | Information Technology Software | 08/11/20 | 5 | $            - | Compton | |
| User Lic. And subscription InV #1533 and 1534 | User Lic. And subscription InV #1533 and 1534 | Information Technology Software | 03/17/22 | 1 | $            - | Compton | |
| Oracle- NetSuite- Set Up | Oracle- NetSuite- Set Up | Information Technology Software | 04/01/22 | 5 | $   27,749.96 | Compton | |
| Oracle- NetSuite- Set Up | Oracle- NetSuite- Set Up | Information Technology Software | 04/01/22 | 5 | $   27,749.96 | Compton | |
| Oracle- NetSuite- Set Up | Oracle- NetSuite- Set Up | Information Technology Software | 04/01/22 | 5 | $   13,269.31 | Compton | |
| Oracle- NetSuite- Set Up | Oracle- NetSuite- Set Up | Information Technology Software | 05/09/22 | 5 | $   14,006.49 | Compton | |
| Oracle | Oracle | Information Technology Software | 10/19/23 | 5 | $        539.87 | Compton | |
| Avalara | Avalara | Information Technology Software | 03/20/24 | 5 | $     8,200.00 | Compton | |
| AVALARA | AVALARA | Information Technology Software | 10/08/24 | 5 | $   19,330.58 | Compton | |
| AVALARA | AVALARA | Information Technology Software | 10/08/24 | 5 | $     1,792.00 | Compton | |
| SERVICE CONNECTOR- NETSUITE | SERVICE CONNECTOR- NETSUITE | Information Technology Software | 12/31/24 | 5 | $   17,271.66 | Compton | |
| SERVICE CONNECTOR- NETSUITE | SERVICE CONNECTOR- NETSUITE | Information Technology Software | 12/31/24 | 5 | $   10,694.74 | Compton | |
| SERVICE CONNECTOR- NETSUITE | SERVICE CONNECTOR- NETSUITE | Information Technology Software | 12/31/24 | 5 | $   10,694.75 | Compton | |
| AVALARA | AVALARA | Information Technology Software | 12/31/24 | 5 | $   35,146.50 | Compton | |
| AVALARA | AVALARA | Information Technology Software | 12/31/24 | 5 | $     4,396.00 | Compton | |
| SERVICE CONNECTOR- NETSUITE | SERVICE CONNECTOR- NETSUITE | Information Technology Software | 02/01/25 | 5 | $   11,266.63 | Compton | |
| SERVICE CONNECTOR- NETSUITE | SERVICE CONNECTOR- NETSUITE | Information Technology Software | 02/01/25 | 5 | $     9,100.00 | Compton | |
| AVALARA | AVALARA | Information Technology Software | 02/23/25 | 5 | $   11,222.75 | Compton | |
| AVALARA | AVALARA | Information Technology Software | 04/12/25 | 5 | $   36,094.13 | Compton | |
| TOTAL | | | | | $   258,525.32 | | N/A |

**C.D.S. MOVING EQUIPMENT, INC.**            Schedule Rider A/B - 47 - Vehicles

| Name | Asset Description | Asset Type | Purchase Date | Asset Lifetime ( yrs) | Current Net Book Value | Location | Current Value of Debtor's Interest |
|---|---|---|---|---|---|---|---|
| Maxon Liftgate | Maxon Liftgate | Commercial Vehicles | 06/01/16 | 7 | $ - | Compton | |
| Trailer w/liftgate 902 | Trailer w/liftgate 902 | Commercial Vehicles | 08/31/16 | 7 | $ - | Compton | |
| Trailer w/liftgate 903 | Trailer w/liftgate 903 | Commercial Vehicles | 08/31/16 | 7 | $ - | Compton | |
| Maxon Liftgates (2) | Maxon Liftgates (2) | Commercial Vehicles | 07/01/17 | 7 | $ - | Compton | |
| 2018 Land Rover - Al | 2018 Land Rover - Al | Commercial Vehicles | 06/21/18 | 7 | $ - | Compton | |
| Trailer #7904 | Trailer #7904 | Commercial Vehicles | 11/01/18 | 7 | $ 703.49 | Compton | |
| 2 Used Wabash Trailers | 2 Used Wabash Trailers | Commercial Vehicles | 02/28/19 | 7 | $ 195.36 | Compton | |
| 2020 Raptor VIN#1FTFW1RG1LFB67385 | 2020 Raptor VIN#1FTFW1RG1LFB67385 | Commercial Vehicles | 06/05/20 | 7 | $ 18,791.55 | Compton | |
| Capital Lease Inland-Paccar #685-242 | Capital Lease Inland-Paccar #685-242 | Commercial Vehicles | 02/17/20 | 7 | $ 27,688.37 | Compton | |
| Radio for Truck | Radio for Truck | Commercial Vehicles | 08/19/96 | 7 | $ - | Compton | |
| Paneltec Trailers (3)-Cmptn | Paneltec Trailers (3)-Cmptn | Commercial Vehicles | 08/01/05 | 7 | $ - | Compton | |
| Stencils, Trucks-Compton addl | Stencils, Trucks-Compton addl | Commercial Vehicles | 11/05/97 | 7 | $ - | Compton | |
| Capital Lease Inland/Paccar Kenworth T680 #246, 6 year, 72 month lease. | Capital Lease Inland/Paccar Kenworth T680 #246, 6 year, 72 month lease. | Commercial Vehicles | 07/01/20 | 7 | $ 28,967.03 | Compton | |
| Capital Lease Inland/Paccar Kenworth T680 #247, 6 year, 72 month lease. | Capital Lease Inland/Paccar Kenworth T680 #247, 6 year, 72 month lease. | Commercial Vehicles | 07/01/20 | 7 | $ 28,967.03 | Compton | |
| Capital Lease Inland/Paccar Kenworth T680 #248, 6 year, 72 month lease. | Capital Lease Inland/Paccar Kenworth T680 #248, 6 year, 72 month lease. | Commercial Vehicles | 07/01/20 | 7 | $ 28,967.27 | Compton | |
| Fleet GPS Equipment - Compton | Fleet GPS Equipment - Compton | Commercial Vehicles | 11/30/20 | 7 | $ 2,677.18 | Compton | |
| Box for Leased Bobtail | Box for Leased Bobtail | Commercial Vehicles | 12/21/15 | 7 | $ - | Sacramento | |
| Maxon Liftgate | Maxon Liftgate | Commercial Vehicles | 03/01/16 | 7 | $ - | Compton | |
| Lift/Hay Trailer - Div 2 | Lift/Hay Trailer - Div 2 | Commercial Vehicles | 06/27/96 | 7 | $ - | Compton | |
| Fleet GPS Equipment - Hayward | Fleet GPS Equipment - Hayward | Commercial Vehicles | 11/30/20 | 7 | $ 1,144.47 | Hayward | |
| 2014 Kenworth T660 Truck (Sac) | 2014 Kenworth T660 Truck (Sac) | Commercial Vehicles | 10/03/13 | 7 | $ - | Sacramento | |
| Trailer #7903 | Trailer #7903 | Commercial Vehicles | 11/01/18 | 7 | $ 748.48 | Sacramento | |
| Inland Kenworth #685-241 (Capital Lease) | Inland Kenworth #685-241 (Capital Lease) | Commercial Vehicles | 06/30/21 | 7 | $ 47,241.94 | Sacramento | |
| 2001 Utility Trailer | 2001 Utility Trailer | Commercial Vehicles | 09/12/12 | 7 | $ - | Las Vegas | |
| Lift Gate for 2001 Utility Trailer | Lift Gate for 2001 Utility Trailer | Commercial Vehicles | 10/19/12 | 7 | $ - | Las Vegas | |
| 2010 GM 14' Truck w/liftgate | 2010 GM 14' Truck w/liftgate | Commercial Vehicles | 09/04/14 | 7 | $ - | Las Vegas | |
| Trailer - LV | Trailer - LV | Commercial Vehicles | 06/01/01 | 7 | $ - | Las Vegas | |
| Fleet GPS Equipment - Las Vegas | Fleet GPS Equipment - Las Vegas | Commercial Vehicles | 11/30/20 | 7 | $ 1,111.86 | Las Vegas | |
| 2001 Utility Trailer | 2001 Utility Trailer | Commercial Vehicles | 12/04/12 | 7 | $ - | Arlington | |
| 2009 GM Tractor w/liftgate Arlington | 2009 GM Tractor w/liftgate Arlington | Commercial Vehicles | 04/11/14 | 7 | $ - | Arlington | |
| Box Unit 904 w/liftgate | Box Unit 904 w/liftgate | Commercial Vehicles | 07/22/16 | 7 | $ - | Arlington | |
| Trailer - Elk Grove | Trailer - Elk Grove | Commercial Vehicles | 06/01/01 | 7 | $ - | Arlington | |
| Fleet GPS Equipment - Arlington | Fleet GPS Equipment - Arlington | Commercial Vehicles | 11/30/20 | 7 | $ 1,130.16 | Arlington | |
| Samsara GPS equipment and license for the bobtail truck | Samsara GPS equipment and license for the bobtail | Commercial Vehicles | 05/31/20 | 7 | $ 524.96 | San Antonio | |
| Tractors EDL 3 year license (Truck GPS) | Tractors EDL 3 year license (Truck GPS) | Commercial Vehicles | 02/28/21 | 7 | $ 1,542.75 | San Antonio | |
| Fleet GPS Equipment - San Antonio | Fleet GPS Equipment - San Antonio | Commercial Vehicles | 11/30/20 | 7 | $ 1,123.74 | San Antonio | |
| Utility Trailer VS2DX 2022 ND82794 VIN#-56 | Utility Trailer VS2DX 2022 ND82794 VIN#-5604 | Commercial Vehicles | 09/12/21 | 5 | $ 10,663.64 | Compton | |
| Utility Trailer VS2DX 2022 ND82795 VIN#-56 | Utility Trailer VS2DX 2022 ND82795 VIN#-5605 | Commercial Vehicles | 09/12/21 | 5 | $ 10,663.64 | Compton | |
| Utility Trailer VS2DX 2022 ND82793 VIN#-56 | Utility Trailer VS2DX 2022 ND82793 VIN#-5603 | Commercial Vehicles | 09/12/21 | 5 | $ 10,663.64 | Hayward | |
| Utility Trailer VS2DX 2022 ND82796 VIN#-56 | Utility Trailer VS2DX 2022 ND82796 VIN#-5606 | Commercial Vehicles | 09/12/21 | 5 | $ 10,663.64 | Sacramento | |
| Utility Trailer VS2DX 2022 ND82796 VIN#-56 | Utility Trailer VS2DX 2022 ND82796 VIN#-5601 | Commercial Vehicles | 09/12/21 | 5 | $ 10,476.45 | Arlington | |
| Utility Trailer VS2DX 2022 ND82796 VIN#-56 | Utility Trailer VS2DX 2022 ND82796 VIN#-5602 | Commercial Vehicles | 09/12/21 | 5 | $ 10,476.45 | Arlington | |
| Inland Kenworth #685-279 (Capital Lease) | Inland Kenworth #685-279 (Capital Lease) | Commercial Vehicles | 01/06/22 | 7 | $ 59,342.11 | Compton | |
| GRAPHICS SKIN FOR TRAILER | GRAPHICS SKIN FOR TRAILER | Commercial Vehicles | 11/11/2021 | 7 | $ 2,390.52 | Arlington | |
| TRAILER LIFTGATE ASSEMBLY | TRAILER LIFTGATE ASSEMBLY | Commercial Vehicles | 03/17/2022 | 7 | $ 5,134.37 | Compton | |
| 2014 FORD ESCORT | 2014 FORD ESCORT | Commercial Vehicles | 10/01/2021 | 7 | $ 785.71 | Denver | |
| Christopher Vogt | Christopher Vogt | Commercial Vehicles | 07/22/22 | 5 | $ 0.00 | Las Vegas | |
| R8591899 | R8591899 | Commercial Vehicles | 11/30/22 | 7 | $ 93,397.00 | Las Vegas | |
| | | | | | $ 416,182.81 | | $ 45,000.00 |

**C.D.S. MOVING EQUIPMENT, INC.**          Schedule Rider A/B 50 - Equipment

| Name | Asset Description | Asset Type | Quan tity | Purchase Date | Asset Lifetime ( yrs) | Current Net Book Value | Location | Current Value of Debtor's Interest |
|---|---|---|---|---|---|---|---|---|
| Electric Drill | Electric Drill | MACHIN & EQUIPMT | 1 | 12/17/89 | 5 | $ - | Compton | |
| 2006 P6000 Forklift | 2006 P6000 Forklift | MACHIN & EQUIPMT | 1 | 11/04/12 | 5 | $ - | Compton | |
| Rebuild Drill Press (acq 1990?) | Rebuild Drill Press (acq 1990?) | MACHIN & EQUIPMT | 1 | 04/30/13 | 5 | $ - | Compton | |
| Maka Mortiser Machine MFG | Maka Mortiser Machine MFG | MACHIN & EQUIPMT | 1 | 10/17/13 | 5 | $ - | Compton | |
| Whse Pallet Racking | Whse Pallet Racking | MACHIN & EQUIPMT | 1 | 09/24/14 | 5 | $ - | Compton | |
| Att'l Whse Racking | Att'l Whse Racking | MACHIN & EQUIPMT | 1 | 12/08/14 | 5 | $ - | Compton | |
| Electric Pallet Jack -Compton truck | Electric Pallet Jack -Compton truck | MACHIN & EQUIPMT | 1 | 10/02/14 | 5 | $ - | Compton | |
| Electric Pallet Jack -Compton truck | Electric Pallet Jack -Compton truck | MACHIN & EQUIPMT | 1 | 10/02/14 | 5 | $ - | Compton | |
| Electric Pallet Jack -Compton truck | Electric Pallet Jack -Compton truck | MACHIN & EQUIPMT | 1 | 10/02/14 | 5 | $ - | Compton | |
| Electric Pallet Jack -Compton truck | Electric Pallet Jack -Compton truck | MACHIN & EQUIPMT | 1 | 10/02/14 | 5 | $ - | Compton | |
| Electric Pallet Jack -Compton truck | Electric Pallet Jack -Compton truck | MACHIN & EQUIPMT | 1 | 10/31/14 | 5 | $ - | Compton | |
| Pallet jack - Compton Truck | Pallet jack - Compton Truck | MACHIN & EQUIPMT | 1 | 02/10/15 | 5 | $ - | Compton | |
| Pallet Racking | Pallet Racking | MACHIN & EQUIPMT | 1 | 07/20/15 | 5 | $ - | Compton | |
| Electric Pallet Jack, battery&chgr | Electric Pallet Jack, battery&chgr | MACHIN & EQUIPMT | 1 | 09/23/15 | 5 | $ - | Compton | |
| Warehouse Shelving | Warehouse Shelving | MACHIN & EQUIPMT | 1 | 05/11/16 | 5 | $ - | Compton | |
| Crawford Compressor | Crawford Compressor | MACHIN & EQUIPMT | 1 | 07/22/16 | 5 | $ - | Compton | |
| Nissan Forklift | Nissan Forklift | MACHIN & EQUIPMT | 1 | 08/16/16 | 5 | $ - | Compton | |
| Nissan Forklift | Nissan Forklift | MACHIN & EQUIPMT | 1 | 08/16/16 | 5 | $ - | Compton | |
| Spindle Drill with 5 Heads | Spindle Drill with 5 Heads | MACHIN & EQUIPMT | 1 | 12/01/16 | 5 | $ - | Compton | |
| Air Screwdrivers (3) for mfg. | Air Screwdrivers (3) for mfg. | MACHIN & EQUIPMT | 1 | 01/23/17 | 5 | $ - | Compton | |
| Auto Stretch Wrapper | Auto Stretch Wrapper | MACHIN & EQUIPMT | 1 | 07/27/17 | 5 | $ - | Compton | |
| Pallet Jack for drivers | Pallet Jack for drivers | MACHIN & EQUIPMT | 1 | 07/17/17 | 5 | $ - | Compton | |
| Tiger Stop machine for Compton | Tiger Stop machine for Compton | MACHIN & EQUIPMT | 1 | 10/09/19 | 5 | $ - | Compton | |
| Wood For NNew Fixture | Wood For NNew Fixture | MACHIN & EQUIPMT | 1 | 06/06/20 | 5 | $ (0.00) | Compton | |
| Wood Workers Emporium LV: Saws, Drills, Jointer, Router for MFG | Wood Workers Emporium LV: Saws, Drills, Jointer, Router for MFG | MACHIN & EQUIPMT | 1 | 08/27/20 | 5 | $ - | Compton | |
| Sonic LPX - Stretch wrapper machine | Sonic LPX - Stretch wrapper machine | MACHIN & EQUIPMT | 1 | 12/07/20 | 5 | $ 116.71 | Hayward | |
| Pallet Jack - Hayward truck | Pallet Jack - Hayward truck | MACHIN & EQUIPMT | 1 | 11/17/14 | 5 | $ - | Hayward | |
| Pallet Jack - Hayward truck | Pallet Jack - Hayward truck | MACHIN & EQUIPMT | 1 | 04/17/15 | 5 | $ - | Hayward | |
| Used Pallet Racking (B. Meyers) | Used Pallet Racking (B. Meyers) | MACHIN & EQUIPMT | 1 | 03/29/17 | 5 | $ - | Hayward | |
| Used Nissan Forklift | Used Nissan Forklift | MACHIN & EQUIPMT | 1 | 04/05/17 | 5 | $ - | Hayward | |
| Compressor | Compressor | MACHIN & EQUIPMT | 1 | 06/01/14 | 5 | $ - | Hayward | |
| Electric Pallet Truck | Electric Pallet Truck | MACHIN & EQUIPMT | 1 | 11/14/00 | 5 | $ - | Hayward | |
| Digiweigh 5000 lb floor scale | Digiweigh 5000 lb floor scale | MACHIN & EQUIPMT | 1 | 11/30/10 | 5 | $ - | Hayward | |
| Toyota Forklift | Toyota Forklift | MACHIN & EQUIPMT | 1 | 08/10/18 | 5 | $ - | Hayward | |
| Forklift - Hayward | Forklift - Hayward | MACHIN & EQUIPMT | 1 | 02/22/21 | 5 | $ 471.44 | Hayward | |
| 2021 Unicarrier Forklift/C50 | 2021 Unicarrier Forklift/C50 | MACHIN & EQUIPMT | 1 | 05/04/21 | 5 | $ 3,299.82 | Hayward | |
| Big Joe Electric Pallet Jack | Big Joe Electric Pallet Jack | MACHIN & EQUIPMT | 1 | 06/03/15 | 5 | $ - | Sacramento | |
| Whse Racking - Sac | Whse Racking - Sac | MACHIN & EQUIPMT | 1 | 01/31/01 | 5 | $ - | Sacramento | |
| 4400 Series Floor Scale | 4400 Series Floor Scale | MACHIN & EQUIPMT | 1 | 10/15/07 | 5 | $ - | Sacramento | |
| Hyster Forklift - Sac | Hyster Forklift - Sac | MACHIN & EQUIPMT | 1 | 11/09/97 | 5 | $ - | Sacramento | |
| Electric Pallet Jack -Sac truck | Electric Pallet Jack -Sac truck | MACHIN & EQUIPMT | 1 | 10/02/14 | 5 | $ - | Sacramento | |
| Electric Pallet Jack -Sac truck | Electric Pallet Jack -Sac truck | MACHIN & EQUIPMT | 1 | 10/02/14 | 5 | $ - | Sacramento | |
| Generator/Inventor From Frt | Generator/Inventor From Frt | MACHIN & EQUIPMT | 1 | 08/31/18 | 5 | $ - | Sacramento | |
| Big Joe - D40 - Electric pallet jack | Big Joe - D40 - Electric pallet jack | MACHIN & EQUIPMT | 1 | 08/07/20 | 5 | $ - | Sacramento | |
| Machinery & Equipment | J.M. EQUIPMENT CO., INC. /IN: V510007144 | MACHIN & EQUIPMT | 1 | 08/13/21 | 5 | $ 4,866.36 | Sacramento | |
| Electric Pallet Jack -Vegas truck | Electric Pallet Jack -Vegas truck | MACHIN & EQUIPMT | 1 | 10/31/14 | 5 | $ - | Las Vegas | |
| Komatsu Forklifts (2) | Komatsu Forklifts (2) | MACHIN & EQUIPMT | 1 | 06/07/16 | 5 | $ - | Las Vegas | |
| Racking | Racking | MACHIN & EQUIPMT | 1 | 05/01/11 | 5 | $ - | Las Vegas | |
| Forklift - LV | Forklift - LV | MACHIN & EQUIPMT | 1 | 08/01/01 | 5 | $ - | Las Vegas | |
| Pallet Racking - LV | Pallet Racking - LV | MACHIN & EQUIPMT | 1 | 08/14/95 | 5 | $ - | Las Vegas | |
| Forklift - LV | Forklift - LV | MACHIN & EQUIPMT | 1 | 11/23/98 | 5 | $ - | Las Vegas | |
| Electric Pallet Jack -Vegas truck | Electric Pallet Jack -Vegas truck | MACHIN & EQUIPMT | 1 | 10/15/14 | 5 | $ - | Las Vegas | |
| Electric Pallet Jack -ILL truck | Electric Pallet Jack -ILL truck | MACHIN & EQUIPMT | 1 | 10/31/14 | 5 | $ - | Arlington | |
| Electric Pallet Jack -ILL truck | Electric Pallet Jack -ILL truck | MACHIN & EQUIPMT | 1 | 10/31/14 | 5 | $ - | Arlington | |
| Komatsu Forklift | Komatsu Forklift | MACHIN & EQUIPMT | 1 | 06/08/15 | 5 | $ - | Arlington | |
| Warehouse Racking | Warehouse Racking | MACHIN & EQUIPMT | 1 | 10/09/09 | 5 | $ - | Arlington | |
| Digiweigh 5000 lb floor scale | Digiweigh 5000 lb floor scale | MACHIN & EQUIPMT | 1 | 08/20/10 | 5 | $ - | Arlington | |
| Whse Racking - Elk Grove | Whse Racking - Elk Grove | MACHIN & EQUIPMT | 1 | 09/11/00 | 5 | $ - | Arlington | |
| Komatsu Forklifts (2) | Komatsu Forklifts (2) | MACHIN & EQUIPMT | 1 | 09/18/17 | 5 | $ - | Arlington | |
| Komatsu Forklift | Komatsu Forklift | MACHIN & EQUIPMT | 1 | 06/14/18 | 5 | $ - | Arlington | |
| Fairbank Scale | Fairbank Scale | MACHIN & EQUIPMT | 1 | 12/31/20 | 5 | $ 133.89 | TDI | |
| Forklift Repair | Forklift Repair | MACHIN & EQUIPMT | 1 | 03/31/21 | 5 | $ 34.17 | TDI | |
| TDI Metal Shop Equiment | TDI Metal Shop Equiment | MACHIN & EQUIPMT | 1 | 08/11/20 | 5 | $ 2,750.00 | TDI | |
| TDI Wood shop Equipment | TDI Wood shop Equipment | MACHIN & EQUIPMT | 1 | 08/11/20 | 5 | $ 2,750.00 | TDI | |
| TDI Equipment Purchase for Iron Workers | TDI Equipment Purchase for Iron Workers | MACHIN & EQUIPMT | 1 | 12/16/20 | 5 | $ 458.37 | TDI | |
| Fairbank Scale | Fairbank Scale | MACHIN & EQUIPMT | 1 | 06/08/21 | 5 | $ 423.65 | San Antonio | |
| Warehouse Forklift 6' | Warehouse Forklift 6' | MACHIN & EQUIPMT | 1 | 10/28/20 | 5 | $ 16.61 | San Antonio | |
| Sonic LPX - Stretch wrapper machine | Sonic LPX - Stretch wrapper machine | MACHIN & EQUIPMT | 1 | 12/07/20 | 5 | $ 116.71 | San Antonio | |
| 2020 Toyota Forklift 8FGCSU20 Unit# 22000560NT Serial# 8FGCSU20-50921 | 2020 Toyota Forklift 8FGCSU20 Unit#22000560NT Serial#8FGCSU20-50921 | MACHIN & EQUIPMT | 1 | 10/12/20 | 5 | $ 232.20 | San Antonio to Denver | |
| 2020 Toyota Forklift 8FGCU15 Unit#2200640NT Serial#8FGCSU20-51018 | 2020 Toyota Forklift 8FGCU15 Unit#2200640NT Serial#8FGCSU20-51018 | MACHIN & EQUIPMT | 1 | 10/12/20 | 5 | $ 225.60 | San Antonio to Denver | |
| Telecom Equipment installation - San Antonio | Telecom Equipment installation - San Antonio | MACHIN & EQUIPMT | 1 | 10/28/20 | 5 | $ 157.26 | San Antonio | |
| 4 Electric Pallet Trucks | 4 Electric Pallet Trucks | MACHIN & EQUIPMT | 1 | 12/09/20 | 5 | $ 214.00 | San Antonio | |
| Warehouse work WO#2342 (Mission City Electric) | Warehouse work WO#2342 (Mission City Electric) | MACHIN & EQUIPMT | 1 | 06/02/21 | 5 | $ 916.50 | San Antonio | |
| Warehouse rack | Warehouse rack | MACHIN & EQUIPMT | 1 | 10/28/20 | 5 | $ 811.19 | San Antonio | |
| 2 USED FORKLIFTS | 2 USED FORKLIFTS | MACHIN & EQUIPMT | 1 | 08/01/2022 | 5 | $ 17,739.70 | Denver | |
| WAREHOUSE RACKING | WAREHOUSE RACKING | MACHIN & EQUIPMT | 1 | 08/01/2022 | 5 | $ 2,738.23 | Denver | |
| Crawford Inland Compressor,Inc. | Crawford Inland Compressor,Inc. | MACHIN & EQUIPMT | 1 | 08/24/22 | 5 | $ 1,580.10 | Compton | |
| Jstolling,inc | Jstolling,inc | MACHIN & EQUIPMT | 1 | 08/30/22 | 5 | $ 1,749.66 | Compton | |
| Two Forklifts for Schertx Serial #508FGCSU20-10703 & 508FGCSU20-10704 | Two Forklifts for Schertx Serial#508FGCSU20-10703 & 508FGCSU20-10704 | MACHIN & EQUIPMT | 1 | 12/20/22 | 5 | $ 31,070.39 | Dallas | |
| Forklift Yr 2018 Serial #9A212441 Model# SC5215-30 | Forklift Yr 2018 Serial#9A212441 Model#SC5215-30 | MACHIN & EQUIPMT | 1 | 02/22/23 | 5 | $ 1,934.44 | Dallas | |
| Forklift Yr 2012 Serial #9A189523 Model# SC5225-30 | Forklift Yr 2012 Serial #9A189523 Model#SC5225-30 | MACHIN & EQUIPMT | 1 | 02/22/23 | 5 | $ 2,309.46 | Dallas | |
| **TOTAL** | | | | | | **$ 77,116.46** | | **$ 65,000.00** |

**C.D.S. MOVING EQUIPMENT, INC.**  Schedule Rider A/B 50 - Leasehold Improvements

| Name | Asset Description | Asset Type | Quantity | Purchase Date | Asset Lifetime ( yrs) | Current Net Book Value as of 08/31/25 | Location | Current Value of Debtor's Interest |
|---|---|---|---|---|---|---|---|---|
| Leasehold Imprv - Compton | Leasehold Imprv - Compton | Leasehold Improvements | 1 | 04/02/98 | 15 | $ - | Compton | |
| Wiring & Electrical - C | Wiring & Electrical - C | Leasehold Improvements | 1 | 04/01/99 | 15 | $ - | Compton | |
| Tint Windows - C | Tint Windows - C | Leasehold Improvements | 1 | 02/18/99 | 15 | $ - | Compton | |
| Lsehld Imp - New Bldg - C | Lsehld Imp - New Bldg - C | Leasehold Improvements | 1 | 05/01/99 | 15 | $ - | Compton | |
| Painting Bldg - C | Painting Bldg - C | Leasehold Improvements | 1 | 05/31/99 | 15 | $ - | Compton | |
| Whse Rails - C | Whse Rails - C | Leasehold Improvements | 1 | 05/31/99 | 15 | $ - | Compton | |
| Whse Scsr Life - C | Whse Scsr Life - C | Leasehold Improvements | 1 | 05/31/99 | 15 | $ - | Compton | |
| Instl Mezzanine - C | Instl Mezzanine - C | Leasehold Improvements | 1 | 06/30/99 | 15 | $ - | Compton | |
| Mezz Equip - C | Mezz Equip - C | Leasehold Improvements | 1 | 05/31/99 | 15 | $ - | Compton | |
| Mezz Dutro | Mezz Dutro | Leasehold Improvements | 1 | 06/30/99 | 15 | $ - | Compton | |
| Signs - Outside - C | Signs - Outside - C | Leasehold Improvements | 1 | 02/26/99 | 15 | $ - | Compton | |
| Western Fence - C | Western Fence - C | Leasehold Improvements | 1 | 07/09/99 | 15 | $ - | Compton | |
| Warehouse Door - C | Warehouse Door - C | Leasehold Improvements | 1 | 07/23/99 | 15 | $ - | Compton | |
| Whse Wiring - C | Whse Wiring - C | Leasehold Improvements | 1 | 10/29/99 | 15 | $ - | Compton | |
| Dock Repair - C | Dock Repair - C | Leasehold Improvements | 1 | 11/02/00 | 15 | $ - | Compton | |
| Wire Mach - C | Wire Mach - C | Leasehold Improvements | 1 | 07/31/01 | 15 | $ - | Compton | |
| Wire Light - C | Wire Light - C | Leasehold Improvements | 1 | 07/31/01 | 15 | $ - | Compton | |
| Mfg Door - C | Mfg Door - C | Leasehold Improvements | 1 | 05/31/02 | 15 | $ - | Compton | |
| Carpet | Carpet | Leasehold Improvements | 1 | 06/27/03 | 15 | $ - | Compton | |
| Sprinkler System - C | Sprinkler System - C | Leasehold Improvements | 1 | 04/26/04 | 15 | $ - | Compton | |
| New Sprinkler Lines/Mezz | New Sprinkler Lines/Mezz | Leasehold Improvements | 1 | 01/12/05 | 15 | $ - | Compton | |
| Flooring - Lnch Rm & Cust Srv | Flooring - Lnch Rm & Cust Srv | Leasehold Improvements | 1 | 10/11/06 | 15 | $ - | Compton | |
| Mezzanines - 2 - C | Mezzanines - 2 - C | Leasehold Improvements | 1 | 06/15/99 | 15 | $ - | Compton | |
| Mezz Rails - C | Mezz Rails - C | Leasehold Improvements | 1 | 07/16/99 | 15 | $ - | Compton | |
| Mezz Install & Matls - C | Mezz Install & Matls - C | Leasehold Improvements | 1 | 07/25/99 | 15 | $ - | Compton | |
| Mfg Messanine - C | Mfg Messanine - C | Leasehold Improvements | 1 | 10/05/99 | 15 | $ - | Compton | |
| Mezz Install & Matls - C | Mezz Install & Matls - C | Leasehold Improvements | 1 | 09/27/99 | 15 | $ - | Compton | |
| Mezzanine Lumber - C | Mezzanine Lumber - C | Leasehold Improvements | 1 | 10/18/99 | 15 | $ - | Compton | |
| Warehouse Mezzanine - C | Warehouse Mezzanine - C | Leasehold Improvements | 1 | 06/12/01 | 15 | $ - | Compton | |
| Whse Mezzanine - Com | Whse Mezzanine - Com | Leasehold Improvements | 1 | 11/09/01 | 15 | $ - | Compton | |
| Whse Mezzanine | Whse Mezzanine | Leasehold Improvements | 1 | 04/13/98 | 15 | $ - | Compton | |
| CLEAR DEISGN | CLEAR DEISGN | Leasehold Improvements | 1 | 06/14/21 | 15 | $ 2,105.96 | Compton | |
| Mezzanine - Hayward | Mezzanine - Hayward | Leasehold Improvements | 1 | 02/28/06 | 15 | $ - | Hayward | |
| A3 DESIGN BUILDS INC. /IN: 032921DWNPYMT - SAC | A3 DESIGN BUILDS INC. /IN: 032921DWNPYMT - SAC | Leasehold Improvements | 1 | 03/29/21 | 15 | $ 7,224.04 | Sacramento | |
| A3 DESIGN BUILDS INC. /IN: 0412212DWNPYT- SAC | A3 DESIGN BUILDS INC. /IN: 0412212DWNPYT- SAC | Leasehold Improvements | 1 | 05/14/21 | 15 | $ 9,401.04 | Sacramento | |
| LV Building Improvements | LV Building Improvements | Leasehold Improvements | 1 | 02/06/98 | 15 | $ - | Las Vegas | |
| LV Building Improvements | LV Building Improvements | Leasehold Improvements | 1 | 07/21/22 | 15 | $ 26,608.47 | Las Vegas | |
| LV Building Improvements | LV Building Improvements | Leasehold Improvements | 1 | 05/31/99 | 15 | $ - | Las Vegas | |
| LV Building Improvements | LV Building Improvements | Leasehold Improvements | 1 | 05/31/99 | 15 | $ - | Las Vegas | |
| Wiring - LV | Wiring - LV | Leasehold Improvements | 1 | 08/09/99 | 15 | $ - | Las Vegas | |
| Whse Wall - LV | Whse Wall - LV | Leasehold Improvements | 1 | 09/04/01 | 15 | $ - | Las Vegas | |
| Whse Wall - LV | Whse Wall - LV | Leasehold Improvements | 1 | 02/05/04 | 15 | $ - | Las Vegas | |
| Tile in Office Area | Tile in Office Area | Leasehold Improvements | 1 | 01/17/08 | 15 | $ - | ILLINOIS | |
| Sprinklers 4 Storage Platform | Sprinklers 4 Storage Platform | Leasehold Improvements | 1 | 01/25/08 | 15 | $ - | ILLINOIS | |
| Brinks Sec Sys | Brinks Sec Sys | Leasehold Improvements | 1 | 02/16/08 | 15 | $ - | ILLINOIS | |
| IL Building Improvements | IL Building Improvements | Leasehold Improvements | 1 | 10/22/12 | 15 | $ 310.10 | ILLINOIS | |
| IL Building Improvements | IL Building Improvements | Leasehold Improvements | 1 | 12/31/07 | 15 | $ - | ILLINOIS | |
| TX San Antonio -Building Improvements | TX San Antonio -Building Improvements | Leasehold Improvements | 1 | 12/31/20 | 15 | $ 2,394.64 | ILLINOIS | |
| A3 Designs Building Inc BDA Albert Chin - Sacramento | A3 Designs Building Inc BDA Albert Chin - Sacramento | Leasehold Improvements | 1 | 11/02/2021 | 15 | $ 9,112.12 | Sacramento | |
| Wallin Construction LLC - LV | Wallin Construction LLC - LV | Leasehold Improvements | 1 | 02/24/2022 | 15 | $ 18,240.85 | Las Vegas | |
| Vortex Industries Paid to M. Schwartzenberger | Vortex Industries Paid to M. Schwartzenberger | Leasehold Improvements | 1 | 09/09/2022 | 15 | $ 2,227.60 | Sacramento | |
| Fastener Superstore (Industrial Supply) | Fastener Superstore (Industrial Supply) | Leasehold Improvements | 1 | 09/30/2022 | 15 | $ 3,467.99 | Dallas | |

C.D.S. MOVING EQUIPMENT, INC.                    Schedule Rider A/B 50 - Leasehold Improvements

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Rocky Industries dba Denver Dck & Door West Cover | Rocky Industries dba Denver Dck & Door West Cover | Leasehold Improvements | 1 | 08/25/2022 | 15 | $ | 3,575.00 | Denver |
| 774 Breit Industrial Canyon | 774 Breit Industrial Canyon | Leasehold Improvements | 1 | 09/01/2022 | 15 | $ | 3,801.46 | Denver |
| SOUTHERN NEVADA A/C HEATING - LV | SOUTHERN NEVADA A/C HEATING - LV | Leasehold Improvements | 1 | 11/29/22 | 15 | $ | 7,003.97 | Las Vegas |
| SOUTHERN NEVADA A/C HEATING - LV | SOUTHERN NEVADA A/C HEATING - LV | Leasehold Improvements | 1 | 11/29/22 | 15 | $ | 1,610.03 | Las Vegas |
| HR Limited - Dallas TX | HR Limited - Dallas TX | Leasehold Improvements | 1 | 06/28/23 | 15 | $ | 1,656.17 | COMPTON |
| SOUTHERN NEVADA A/C HEATING | SOUTHERN NEVADA A/C HEATING | Leasehold Improvements | 1 | 04/30/24 | 15 | $ | 3,598.27 | Las Vegas |
| | | | | | | $ | 102,337.70 | $ | 5,900.00 |

## C.D.S. MOVING EQUIPMENT, INC.    Schedule Rider A/B 50 - Rental Equipment

| Name | Asset Description | Asset Type | Purchase Date | Asset Lifetime ( yrs) | Current Net Book Value | Location | Current Value of Debtor's Interest |
|---|---|---|---|---|---|---|---|
| AF-GDOE GDOE A-FRAME (RENTAL) | AF-GDOE GDOE A-FRAME (RENTAL) | Rental | 07/01/19 | 3 | $ - | Compton | |
| APP-HD ESCORT SRT-M HD APP. DOLY (REN | APP-HD ESCORT SRT-M HD APP. DOLY (REN | Rental | 07/01/19 | 3 | $ - | Compton | |
| APP-MH 1200 LB MANHANDLER SUPREME (RE | APP-MH 1200 LB MANHANDLER SUPREME (RE | Rental | 07/01/19 | 3 | $ - | Compton | |
| BB-2717 BLACK EZ CRATE - RENTAL | BB-2717 BLACK EZ CRATE - RENTAL | Rental | 07/01/19 | 3 | $ - | Compton | |
| BD-2818 BLACK DOLLY - RENTAL | BD-2818 BLACK DOLLY - RENTAL | Rental | 07/01/19 | 3 | $ - | Compton | |
| BG-2717 DURACRATE BLUE/GREEN CRATE - R | BG-2717 DURACRATE BLUE/GREEN CRATE - R | Rental | 07/01/19 | 3 | $ - | Compton | |
| BGD-2818 DURACRATE BLUE/GREEN DOLLY - R | BGD-2818 DURACRATE BLUE/GREEN DOLLY - R | Rental | 07/01/19 | 3 | $ - | Compton | |
| CC31G *sell as rental from VERSYSS>> | CC31G *sell as rental from VERSYSS>> | Rental | 07/01/19 | 3 | $ - | Compton | |
| CMC COMPUTER MONITOR CART (RENTAL) | CMC COMPUTER MONITOR CART (RENTAL) | Rental | 07/01/19 | 3 | $ - | Compton | |
| D 4-WHEEL DOLLY (RENTAL) | D 4-WHEEL DOLLY (RENTAL) | Rental | 07/01/19 | 3 | $ - | Compton | |
| DR DESK RISER (RENTAL) | DR DESK RISER (RENTAL) | Rental | 07/01/19 | 3 | $ - | Compton | |
| FP BLUE FURNITURE PADS 72X80 (REN | FP BLUE FURNITURE PADS 72X80 (REN | Rental | 07/01/19 | 3 | $ - | Compton | |
| GL24 24' GENIE SUPER LIFT (RENTAL) | GL24 24' GENIE SUPER LIFT (RENTAL) | Rental | 07/01/19 | 3 | $ - | Compton | |
| HT HAND TRUCKS (RENTAL) | HT HAND TRUCKS (RENTAL) | Rental | 07/01/19 | 3 | $ - | Compton | |
| LBB-2718 *sell as rental from VERSYSS!! | LBB-2718 *sell as rental from VERSYSS!! | Rental | 07/01/19 | 3 | $ - | Compton | |
| LBBD-2818 *sell from VERSYYS* | LBBD-2818 *sell from VERSYYS* | Rental | 07/01/19 | 3 | $ - | Compton | |
| LIB LIBRARY CARTS (RENTAL) | LIB LIBRARY CARTS (RENTAL) | Rental | 07/01/19 | 3 | $ - | Compton | |
| LP96 48"X96" RENTAL LIFT PLATFORM ( | LP96 48"X96" RENTAL LIFT PLATFORM ( | Rental | 07/01/19 | 3 | $ - | Compton | |
| MAS MASONITE CART (RENTAL) | MAS MASONITE CART (RENTAL) | Rental | 07/01/19 | 3 | $ - | Compton | |
| MC MACHINE CART (RENTAL) | MC MACHINE CART (RENTAL) | Rental | 07/01/19 | 3 | $ - | Compton | |
| MS RENTAL MASONITE 32"X48" (RENTA | MS RENTAL MASONITE 32"X48" (RENTA | Rental | 07/01/19 | 3 | $ - | Compton | |
| PD PANEL DOLLIES (RENTAL) | PD PANEL DOLLIES (RENTAL) | Rental | 07/01/19 | 3 | $ - | Compton | |
| PEDU-R RENTAL BOX DISPLAY WITH HOOKS | PEDU-R RENTAL BOX DISPLAY WITH HOOKS | Rental | 07/01/19 | 3 | $ - | Compton | |
| PJ PALLET JACKS (RENTAL) | PJ PALLET JACKS (RENTAL) | Rental | 07/01/19 | 3 | $ - | Compton | |
| PT PLATFORM TRUCKS (RENTAL) | PT PLATFORM TRUCKS (RENTAL) | Rental | 07/01/19 | 3 | $ - | Compton | |
| SC SPIDER CRANE FILE CAB MOVER | SC SPIDER CRANE FILE CAB MOVER | Rental | 07/01/19 | 3 | $ - | Compton | |
| SJ ROL-A-LIFT W/BAR 2 STRAPS (REN | SJ ROL-A-LIFT W/BAR 2 STRAPS (REN | Rental | 07/01/19 | 3 | $ - | Compton | |
| SPR SPEED PACK (RENTAL) | SPR SPEED PACK (RENTAL) | Rental | 07/01/19 | 3 | $ - | Compton | |
| TUB WOODEN TUBBS (RENTAL) | TUB WOODEN TUBBS (RENTAL) | Rental | 07/01/19 | 3 | $ - | Compton | |
| WR-10 10' WALKRAMP (RENTAL) | WR-10 10' WALKRAMP (RENTAL) | Rental | 07/01/19 | 3 | $ - | Compton | |
| WR-12 12' WALKRAMP (RENTAL) | WR-12 12' WALKRAMP (RENTAL) | Rental | 07/01/19 | 3 | $ - | Compton | |
| WR-14 14' WALKRAMP (RENTAL) | WR-14 14' WALKRAMP (RENTAL) | Rental | 07/01/19 | 3 | $ - | Compton | |
| WR-16 16' H.D. RAMP (RENTAL) | WR-16 16' H.D. RAMP (RENTAL) | Rental | 07/01/19 | 3 | $ - | Compton | |
| ZR ROLLING GARMET RACK (RENTAL) | ZR ROLLING GARMET RACK (RENTAL) | Rental | 07/01/19 | 3 | $ - | Compton | |
| AF-GDOE GDOE A-FRAME (RENTAL) | AF-GDOE GDOE A-FRAME (RENTAL) | Rental | 07/01/19 | 3 | $ - | Hayward | |
| APP APPLIANCE DOLLIES (RENTAL) | APP APPLIANCE DOLLIES (RENTAL) | Rental | 07/01/19 | 3 | $ - | Hayward | |
| APP-HD ESCORT SRT-M HD APP. DOLY (REN | APP-HD ESCORT SRT-M HD APP. DOLY (REN | Rental | 07/01/19 | 3 | $ - | Hayward | |
| APP-MH 1200 LB MANHANDLER SUPREME (RE | APP-MH 1200 LB MANHANDLER SUPREME (RE | Rental | 07/01/19 | 3 | $ - | Hayward | |
| BB-2717 BLACK EZ CRATE - RENTAL | BB-2717 BLACK EZ CRATE - RENTAL | Rental | 07/01/19 | 3 | $ - | Hayward | |
| BD-2818 BLACK DOLLY - RENTAL | BD-2818 BLACK DOLLY - RENTAL | Rental | 07/01/19 | 3 | $ - | Hayward | |
| CC31G *sell as rental from VERSYSS>> | CC31G *sell as rental from VERSYSS>> | Rental | 07/01/19 | 3 | $ - | Hayward | |
| CMC COMPUTER MONITOR CART (RENTAL) | CMC COMPUTER MONITOR CART (RENTAL) | Rental | 07/01/19 | 3 | $ - | Hayward | |
| D 4-WHEEL DOLLY (RENTAL) | D 4-WHEEL DOLLY (RENTAL) | Rental | 07/01/19 | 3 | $ - | Hayward | |
| DB 60"X60"X10M LB DOCKBOARD (RENT | DB 60"X60"X10M LB DOCKBOARD (RENT | Rental | 07/01/19 | 3 | $ - | Hayward | |
| DR DESK RISER (RENTAL) | DR DESK RISER (RENTAL) | Rental | 07/01/19 | 3 | $ - | Hayward | |
| FP BLUE FURNITURE PADS 72X80 (REN | FP BLUE FURNITURE PADS 72X80 (REN | Rental | 07/01/19 | 3 | $ - | Hayward | |
| GL24 24' GENIE SUPER LIFT (RENTAL) | GL24 24' GENIE SUPER LIFT (RENTAL) | Rental | 07/01/19 | 3 | $ - | Hayward | |
| HT HAND TRUCKS (RENTAL) | HT HAND TRUCKS (RENTAL) | Rental | 07/01/19 | 3 | $ - | Hayward | |
| LIB LIBRARY CARTS (RENTAL) | LIB LIBRARY CARTS (RENTAL) | Rental | 07/01/19 | 3 | $ - | Hayward | |
| LP LIFTING PLATFORM (RENTAL) | LP LIFTING PLATFORM (RENTAL) | Rental | 07/01/19 | 3 | $ - | Hayward | |
| MAS MASONITE CART (RENTAL) | MAS MASONITE CART (RENTAL) | Rental | 07/01/19 | 3 | $ - | Hayward | |
| MC MACHINE CART (RENTAL) | MC MACHINE CART (RENTAL) | Rental | 07/01/19 | 3 | $ - | Hayward | |
| MS RENTAL MASONITE 32"X48" (RENTA | MS RENTAL MASONITE 32"X48" (RENTA | Rental | 07/01/19 | 3 | $ - | Hayward | |
| NONINVREN NON INVENTORY RENTAL | NONINVREN NON INVENTORY RENTAL | Rental | 07/01/19 | 3 | $ - | Hayward | |
| PD PANEL DOLLIES (RENTAL) | PD PANEL DOLLIES (RENTAL) | Rental | 07/01/19 | 3 | $ - | Hayward | |
| PJ PALLET JACKS (RENTAL) | PJ PALLET JACKS (RENTAL) | Rental | 07/01/19 | 3 | $ - | Hayward | |
| PT PLATFORM TRUCKS (RENTAL) | PT PLATFORM TRUCKS (RENTAL) | Rental | 07/01/19 | 3 | $ - | Hayward | |
| SJ ROL-A-LIFT W/BAR 2 STRAPS (REN | SJ ROL-A-LIFT W/BAR 2 STRAPS (REN | Rental | 07/01/19 | 3 | $ - | Hayward | |
| TUB WOODEN TUBBS (RENTAL) | TUB WOODEN TUBBS (RENTAL) | Rental | 07/01/19 | 3 | $ - | Hayward | |
| WR-12 12' WALKRAMP (RENTAL) | WR-12 12' WALKRAMP (RENTAL) | Rental | 07/01/19 | 3 | $ - | Hayward | |
| WR-14 14' WALKRAMP (RENTAL) | WR-14 14' WALKRAMP (RENTAL) | Rental | 07/01/19 | 3 | $ - | Hayward | |
| WR-16 16' H.D. RAMP (RENTAL) | WR-16 16' H.D. RAMP (RENTAL) | Rental | 07/01/19 | 3 | $ - | Hayward | |
| WR-6 6' WALK RAMP (RENTAL) | WR-6 6' WALK RAMP (RENTAL) | Rental | 07/01/19 | 3 | $ - | Hayward | |
| WR-8 ***DISC***8' ALUMINUM RAMP (RE | WR-8 ***DISC***8' ALUMINUM RAMP (RE | Rental | 07/01/19 | 3 | $ - | Hayward | |
| ZR ROLLING GARMET RACK (RENTAL) | ZR ROLLING GARMET RACK (RENTAL) | Rental | 07/01/19 | 3 | $ - | Hayward | |
| APP APPLIANCE DOLLIES (RENTAL) | APP APPLIANCE DOLLIES (RENTAL) | Rental | 07/01/19 | 3 | $ - | Sacramento | |
| APP-HD ESCORT SRT-M HD APP. DOLY (REN | APP-HD ESCORT SRT-M HD APP. DOLY (REN | Rental | 07/01/19 | 3 | $ - | Sacramento | |
| APP-MH 1200 LB MANHANDLER SUPREME (RE | APP-MH 1200 LB MANHANDLER SUPREME (RE | Rental | 07/01/19 | 3 | $ - | Sacramento | |
| BB-2717 BLACK EZ CRATE - RENTAL | BB-2717 BLACK EZ CRATE - RENTAL | Rental | 07/01/19 | 3 | $ - | Sacramento | |
| BD-2818 BLACK DOLLY - RENTAL | BD-2818 BLACK DOLLY - RENTAL | Rental | 07/01/19 | 3 | $ - | Sacramento | |
| CC31G *sell as rental from VERSYSS>> | CC31G *sell as rental from VERSYSS>> | Rental | 07/01/19 | 3 | $ - | Sacramento | |
| CMC COMPUTER MONITOR CART (RENTAL) | CMC COMPUTER MONITOR CART (RENTAL) | Rental | 07/01/19 | 3 | $ - | Sacramento | |
| D 4-WHEEL DOLLY (RENTAL) | D 4-WHEEL DOLLY (RENTAL) | Rental | 07/01/19 | 3 | $ - | Sacramento | |
| DR DESK RISER (RENTAL) | DR DESK RISER (RENTAL) | Rental | 07/01/19 | 3 | $ - | Sacramento | |
| FP BLUE FURNITURE PADS 72X80 (REN | FP BLUE FURNITURE PADS 72X80 (REN | Rental | 07/01/19 | 3 | $ - | Sacramento | |
| GL24 24' GENIE SUPER LIFT (RENTAL) | GL24 24' GENIE SUPER LIFT (RENTAL) | Rental | 07/01/19 | 3 | $ - | Sacramento | |
| HT HAND TRUCKS (RENTAL) | HT HAND TRUCKS (RENTAL) | Rental | 07/01/19 | 3 | $ - | Sacramento | |
| LIB LIBRARY CARTS (RENTAL) | LIB LIBRARY CARTS (RENTAL) | Rental | 07/01/19 | 3 | $ - | Sacramento | |
| MAS MASONITE CART (RENTAL) | MAS MASONITE CART (RENTAL) | Rental | 07/01/19 | 3 | $ - | Sacramento | |
| MC MACHINE CART (RENTAL) | MC MACHINE CART (RENTAL) | Rental | 07/01/19 | 3 | $ - | Sacramento | |
| MS RENTAL MASONITE 32"X48" (RENTA | MS RENTAL MASONITE 32"X48" (RENTA | Rental | 07/01/19 | 3 | $ - | Sacramento | |
| PD PANEL DOLLIES (RENTAL) | PD PANEL DOLLIES (RENTAL) | Rental | 07/01/19 | 3 | $ - | Sacramento | |
| PJ PALLET JACKS (RENTAL) | PJ PALLET JACKS (RENTAL) | Rental | 07/01/19 | 3 | $ - | Sacramento | |
| PT PLATFORM TRUCKS (RENTAL) | PT PLATFORM TRUCKS (RENTAL) | Rental | 07/01/19 | 3 | $ - | Sacramento | |
| SJ ROL-A-LIFT W/BAR 2 STRAPS (REN | SJ ROL-A-LIFT W/BAR 2 STRAPS (REN | Rental | 07/01/19 | 3 | $ - | Sacramento | |
| TUB WOODEN TUBBS (RENTAL) | TUB WOODEN TUBBS (RENTAL) | Rental | 07/01/19 | 3 | $ - | Sacramento | |
| WR-14 14' WALKRAMP (RENTAL) | WR-14 14' WALKRAMP (RENTAL) | Rental | 07/01/19 | 3 | $ - | Sacramento | |
| AF A-FRAME (RENTAL) | AF A-FRAME (RENTAL) | Rental | 07/01/19 | 3 | $ - | Las Vegas | |
| AF-GDOE GDOE A-FRAME (RENTAL) | AF-GDOE GDOE A-FRAME (RENTAL) | Rental | 07/01/19 | 3 | $ - | Las Vegas | |
| APP APPLIANCE DOLLIES (RENTAL) | APP APPLIANCE DOLLIES (RENTAL) | Rental | 07/01/19 | 3 | $ - | Las Vegas | |
| APP-HD ESCORT SRT-M HD APP. DOLY (REN | APP-HD ESCORT SRT-M HD APP. DOLY (REN | Rental | 07/01/19 | 3 | $ - | Las Vegas | |
| APP-MH 1200 LB MANHANDLER SUPREME (RE | APP-MH 1200 LB MANHANDLER SUPREME (RE | Rental | 07/01/19 | 3 | $ - | Las Vegas | |
| BD-2818 BLACK DOLLY - RENTAL | BD-2818 BLACK DOLLY - RENTAL | Rental | 07/01/19 | 3 | $ - | Las Vegas | |
| CC31G *sell as rental from VERSYSS>> | CC31G *sell as rental from VERSYSS>> | Rental | 07/01/19 | 3 | $ - | Las Vegas | |
| CMC COMPUTER MONITOR CART (RENTAL) | CMC COMPUTER MONITOR CART (RENTAL) | Rental | 07/01/19 | 3 | $ - | Las Vegas | |
| CRCD CHICAGO STYLE RC DOLLY (RENTAL | CRCD CHICAGO STYLE RC DOLLY (RENTAL | Rental | 07/01/19 | 3 | $ - | Las Vegas | |

## C.D.S. MOVING EQUIPMENT, INC.    Schedule Rider A/B 50 - Rental Equipment

| Description | Description | Type | Date | | $ | | Location |
|---|---|---|---|---|---|---|---|
| D 4-WHEEL DOLLY (RENTAL) | D 4-WHEEL DOLLY (RENTAL) | Rental | 07/01/19 | 3 | $ | - | Las Vegas |
| DR DESK RISER (RENTAL) | DR DESK RISER (RENTAL) | Rental | 07/01/19 | 3 | $ | - | Las Vegas |
| GL24 24' GENIE SUPER LIFT (RENTAL) | GL24 24' GENIE SUPER LIFT (RENTAL) | Rental | 07/01/19 | 3 | $ | - | Las Vegas |
| HT HAND TRUCKS (RENTAL) | HT HAND TRUCKS (RENTAL) | Rental | 07/01/19 | 3 | $ | - | Las Vegas |
| LIB LIBRARY CARTS (RENTAL) | LIB LIBRARY CARTS (RENTAL) | Rental | 07/01/19 | 3 | $ | - | Las Vegas |
| MC MACHINE CART (RENTAL) | MC MACHINE CART (RENTAL) | Rental | 07/01/19 | 3 | $ | - | Las Vegas |
| PD PANEL DOLLIES (RENTAL) | PD PANEL DOLLIES (RENTAL) | Rental | 07/01/19 | 3 | $ | - | Las Vegas |
| PEDU-R RENTAL BOX DISPLAY WITH HOOKS | PEDU-R RENTAL BOX DISPLAY WITH HOOKS | Rental | 07/01/19 | 3 | $ | - | Las Vegas |
| PJ PALLET JACKS (RENTAL) | PJ PALLET JACKS (RENTAL) | Rental | 07/01/19 | 3 | $ | - | Las Vegas |
| PT PLATFORM TRUCKS (RENTAL) | PT PLATFORM TRUCKS (RENTAL) | Rental | 07/01/19 | 3 | $ | - | Las Vegas |
| TUB WOODEN TUBBS (RENTAL) | TUB WOODEN TUBBS (RENTAL) | Rental | 07/01/19 | 3 | $ | - | Las Vegas |
| WR-14 14' WALKRAMP (RENTAL) | WR-14 14' WALKRAMP (RENTAL) | Rental | 07/01/19 | 3 | $ | - | Las Vegas |
| APP-HD ESCORT SRT-M HD APP. DOLY (REN | APP-HD ESCORT SRT-M HD APP. DOLY (REN | Rental | 07/01/19 | 3 | $ | - | Arlington |
| APP-MH 1200 LB MANHANDLER SUPREME (RE | APP-MH 1200 LB MANHANDLER SUPREME (RE | Rental | 07/01/19 | 3 | $ | - | Arlington |
| BB-2717 BLACK EZ CRATE - RENTAL | BB-2717 BLACK EZ CRATE - RENTAL | Rental | 07/01/19 | 3 | $ | - | Arlington |
| BD-2818 BLACK DOLLY - RENTAL | BD-2818 BLACK DOLLY - RENTAL | Rental | 07/01/19 | 3 | $ | - | Arlington |
| BD-31G *sell from VERSYS* | BD-31G *sell from VERSYS* | Rental | 07/01/19 | 3 | $ | - | Arlington |
| CC31G *sell as rental from VERSYSS>> | CC31G *sell as rental from VERSYSS>> | Rental | 07/01/19 | 3 | $ | - | Arlington |
| CD CHICAGO RENTAL DOLLY (RENTAL) | CD CHICAGO RENTAL DOLLY (RENTAL) | Rental | 07/01/19 | 3 | $ | - | Arlington |
| HT HAND TRUCKS (RENTAL) | HT HAND TRUCKS (RENTAL) | Rental | 07/01/19 | 3 | $ | - | Arlington |
| LIB LIBRARY CARTS (RENTAL) | LIB LIBRARY CARTS (RENTAL) | Rental | 07/01/19 | 3 | $ | - | Arlington |
| MC MACHINE CART (RENTAL) | MC MACHINE CART (RENTAL) | Rental | 07/01/19 | 3 | $ | - | Arlington |
| MCFR 12 COMPARTMENT RENTAL CART | MCFR 12 COMPARTMENT RENTAL CART | Rental | 07/01/19 | 3 | $ | - | Arlington |
| PD PANEL DOLLIES (RENTAL) | PD PANEL DOLLIES (RENTAL) | Rental | 07/01/19 | 3 | $ | - | Arlington |
| PJ PALLET JACKS (RENTAL) | PJ PALLET JACKS (RENTAL) | Rental | 07/01/19 | 3 | $ | - | Arlington |
| SJ ROL-A-LIFT W/BAR 2 STRAPS (REN | SJ ROL-A-LIFT W/BAR 2 STRAPS (REN | Rental | 07/01/19 | 3 | $ | - | Arlington |
| SP1 SPEED PACK - 38"X27"X30" T/W ( | SP1 SPEED PACK - 38"X27"X30" T/W ( | Rental | 07/01/19 | 3 | $ | - | Arlington |
| WR-14 14' WALKRAMP (RENTAL) | WR-14 14' WALKRAMP (RENTAL) | Rental | 07/01/19 | 3 | $ | - | Arlington |
| BLACK EZ CRATE - RENTAL | BLACK EZ CRATE - RENTAL | Rental | 03/11/2022 | 3 | $ | - | Compton |
| 4-WHEEL DOLLY (RENTAL) | 4-WHEEL DOLLY (RENTAL) | Rental | 03/11/2022 | 3 | $ | - | Compton |
| *sell as rental from VERSYSS!! | *sell as rental from VERSYSS!! | Rental | 03/11/2022 | 3 | $ | - | Compton |
| LIBRARY CARTS (RENTAL) | LIBRARY CARTS (RENTAL) | Rental | 03/11/2022 | 3 | $ | - | Compton |
| MACHINE CART (RENTAL) | MACHINE CART (RENTAL) | Rental | 03/11/2022 | 3 | $ | - | Compton |
| PANEL DOLLIES (RENTAL) | PANEL DOLLIES (RENTAL) | Rental | 03/11/2022 | 3 | $ | - | Compton |
| WOODEN TUBBS (RENTAL) | WOODEN TUBBS (RENTAL) | Rental | 03/11/2022 | 3 | $ | - | Compton |
| 16' H.D. RAMP (RENTAL) | 16' H.D. RAMP (RENTAL) | Rental | 03/11/2022 | 3 | $ | - | Compton |
| BLACK EZ CRATE - RENTAL | BLACK EZ CRATE - RENTAL | Rental | 03/11/22 | 3 | $ | - | Hayward |
| BLACK DOLLY - RENTAL | BLACK DOLLY - RENTAL | Rental | 03/11/22 | 3 | $ | - | Hayward |
| 4-WHEEL DOLLY (RENTAL) | 4-WHEEL DOLLY (RENTAL) | Rental | 03/11/22 | 3 | $ | - | Hayward |
| 24' GENIE SUPER LIFT (RENTAL) | 24' GENIE SUPER LIFT (RENTAL) | Rental | 03/11/22 | 3 | $ | - | Hayward |
| LIBRARY CARTS (RENTAL) | LIBRARY CARTS (RENTAL) | Rental | 03/11/22 | 3 | $ | - | Hayward |
| PANEL DOLLIES (RENTAL) | PANEL DOLLIES (RENTAL) | Rental | 03/11/22 | 3 | $ | - | Hayward |
| PALLET JACKS (RENTAL) | PALLET JACKS (RENTAL) | Rental | 03/11/22 | 3 | $ | - | Hayward |
| BLACK EZ CRATE - RENTAL | BLACK EZ CRATE - RENTAL | Rental | 03/11/22 | 3 | $ | - | Sacramento |
| BLACK DOLLY - RENTAL | BLACK DOLLY - RENTAL | Rental | 03/11/22 | 3 | $ | - | Sacramento |
| DURACRATE BLUE/GREEN CRATE - R | DURACRATE BLUE/GREEN CRATE - R | Rental | 03/11/22 | 3 | $ | - | Sacramento |
| DURACRATE BLUE/GREEN DOLLY - R | DURACRATE BLUE/GREEN DOLLY - R | Rental | 03/11/22 | 3 | $ | - | Sacramento |
| 4-WHEEL DOLLY (RENTAL) | 4-WHEEL DOLLY (RENTAL) | Rental | 03/11/22 | 3 | $ | - | Sacramento |
| LIBRARY CARTS (RENTAL) | LIBRARY CARTS (RENTAL) | Rental | 03/11/22 | 3 | $ | - | Sacramento |
| MASONITE CART (RENTAL) | MASONITE CART (RENTAL) | Rental | 03/11/22 | 3 | $ | - | Sacramento |
| ROL-A-LIFT W/BAR 2 STRAPS (REN | ROL-A-LIFT W/BAR 2 STRAPS (REN | Rental | 03/11/22 | 3 | $ | - | Sacramento |
| PANEL DOLLIES (RENTAL) | PANEL DOLLIES (RENTAL) | Rental | 03/11/22 | 3 | $ | - | Las Vegas |
| DURACRATE BLUE/GREEN CRATE - R | DURACRATE BLUE/GREEN CRATE - R | Rental | 03/11/22 | 3 | $ | - | Las Vegas |
| DURACRATE BLUE/GREEN DOLLY - R | DURACRATE BLUE/GREEN DOLLY - R | Rental | 03/11/22 | 3 | $ | - | Las Vegas |
| CRCD | CHICAGO STYLE RC DOLLY | Rental | 03/11/22 | 3 | $ | - | Las Vegas |
| MACHINE CART (RENTAL) | MACHINE CART (RENTAL) | Rental | 03/11/22 | 3 | $ | - | Las Vegas |
| WOODEN TUBBS (RENTAL) | WOODEN TUBBS (RENTAL) | Rental | 03/11/22 | 3 | $ | - | Las Vegas |
| PANEL DOLLIES (RENTAL) | PANEL DOLLIES (RENTAL) | Rental | 03/11/22 | 3 | $ | - | Las Vegas |
| BLACK EZ CRATE - RENTAL | BLACK EZ CRATE - RENTAL | Rental | 03/11/22 | 3 | $ | - | Las Vegas |
| CD | CHICAGO RENTAL DOLLY (RENTAL) | Rental | 03/11/22 | 3 | $ | - | Arlington |
| 12 COMPARTMENT RENTAL CART | 12 COMPARTMENT RENTAL CART | Rental | 03/11/22 | 3 | $ | - | Arlington |
| SPEED PACK - 38"X27"X30" T/W ( | SPEED PACK - 38"X27"X30" T/W ( | Rental | 03/11/22 | 3 | $ | - | Arlington |
| 24' GENIE SUPER LIFT (RENTAL) | 24' GENIE SUPER LIFT (RENTAL) | Rental | 03/11/22 | 3 | $ | - | San Antonio |
| LIBRARY CARTS (RENTAL) | LIBRARY CARTS (RENTAL) | Rental | 03/11/22 | 3 | $ | - | San Antonio |
| MASONITE CART (RENTAL) | MASONITE CART (RENTAL) | Rental | 03/11/22 | 3 | $ | - | San Antonio |
| MACHINE CART (RENTAL) | MACHINE CART (RENTAL) | Rental | 03/11/22 | 3 | $ | - | San Antonio |
| LIBRARY CARTS (RENTAL) | LIBRARY CARTS (RENTAL) | Rental | 03/11/22 | 3 | $ | - | Dallas |
| MACHINE CART (RENTAL) | MACHINE CART (RENTAL) | Rental | 03/11/22 | 3 | $ | - | Dallas |
| HDS-35 | HDS-35 | Rental | 06/03/22 | 3 | $ | - | Dallas |
| 200 .QP Quick Packs | 200 .QP Quick Packs | Rental | 06/03/22 | 3 | $ | - | Compton |
| 142 PD-C40 Panel Dollies with 4" grey casters | 142 PD-C40 Panel Dollies with 4" grey casters | Rental | 06/03/22 | 3 | $ | - | Compton |
| 500 CD-C35 Dee Luxe 4-Wheel Dollies with 3.5" grey casters | 500 CD-C35 Dee Luxe 4-Wheel Dollies with 3.5" grey casters | Rental | 06/03/22 | 3 | $ | - | Compton |
| 190 CD-C35 Panel Dollies with 3.5" casters | 190 CD-C35 Panel Dollies with 3.5" casters | Rental | 06/03/22 | 3 | $ | - | Compton |
| 5 FP-90B Blue Furniture Pads (uom = dozens) | 5 FP-90B Blue Furniture Pads (uom = dozens) | Rental | 06/03/22 | 3 | $ | - | Compton |
| 80 .QP-1 Quick Packs | 80 .QP-1 Quick Packs | Rental | 06/03/22 | 3 | $ | - | Compton |
| 60 PD-C40 Panel Dollies with 4" grey casters | 60 PD-C40 Panel Dollies with 4" grey casters | Rental | 06/03/22 | 3 | $ | - | Compton |
| 1 D1404 Dutro Appliance Dolly with 8" casters & rated at 700 lb capacity | 1 D1404 Dutro Appliance Dolly with 8" casters & rated at 700 lb capacity | Rental | 06/03/22 | 3 | $ | - | Compton |
| CD-C35 Dee Luxe 4-Wheel Dollies with 3.5" grey casters | CD-C35 Dee Luxe 4-Wheel Dollies with 3.5" grey casters | Rental | 06/03/22 | 3 | $ | - | Hayward |
| CD-C40 Performa Office Dollies with 4.0" grey casters | CD-C40 Performa Office Dollies with 4.0" grey casters | Rental | 06/03/22 | 3 | $ | - | Hayward |
| D1504 Dutro Appliance Dolly with 5" casters & rated at 700 lb capacity | D1504 Dutro Appliance Dolly with 5" casters & rated at 700 lb capacity | Rental | 06/03/22 | 3 | $ | - | Hayward |
| | | | | | $ | - | $ | 17,250.00 |

C.D.S. MOVING EQUIPMENT, INC.                Schedule Rider A/B 50 - Security Equipment

| Name | Asset Description | Asset Type | Purchase Date | Current Net Book Value | Location | Current Value of Debtor's Interest |
|---|---|---|---|---|---|---|
| Keyless internal security system | Keyless internal security system | Security Equipment | 03/09/20 | $ 2,103.75 | Compton | |
| Balco Holding, upgraded Alarm | Balco Holding, upgraded Alarm | Security Equipment | 05/06/20 | $ 2,549.45 | Compton | |
| Security Camera (Niteowl Surveillance)- Compton | | Security Equipment | 04/04/98 | $ - | Compton | |
| Security Camera (Niteowl Surveillance)- Compton | | Security Equipment | 06/26/07 | $ - | Compton | |
| Security Camera (Niteowl Surveillance)- Compton | | Security Equipment | 11/18/08 | $ - | Compton | |
| Security Camera (Niteowl Surveillance)- Hayward | | Security Equipment | 04/22/10 | $ - | Hayward | |
| Security Camera (Niteowl Surveillance)- Sacramento | | Security Equipment | 02/01/01 | $ - | Sacramento | |
| Security Camera (Niteowl Surveillance)- Las  Vegas | | Security Equipment | 09/04/98 | $ - | Las Vegas | |
| Security Camera (Niteowl Surveillance)- Arlington | | Security Equipment | 12/15/00 | $ - | Arlington | |
| | | | | $ 4,653.20 | | $ 3,000.00 |

---

Fill in this information to identify the case:

Debtor name    **C.D.S. Moving Equipment, Inc.**

United States Bankruptcy Court for the: ____ **Central** ____ District of ____ **California** ____
(State)

Case number (if known):    **2:25-bk-21646-WB**

☐ Check if this is an amended filing

---

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1.  Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** Creditor's name

**De Lage Landen Financial Svcs**

Creditor's mailing address

**PO Box 41602**

**Philadelphia, PA 19101-1602**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number   **1** **3** **2** **0**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

Describe debtor's property that is subject to a lien
Vehicle

Describe the lien

**UCC Financing Statement**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$4,620.12**    Value of collateral: **unknown**

**Remarks:** Leased Equipment Contract

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$4,943,746.59**

| Debtor | **C.D.S. Moving Equipment, Inc.** | | Case number (if known) | **2:25-bk-21646-WB** |
|--------|-----------------------------------|---|------------------------|------------------------|
| | Name | | | |

| **Part 1:** | **Additional Page** | **Column A**<br>Amount of claim<br>Do not deduct the value<br>of collateral. | **Column B**<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| **2.2** | **Creditor's name** | | |
|---------|---------------------|---|---|

**JPMorgan Chase Bank NA**

**Describe debtor's property that is subject to a lien**

Moving Boxes, Tape and related goods. See attached Schedule Rider A/B 50 - Equipment, Accounts Receivable, Accounts receivable over 90 days, JPMorgan Chase Bank, JPMorgan Chase Bank, Federal Credit Refund, See attached Schedule Rider A/B 47 - Vehicles, See attached Schedule Rider A/B 50 - Security Equipment, See attached Schedule Rider A/B 39 - Office Furniture, See attached Schedule Rider A/B 41 - Office Equipment, CDS/Pacease Trademark, Internet domain, Customer lists

**$2,500,000.00**     **$2,168,748.74**

**Creditor's mailing address**

10 S Dearborn Fl L2, IL 1-1145

Chicago, IL 60603-2300

**Creditor's email address, if known**

**Date debt was incurred**      2022-2023

**Last 4 digits of account number**     ___ ___ ___ ___

**Describe the lien**

**Second position blanket Lien against all of Debtor's personal property**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **See continuation page.**

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **C.D.S. Moving Equipment, Inc.**
_____
Name

Case number (if known) **2:25-bk-21646-WB**
_____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.3**  **Creditor's name**

**Kubota Credit Corporation USA**

**Creditor's mailing address**

**PO Box 2046**

**Grapevine, TX 76099**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account** __ __  __ __  __ __  __ __
**number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Kubota Tires Liner Equipment

**Describe debtor's property that is subject to a lien**

Kubota RTV-X1130WL-H

**Describe the lien**

**UCC Financing Statement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$25,000.00**        **unknown**

Debtor    **C.D.S. Moving Equipment, Inc.**
_____
Name                                                        Case number (if known) **2:25-bk-21646-WB**
_____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | *Amount of claim* | *Value of collateral* |
| | | **Amount of claim** | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.4** **Creditor's name**

**Navistar Financial Corp**

**Creditor's mailing address**

**International**

**PO Box 96070**

**Chicago, IL 60693**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Equipment Lease - Bobtail Trucks

**Describe debtor's property that is subject to a lien**

Six trucks

**Describe the lien**

  UCC Financing Statement

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$9,852.47**

Column B: **unknown**

| Debtor | C.D.S. Moving Equipment, Inc. | | Case number (if known) | 2:25-bk-21646-WB |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| **2.5** | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $2,404,274.00 | $2,168,748.74 |
|---|---|---|---|---|

**Pathward National Association**

Accounts Receivable, Accounts receivable over 90 days, JPMorgan Chase Bank, JPMorgan Chase Bank, Moving Boxes, Tape and related goods, Federal Credit Refund, See attached Schedule Rider A/B 50 - Equipment, See attached Schedule Rider A/B 47 - Vehicles, See attached Schedule Rider A/B 50 - Security Equipment, See attached Schedule Rider A/B 39 - Office Furniture, See attached Schedule Rider A/B 41 - Office Equipment, CDS/Pacease Trademark, Internet domain, Customer lists

**Creditor's mailing address**

**5480 Corporate Dr Ste 350**

**Troy, MI 48098**

**Describe the lien**

**First position lien against Debtor's personal property, including accounts, inventory, equipment, furniture and fixtures, intangibles, and deposit accounts**

**Creditor's email address, if known**

**Date debt was incurred    5/30/2025**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Last 4 digits of account number    ___ ___ ___ ___**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☑ Yes. The relative priority of creditors is specified on lines **2.2**

Debtor    **C.D.S. Moving Equipment, Inc.**
_____
Name

Case number (if known)   **2:25-bk-21646-WB**
_____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column A* | *Column B* |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.6** **Creditor's name**

**Wells Fargo Bank NA**

**Describe debtor's property that is subject to a lien**

Forklift

unknown    unknown

**Creditor's mailing address**

**800 Walnut St F0005-044**

**Des Moines, IA 50309**

**Describe the lien**

**UCC Financing Statement**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** Forklift Lease

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number (if known) | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| **2.2** | **Creditor's name** | **Specify each creditor, including this creditor, and its relative priority.** |
|---|---|---|
| | **JPMorgan Chase Bank NA** | For Moving Boxes, Tape and related goods: 1) Pathward National Association; **2) JPMorgan Chase Bank NA**; For See attached Schedule Rider A/B 50 - Equipment: 1) Pathward National Association; **2) JPMorgan Chase Bank NA**; For Accounts Receivable: 1) Pathward National Association; **2) JPMorgan Chase Bank NA**; For Accounts receivable over 90 days: 1) Pathward National Association; **2) JPMorgan Chase Bank NA**; For JPMorgan Chase Bank: 1) Pathward National Association; **2) JPMorgan Chase Bank NA**; For JPMorgan Chase Bank: 1) Pathward National Association; **2) JPMorgan Chase Bank NA**; For Federal Credit Refund: 1) Pathward National Association; **2) JPMorgan Chase Bank NA**; For See attached Schedule Rider A/B 47 - Vehicles: 1) Pathward National Association; **2) JPMorgan Chase Bank NA**; For See attached Schedule Rider A/B 50 - Security Equipment: 1) Pathward National Association; **2) JPMorgan Chase Bank NA**; For See attached Schedule Rider A/B 39 - Office Furniture: 1) Pathward National Association; **2) JPMorgan Chase Bank NA**; For See attached Schedule Rider A/B 41 - Office Equipment: 1) Pathward National Association; **2) JPMorgan Chase Bank NA**; For CDS/Pacease Trademark: 1) Pathward National Association; **2) JPMorgan Chase Bank NA**; For Internet domain: 1) Pathward National Association; **2) JPMorgan Chase Bank NA**; For Customer lists: 1) Pathward National Association; **2) JPMorgan Chase Bank NA** |

Debtor    **C.D.S. Moving Equipment, Inc.**                                    Case number (if known)  **2:25-bk-21646-WB**

          Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **JPMorgan Chase Bank NA** <br> **1111 Polaris Pkwy Ste 4N** <br> **Columbus, OH 43240** | Line 2. __2__ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |

| Fill in this information to identify the case: |
|---|
| Debtor name **C.D.S. Moving Equipment, Inc.** |
| United States Bankruptcy Court for the: **Central District of California** |
| Case number (if known): **2:25-bk-21646-WB** |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown | unknown |

**2.1** Priority creditor's name and mailing address

**CA Dept of Tax and Fee Admin**

**Account Info Group MIC 29**

**PO Box 942879**

**Sacramento, CA 94279-0029**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| unknown | unknown |

**2.2** Priority creditor's name and mailing address

**Employment Development Department**

**Bankruptcy Group MIC 92E**

**PO Box 826880**

**Sacramento, CA 94280-0001**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| unknown | unknown |

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

**2.3**

Priority creditor's name and mailing address

**Franchise Tax Board**

**Bankruptcy Section MS A-340**

**PO Box 2952**

**Sacramento, CA 95812-2952**

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown        unknown

---

**2.4**

Priority creditor's name and mailing address

**Internal Revenue Service**

**PO Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown        unknown

---

**2.5**

Priority creditor's name and mailing address

**Kaiser Foundation**

**PO Box 741562**

**Los Angeles, CA 90074-1562**

Date or dates debt was incurred

_____

Last 4 digits of account number **5   9   1   5**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(5)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the Claim:
**Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$99,684.28        unknown

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**
Nonpriority creditor's name and mailing address

**1520 Southern Nevada A/C & Heating**

**3925 W Hacienda Ave**

**Las Vegas, NV 89118-1788**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$720.00**

---

**3.2**
Nonpriority creditor's name and mailing address

**2 Flyers Energy**

**2360 Lindbergh Street**

**Appleton, WA 98602**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,856.58**

---

**3.3**
Nonpriority creditor's name and mailing address

**215 Rossmoor LLC**

**13532 Whembly Drive**

**Santa Ana, CA 92705**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Albuquerque Rent**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,122.47**

---

**3.4**
Nonpriority creditor's name and mailing address

**4Safe Products LLC**

**Attn Alexander V Hettena Esq**

**31348 Via Colinas Ste 106**

**Thousand Oaks, CA 91362-6803**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

**Remarks:**
In re 4Safe Products LLC v. C.D.S. Moving Equipment, Inc.; Los
Angeles Superior Court, Case No. 24CMCV01698

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.5** Nonpriority creditor's name and mailing address

**50 Pednar Products Inc**

**PO Box 661569**

**Arcadia, CA 91066**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:    $1,110.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**AAA Oil Inc**

**dba California Fuels and L**

**11621 Westminister Ave**

**Garden Grove, CA 92843**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:    $2,636.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**ACU Web Inc**

**7177 Brockton Ave**

**Riverside, CA 92506-2632**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:    $693.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**ADT Security Corporation**

**PO Box 49292**

**Wichita, KS 67201**

Date or dates debt was incurred _____

Last 4 digits of account number  8  7  3  4

As of the petition filing date, the claim is:    $94.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2">■ **Part 2:** Additional Page</td></tr>
</table>

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $115.16 |
|---|---|---|---|
| | **ADT Security Services** | ☐ Contingent | |
| | **Sacramento** | ☐ Unliquidated | |
| | **PO Box 371878** | ☐ Disputed | |
| | **Pittsburgh, PA 15250-7878** | **Basis for the claim:** Trade Debt | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number    5  2  1  2 | ☑ No<br>☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $682.18 |
|---|---|---|---|
| | **Air Compressor** | ☐ Contingent | |
| | **dba Kimberly P Parker** | ☐ Unliquidated | |
| | **34428 Yucaipa Blvd** | ☐ Disputed | |
| | **Yucaipa, CA 92399** | **Basis for the claim:** Trade Debt | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number    __ __ __ __ | ☑ No<br>☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $19,353.66 |
|---|---|---|---|
| | **Alliant Insurance Services Inc** | ☐ Contingent | |
| | **PO Box 8377** | ☐ Unliquidated | |
| | **Pasadena, CA 91109-8377** | ☐ Disputed | |
| | | **Basis for the claim:** Trade Debt | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number    __ __ __ __ | ☑ No<br>☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $650,000.00 |
|---|---|---|---|
| | **American Express** | ☐ Contingent | |
| | **18850 N 56th St** | ☐ Unliquidated | |
| | **Phoenix, AZ 85054** | ☐ Disputed | |
| | | **Basis for the claim:** Trade Debt | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number    __ __ __ __ | ☑ No<br>☐ Yes | |

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,188.77 |
|---|---|---|---|

**American Propane Inc**

**PO Box 44862**

**Los Angeles, CA 90044**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Ameris Bank dba Balboa Capital**

**575 Anton Blvd 12th FL**

**Costa Mesa, CA 92626**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Equipment Lease**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $324.96 |
|---|---|---|---|

**Androp Packaging Inc**

**dba Ontario Foam**

**4400 E Francis St**

**Ontario, CA 91761-2327**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,982.82 |
|---|---|---|---|

**AT&T**

**PO Box 5019**

**Carol Stream, IL 60197-5019**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  **0  9  4  5**

Remarks: Compton Internet

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,516.47 |
|---|---|---|---|

**AT&T**

**PO Box 5019**

**Carol Stream, IL 60197-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ 0   0   9

Remarks: Chicago/SAC/Vega

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,362.88 |
|---|---|---|---|

**AT&T Mobility**

**PO Box 6463**

**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   7   6   1   1

Remarks: Now 83

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,120.00 |
|---|---|---|---|

**Atlantic Paper Company**

**PO Box 160**

**Red Oak, TX 75154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,447.35 |
|---|---|---|---|

**Atlas Sales & Marketing**

**PO Box 565**

**Niwot, CO 80544-0565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

<span style="background:black;color:white">**Part 2:**</span> **Additional Page**

| | | | |
|---|---|---|---|
| **3.21** | Nonpriority creditor's name and mailing address **Avalara Inc** **Dept CH 16781** **Palatine, IL 60055-0001** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Trade Debt** Is the claim subject to offset? ☑ No ☐ Yes | $640.00 |
| | Date or dates debt was incurred _____ Last 4 digits of account number __ __ __ __ | | |
| **3.22** | Nonpriority creditor's name and mailing address **B&P Manufacturing Inc** **8051 E 34 Rd** **Cadillac, MI 49601-9013** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Trade Debt** Is the claim subject to offset? ☑ No ☐ Yes | $66.18 |
| | Date or dates debt was incurred _____ Last 4 digits of account number __ __ __ __ | | |
| **3.23** | Nonpriority creditor's name and mailing address **Bal Venture** **7412 S 262nd Street** **Kent, WA 98032** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Trade Debt** Is the claim subject to offset? ☑ No ☐ Yes | $4,862.49 |
| | Date or dates debt was incurred _____ Last 4 digits of account number __ __ __ __ | | |
| **3.24** | Nonpriority creditor's name and mailing address **Bay Cities** **5138 Industry Ave** **Pico Rivera, CA 90660** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Trade Debt** Is the claim subject to offset? ☑ No ☐ Yes | $148.50 |
| | Date or dates debt was incurred _____ Last 4 digits of account number __ __ __ __ | | |

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.25** Nonpriority creditor's name and mailing address

**BIZTEK Solutions Inc**

**1650 Spruce St**

**Riverside, CA 92507-7402**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$18,646.20**

---

**3.26** Nonpriority creditor's name and mailing address

**Boyer-Rosene Mov & Strg Inc**

**2638 S Clearbrook DR**

**Arlington Heights, IL 60005-4646**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,592.84**

---

**3.27** Nonpriority creditor's name and mailing address

**Bre Delta Industrial Sacramento LP**

**PO Box 207972**

**Dallas, TX 75320-7972**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Real Property Lease - Sacramento, CA**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$117,221.36**

---

**3.28** Nonpriority creditor's name and mailing address

**Budnick Converting**

**340 Parkway Drive, PO Box 197**

**Columbia, IL 62236**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10,733.81**

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,233.10 |
|---|---|---|---|

**Buffers USA Inc**

**10180 New Berlin Rd**

**Jacksonville, FL 32226-2210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $283.97 |
|---|---|---|---|

**C&N Tractors Kobuta Credit Corp**

**496 Salinas Rd**

**Watsonville, CA 95076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $545.50 |
|---|---|---|---|

**Cacleanair.com**

**300 E Bonita Ave 429**

**San Dimas, CA 91773-7623**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,725.00 |
|---|---|---|---|

**California Moving & Storage Association**

**10900 E 183rd Street**

**Cerritos, CA 90703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.33** Nonpriority creditor's name and mailing address

**California Plastix Inc**

**1319 E 3rd St**

**Pomona, CA 91766-2212**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$5,466.10

**3.34** Nonpriority creditor's name and mailing address

**California Water Service Co**

**PO Box 940001**

**San Jose, CA 95194-0001**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$887.69

**3.35** Nonpriority creditor's name and mailing address

**Caltex Plastics**

**PO Box 58546**

**Los Angeles, CA 90058-0546**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$9,187.25

**3.36** Nonpriority creditor's name and mailing address

**Centra Health Services Inc**

**PO Box 9008**

**Broomfield, CO 80021-9008**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$142.00

| Debtor | C.D.S. Moving Equipment, Inc. | Case number *(if known)* | 2:25-bk-21646-WB |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.37** Nonpriority creditor's name and mailing address

Century Pallets

dba Roger Caruso Enter

2911 Norton Ave

Lynwood, CA 90262-1810

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$9,073.26

---

**3.38** Nonpriority creditor's name and mailing address

City of North Las Vegas

Utilities

PO Box 360118

North Las Vegas, NV 89036-0118

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$1,605.31

---

**3.39** Nonpriority creditor's name and mailing address

Colson Group USA

91346 Collection Center Dr

Chicago, IL 60693-0001

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$26,498.35

---

**3.40** Nonpriority creditor's name and mailing address

Comcast Business

9602 S 300 W

Sandy, UT 84070

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$670.42

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>**Additional Page**</td></tr>
</table>

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,072.73 |
|---|---|---|---|

**Comed**

**Chicago**

**PO Box 6111**

**Carol Stream, IL 60197-6111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $13,471.00 |
|---|---|---|---|

**Computer Ease Rental**

**PO Box 128**

**Dousman, WI 53118-0128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,317,121.79 |
|---|---|---|---|

**Comref So Ca Industrial Sub G LLC**

**18575 Jamboree Rd Ste 600**

**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:  **Real Property Lease - Compton, CA**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $9,088.35 |
|---|---|---|---|

**Continental Western Corp**

**PO Box 2418**

**San Leandro, CA 94577-0241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

**3.45** Nonpriority creditor's name and mailing address

**Corodata Shredding Inc**

**PO Box 846137**

**Los Angeles, CA 90084-6137**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$369.62

---

**3.46** Nonpriority creditor's name and mailing address

**Cox Automotive Mobility**

**7717 Solution Center**

**Chicago, IL 60677**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$8,960.83

---

**3.47** Nonpriority creditor's name and mailing address

**Coyote Logistics Inc**

**960 North Point Pkwy**

**Alpharetta, GA 30005-4123**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$58,390.14

---

**3.48** Nonpriority creditor's name and mailing address

**Cummins & White LLP**

**2424 SE Bristol St**

**Newport Beach, CA 92660-0764**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$53,325.11

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.49** Nonpriority creditor's name and mailing address

**Daylight Transport LLC**

**5660 Katella Avenue Ste 250**

**Cypress, CA 90630**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$705.80**

---

**3.50** Nonpriority creditor's name and mailing address

**DBC Blower Dempsay Corp**

**4042 West Garry Avenue**

**Santa Ana, CA 92704**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$124,166.11**

---

**3.51** Nonpriority creditor's name and mailing address

**Dext Capital LLC**

**PO Box 74007351**

**Chicago, IL 60674-7351**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$98,169.75**

---

**3.52** Nonpriority creditor's name and mailing address

**Drew Enterprise**

**650 E 107th St Ste 100**

**Bolingbrook, IL 60440-3097**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Real Property Lease - Arlington Heights, IL**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|--------|-----------------------------------|--------------------------|----------------------|
|        | Name                              |                          |                      |

**Part 2:** Additional Page

---

**3.53** | Nonpriority creditor's name and mailing address

**Durable USA**

**2801 E Abram St**

**Arlington, TX 76010-1402**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$37,600.00

---

**3.54** | Nonpriority creditor's name and mailing address

**Dutro Company**

**675 N. 600 W**

**Logan, UT 84321-3197**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$10,018.96

---

**3.55** | Nonpriority creditor's name and mailing address

**Eagle Avenue Inc**

**dba ACS Distribution**

**1418 Essex St**

**Los Angeles, CA 90021**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$181,074.66

---

**3.56** | Nonpriority creditor's name and mailing address

**Elkay Plastics Co Inv**

**PO Box 51103**

**Los Angeles, CA 90051-5403**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$430.30

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,461.50 |
|---|---|---|---|

**EOSLIFT USA Corporation**

**10369 Regis CT**

**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  **Trade Debt**

Last 4 digits of account number — — — —

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,008.50 |
|---|---|---|---|

**Escalera Inc**

**PO Box 1359**

**Yuba City, CA 95992-1359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  **Trade Debt**

Last 4 digits of account number — — — —

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $278.66 |
|---|---|---|---|

**Fedex**

**Compton**

**PO Box 7221**

**Pasadena, CA 91109-7321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  **Trade Debt**

Last 4 digits of account number   6   8  —  9

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,798.32 |
|---|---|---|---|

**Ferco Products Inc**

**2755 Reflections LN**

**Simi Valley, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  **Trade Debt**

Last 4 digits of account number — — — —

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

---

**3.61** Nonpriority creditor's name and mailing address

**Ferrell Gas LP**

**PO Box 173940**

**Denver, CO 80217-3940**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$200.38**

---

**3.62** Nonpriority creditor's name and mailing address

**First Choice**

**Sacramento**

**4680 Pell Dr**

**Sacramento, CA 95838-2082**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$174.74**

---

**3.63** Nonpriority creditor's name and mailing address

**Fischers Pest Control**

**7251 W Lake Mead Blvd**

**Las Vegas, NV 89128-8380**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$165.00**

---

**3.64** Nonpriority creditor's name and mailing address

**Fleenor Paper Company**

**Manufacturing**

**Dept 133927**

**San Francisco, CA 94139-0001**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$29,331.25**

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.37 |
|---|---|---|---|

**FOR2FI Inc**

**PO Box 79428**

**North Dartmouth, MA 02747-0986**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,238.00 |
|---|---|---|---|

**Frank W Winnie Inc**

**521 Fellowship Rd**

**Mount Laurel, NJ 08054-3413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,220.22 |
|---|---|---|---|

**GDR Group Inc**

**3 Park Plaza**

**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,229.66 |
|---|---|---|---|

**General Work Products**

**dba of GWP BIS**

**2301 Commerce Street**

**Houston, TX 77002-2417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.57 |
|---|---|---|---|

**Grainger**

**Dept 816404016**

**Palatine, IL 60038-0001**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Trade Debt**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,596.72 |
|---|---|---|---|

**Granat Industries Inc**

**875 Nicholas Blvd**

**Elk Grove Village, IL 60007-2510**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Trade Debt**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,257.77 |
|---|---|---|---|

**Greenberg Grant & Richards Inc**

**PO Box Box 571811**

**Houston, TX 77257-1811**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Trade Debt**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,118.61 |
|---|---|---|---|

**Groot Industries Inc**

**PO Box 742695**

**Cincinnati, OH 45274-2695**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Trade Debt**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,411.11 |
|---|---|---|---|
| | **Guardian Life Ins** | ☐ Contingent | |
| | **PO Box 677458** | ☐ Unliquidated | |
| | **Dallas, TX 75267-7458** | ☐ Disputed | |
| | | Basis for the claim: **Trade Debt** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188,580.61 |
|---|---|---|---|
| | **Hayward M Industrial LLC** | ☐ Contingent | |
| | **PO Box 5149** | ☐ Unliquidated | |
| | **Hicksville, NY 11802-6149** | ☑ Disputed | |
| | | Basis for the claim: **Real Property Lease - Hayward, CA; Unlawful Detainer Action** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes | |
| | Remarks: In re Hayward M Industrial LLC v. C.D.S. Moving Equipment, Inc., Alameda Superior Court, Case No. 25CV160531 | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,633.72 |
|---|---|---|---|
| | **HBM Supply** | ☐ Contingent | |
| | **San Diego** | ☐ Unliquidated | |
| | **9230 Trade Place** | ☐ Disputed | |
| | **San Diego, CA 92126-6312** | Basis for the claim: **Trade Debt** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,899.16 |
|---|---|---|---|
| | **Humana Dental Ins Co** | ☐ Contingent | |
| | **PO Box 4605** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197-4605** | ☐ Disputed | |
| | | Basis for the claim: **Trade Debt** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes | |

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.77** Nonpriority creditor's name and mailing address

**ICON PAC Nevada Owner Pool 3 Nevada LL**

**PO Box 208253**

**Dallas, TX 75320-8253**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$70,900.08**

---

**3.78** Nonpriority creditor's name and mailing address

**Illinois Movers & Warehousemens Ass**

**932 S Spring St**

**Springfield, IL 62704-2725**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$690.00**

---

**3.79** Nonpriority creditor's name and mailing address

**Inland Kenworth (US) Inc**

**1600 Washington Blvd**

**Montebello, CA 90640-5422**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$116.92**

---

**3.80** Nonpriority creditor's name and mailing address

**Inland Lease & Rental Inc**

**1600 Washington Blvd**

**Montebello, CA 90640-5422**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$29,474.14**

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37.64 |
|---|---|---|---|

**International Paper-Bell**

**PO Box 31001-0780**

**Pasadena, CA 91110-0780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,300.00 |
|---|---|---|---|

**JL Freight Line LLC**

**1187 N. Willow Ave**

**Clovis, CA 93611-4411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.91 |
|---|---|---|---|

**JM Equipment Co Inc**

**PO Box 744989**

**Los Angeles, CA 90074-4989**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $509.31 |
|---|---|---|---|

**Johnson Controls Security Solutions**

**PO Box 371967**

**Pittsburgh, PA 15250-7967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $586.07 |
|---|---|---|---|

**Johnson Controls Security Solutions**

**PO Box 371967**

**Pittsburgh, PA 15250-7967**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $343.19 |
|---|---|---|---|

**Keller & Associates**

**PO Box 6609**

**Carol Stream, IL 60197-6609**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $267.12 |
|---|---|---|---|

**Key Container Company Inc**

**4224 Santa Ana St**

**South Gate, CA 90280-2557**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,487.01 |
|---|---|---|---|

**Komatsu Forklift USA LLC**

**15868 Collections Center D**

**Chicago, IL 60693-0001**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.89** Nonpriority creditor's name and mailing address

**Konica Minolta**

**PO Box 100706**

**Pasadena, CA 91189-0706**

Date or dates debt was incurred _____

Last 4 digits of account number   **3   6   3   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$5,204.19

---

**3.90** Nonpriority creditor's name and mailing address

**Konica Minolta**

**PO Box 100706**

**Pasadena, CA 91189-0706**

Date or dates debt was incurred _____

Last 4 digits of account number   **5   0   8   9**

Remarks: Hayward

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$880.67

---

**3.91** Nonpriority creditor's name and mailing address

**KWS Kenworth Leasing**

**4830 Donovan Way**

**North Las Vegas, NV 89081**

Date or dates debt was incurred _____

Last 4 digits of account number   **0   5   9   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$4,387.71

---

**3.92** Nonpriority creditor's name and mailing address

**Lumber City Corp**

**dba Neiman Reed Lumber**

**PO Box 849803**

**Los Angeles, CA 90084-9803**

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$18,363.24

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,953.85 |
|---|---|---|---|

**3.93** Nonpriority creditor's name and mailing address

Luttrell Engraving Inc

5000 W 128th PL

Alsip, IL 60803-3230

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$6,953.85

---

**3.94** Nonpriority creditor's name and mailing address

Macs Mobile Fleet Wash

PO Box 1616

Costa Mesa, CA 92628

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$399.00

---

**3.95** Nonpriority creditor's name and mailing address

Masterlock

PO Box 677799

Dallas, TX 75267-7799

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$4,791.51

---

**3.96** Nonpriority creditor's name and mailing address

Maximum Fastners Inc

14107 Dinard Ave

Santa Fe Springs, CA 90670

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$2,983.77

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

---

**3.97** | **Nonpriority creditor's name and mailing address**

**McKinley Packaging LA Company**

**PO Box 744534**

**Atlanta, GA 30374-4534**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$971,681.52

---

**3.98** | **Nonpriority creditor's name and mailing address**

**McMaster-Carr Supply Co**

**PO Box 7690**

**Chicago, IL 60680-7690**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$257.94

---

**3.99** | **Nonpriority creditor's name and mailing address**

**Mechanical Plastics Corp**

**110 Richards Ave**

**Norwalk, CT 06854-1685**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,278.00

---

**3.100** | **Nonpriority creditor's name and mailing address**

**Melcher Manufacturing Co Inc**

**PO Box 11857**

**Spokane, WA 99211-1857**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,101.50

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white;display:inline-block;padding:2px 6px;">**Part 2:**</div> **Additional Page**

---

**3.101** **Nonpriority creditor's name and mailing address**

**Michael A Barwick**

**4370 S Grand Canyon Dr**

**Las Vegas, NV 89147-7114**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$13,800.25**

---

**3.102** **Nonpriority creditor's name and mailing address**

**Michael Dennis Barwick**

**375 W Manville St**

**Compton, CA 90220**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,077.39**

---

**3.103** **Nonpriority creditor's name and mailing address**

**Mitsubishi HC Capital**

**1 Pierce Place Ste 1100**

**Itasca, IL 60143**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,166.62**

---

**3.104** **Nonpriority creditor's name and mailing address**

**Mountain States Plastics Inc**

**3 Industrial Park**

**Johnstown, CO 80534**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$4,500.00**

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

| | | |
|---|---|---|
| **3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$40,263.10** |

**3.105**

**Nonpriority creditor's name and mailing address**

**Mudanjiang Bailida Industry LTD**

**No 139 Aimin St Xian District**

**Mudanjiang, Heilongjiang Province**

**CHINA 157000,**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$40,263.10**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106**

**Nonpriority creditor's name and mailing address**

**Neils Stationery Inc**

**PO Box 8878**

**Fountain Valley, CA 92728-8878**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$268.46**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.107**

**Nonpriority creditor's name and mailing address**

**Northern Door Garage Door Corp**

**591 Sussex CT**

**Elk Grove Village, IL 60007**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$2,965.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108**

**Nonpriority creditor's name and mailing address**

**NRG Maintenance Co**

**PO Box 231**

**Bellflower, CA 90707**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$2,620.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.109**  **Nonpriority creditor's name and mailing address**

**Nufacturers Warehouse**

**11475 E 53rd Ave**

**Denver, CO 80239**

Date or dates debt was incurred _____

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$205.00

---

**3.110**  **Nonpriority creditor's name and mailing address**

**Open Door Industries**

**PO Box 17272**

**Encino, CA 91416-7272**

Date or dates debt was incurred _____

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$297.50

---

**3.111**  **Nonpriority creditor's name and mailing address**

**Oracle America Inc**

**2300 Oracle Way**

**Austin, TX 78741**

Date or dates debt was incurred _____

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$102,023.54

---

**3.112**  **Nonpriority creditor's name and mailing address**

**Packaging Corporation of America**

**36596 Treasury Center**

**Chicago, IL 60694-6500**

Date or dates debt was incurred _____

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$45,542.81

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td style="background:black;color:white">Part 2:</td><td>**Additional Page**</td></tr>
</table>

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,860.00 |
|---|---|---|---|
| | **Paiho North America Corporation** | ☐ Contingent | |
| | **16051 El Prado Road** | ☐ Unliquidated | |
| | **Chino, CA 91708** | ☐ Disputed | |
| | | Basis for the claim:  **Trade Debt** | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,312.00 |
|---|---|---|---|
| | **Pallet Direct Inc** | ☐ Contingent | |
| | **PO Box 11059** | ☐ Unliquidated | |
| | **Naples, FL 34101-1059** | ☐ Disputed | |
| | | Basis for the claim:  **Trade Debt** | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $6.00 |
|---|---|---|---|
| | **Papermart** | ☐ Contingent | |
| | **2164 N Batavia St** | ☐ Unliquidated | |
| | **Orange, CA 92865-3104** | ☐ Disputed | |
| | | Basis for the claim:  **Trade Debt** | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $338.06 |
|---|---|---|---|
| | **Paramount Saw LLC** | ☐ Contingent | |
| | **16493 Paramount Blvd** | ☐ Unliquidated | |
| | **Paramount, CA 90723** | ☐ Disputed | |
| | | Basis for the claim:  **Trade Debt** | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

---

| Debtor | C.D.S. Moving Equipment, Inc. | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$126.90** |
|---|---|---|---|

**Parkhouse Tire Inc**

**PO Box 2430**

**Bell Gardens, CA 90201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$23,232.00** |
|---|---|---|---|

**Parr Lumber**

**PO Box 989**

**Chino, CA 91708**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,962.77** |
|---|---|---|---|

**Partners LLC**

**2650 Galvin Drive**

**Elgin, IL 60124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$931.60** |
|---|---|---|---|

**Partners Personnel Management Services**

**10065 E Harvard Ave**

**Denver, CO 80231**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **C.D.S. Moving Equipment, Inc.** | | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $358.00 |
|---|---|---|---|

**Pestgon Inc**

**3612 Ocean Ranch Blvd**

**Oceanside, CA 92056-2669**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $315.14 |
|---|---|---|---|

**PG&E**

**Sacramento**

**PO Box 997300**

**Sacramento, CA 95899-7300**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,288.50 |
|---|---|---|---|

**PG&E**

**Hayward**

**PO Box 997300**

**Sacramento, CA 95899-7300**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35.00 |
|---|---|---|---|

**Pitney Bowes**

**Chicago & Vegas**

**PO Box 371887**

**Pittsburgh, PA 15250-7887**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,875.00 |
|---|---|---|---|

**polycell Packaging Corp**

**12851 Midway PL**

**Cerritos, CA 90703-2141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,332.00 |
|---|---|---|---|

**Polycorr Industries Inc**

**13801 Magnolia Ave**

**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,049.08 |
|---|---|---|---|

**Prairie View Industries Inc**

**PO Box 575**

**Fairbury, NE 68352-1355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149,836.84 |
|---|---|---|---|

**Pratt Industries Inc**

**PO Box 933949**

**Atlanta, GA 31193-3949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> **Additional Page**

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,512.00** |
|---|---|---|---|

**Pregis Corp**

**PO Box 100812**

**Pasadena, CA 91189-0812**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$55,970.40** |
|---|---|---|---|

**Prime Converting**

**9121 Pittsburgh Ave**

**Rancho Cucamonga, CA 91730-5549**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$124,817.52** |
|---|---|---|---|

**Primetac**

**Adherex Group**

**233 Gates Rd Ste B**

**Little Ferry, NJ 07643-1900**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$163,837.30** |
|---|---|---|---|

**Qingdao Wing Cheong Tai Cargo Control**

**East Part of Lan Ma Road**

**Shandong Province, CHINA,**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

---

**3.133** Nonpriority creditor's name and mailing address

**QSPAC Industries Inc**

**15020 Marquardt Ave**

**Santa Fe Springs, CA 90670-5704**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$3,960.62

---

**3.134** Nonpriority creditor's name and mailing address

**Quadient Postage Funding**

**PO Box 6813**

**Carol Stream, IL 60197-6813**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$424.80

---

**3.135** Nonpriority creditor's name and mailing address

**Quench USA Inc**

**PO Box 735777**

**Dallas, TX 75373-5777**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$362.80

---

**3.136** Nonpriority creditor's name and mailing address

**Ramos Oil Company Inc**

**PO Box 401**

**West Sacramento, CA 95691-0401**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$14,472.13

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td>

**Part 2:** **Additional Page**

</td></tr>
</table>

---

**3.137**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,245.97 |
|---|---|---|
| **Republic Service** | ☐ Contingent | |
| **PO Box 78829** | ☐ Unliquidated | |
| **Phoenix, AZ 85062-8829** | ☐ Disputed | |
| | Basis for the claim:  **Trade Debt** | |
| Date or dates debt was incurred | Is the claim subject to offset? | |
| Last 4 digits of account number    **0  9  0  2** | ☑ No | |
| | ☐ Yes | |

Remarks: Compton Acct

---

**3.138**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,229.48 |
|---|---|---|
| **Republic Services** | ☐ Contingent | |
| **PO Box 78829** | ☐ Unliquidated | |
| **Phoenix, AZ 85062-8829** | ☐ Disputed | |
| | Basis for the claim:  **Trade Debt** | |
| Date or dates debt was incurred | Is the claim subject to offset? | |
| Last 4 digits of account number    **3  -  0** | ☑ No | |
| | ☐ Yes | |

Remarks: Sacramento Acct

---

**3.139**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.17 |
|---|---|---|
| **Republic Services** | ☐ Contingent | |
| **Vegas** | ☐ Unliquidated | |
| **PO Box 78829** | ☐ Disputed | |
| **Phoenix, AZ 85062-8829** | Basis for the claim:  **Trade Debt** | |
| Date or dates debt was incurred | Is the claim subject to offset? | |
| Last 4 digits of account number    **2  0  -  5** | ☑ No | |
| | ☐ Yes | |

---

**3.140**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,400.00 |
|---|---|---|
| **Ricardo Garcia** | ☐ Contingent | |
| **dba Advanced Liftgate Service** | ☐ Unliquidated | |
| **1701 Whitehurst Dr** | ☐ Disputed | |
| **Montebello, CA 90640-3537** | Basis for the claim:  **Trade Debt** | |
| Date or dates debt was incurred | Is the claim subject to offset? | |
| Last 4 digits of account number    __ __ __ __ | ☑ No | |
| | ☐ Yes | |

---

| Debtor | C.D.S. Moving Equipment, Inc. | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

**3.141**   Nonpriority creditor's name and mailing address

**Rongxun Industry LTD**

**2207 Shu Business Tower B, Wanda Plaza**

**Suzhou, JI, CHINA,**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Trade Debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$330.00

---

**3.142**   Nonpriority creditor's name and mailing address

**Rush Truck Leasing Inc**

**PO Box 34630**

**San Antonio, TX 78265-4630**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Trade Debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$16,537.66

---

**3.143**   Nonpriority creditor's name and mailing address

**RXO Coyote**

**27724 Network Place**

**Chicago, IL 60673-1277**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Trade Debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$24,123.54

---

**3.144**   Nonpriority creditor's name and mailing address

**Ryder Truck Rental Inc**

**PO Box 96723**

**Chicago, IL 60693-6723**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Trade Debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$47,082.67

| Debtor | C.D.S. Moving Equipment, Inc. | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

**Part 2:**   **Additional Page**

---

**3.145**   **Nonpriority creditor's name and mailing address**

San Gabriel Temp Staffing

(SAC) dba La

PO Box 900

Kearney, MO 64060-0900

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**   $23,196.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.146**   **Nonpriority creditor's name and mailing address**

SB&T Graphics

14747 Artesia Blvd 3F

La Mirada, CA 90638

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**   $1,666.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.147**   **Nonpriority creditor's name and mailing address**

Shephard Hardware

6961 US Hwy 12 West

Three Oaks, MI 49128

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**   $1,383.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.148**   **Nonpriority creditor's name and mailing address**

Singer Lewak Accountants & Consultants

10960 Wilshire Blvd

Los Angeles, CA 90024-3710

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**   $20,477.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">Part 2:</td><td colspan="3">**Additional Page**</td></tr>
</table>

| **3.149** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,528.00** |
|---|---|---|---|

**SIR Webbing Inc**

**PO Box 501**

**Hawthorne, NJ 07507-0501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.150** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,659.54** |
|---|---|---|---|

**SMUD**

**PO Box 15555**

**Sacramento, CA 95852-1555**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.151** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$147.68** |
|---|---|---|---|

**SoCal Gas**

**PO Box C**

**Monterey Park, CA 91756-5111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.152** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,100.00** |
|---|---|---|---|

**SPG Clark Foam Products Corp**

**655 Remington Blvd**

**Bolingbrook, IL 60440-4822**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

---

**3.153** **Nonpriority creditor's name and mailing address**

**Staples Advantage**

**PO Box 105638**

**Atlanta, GA 30348-5638**

Date or dates debt was incurred _____

Last 4 digits of account number   **4   1   9   8**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$4,771.14**

---

**3.154** **Nonpriority creditor's name and mailing address**

**Storopak Inc**

**Location 00207**

**Cincinnati, OH 45264-0207**

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$5,268.00**

---

**3.155** **Nonpriority creditor's name and mailing address**

**Surestaff LLC**

**7083 Solution Center**

**Chicago, IL 60677-7000**

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$24,518.40**

---

**3.156** **Nonpriority creditor's name and mailing address**

**Surface Shields Inc**

**27664 Network PL**

**Chicago, IL 60673-1276**

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,652.40**

---

| Debtor | C.D.S. Moving Equipment, Inc. | Case number (if known) | 2:25-bk-21646-WB |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.157** Nonpriority creditor's name and mailing address

Terminix

PO Box 802155

Chicago, IL 60680-2155

Date or dates debt was incurred _____

Last 4 digits of account number   7  6  5  8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$485.10

---

**3.158** Nonpriority creditor's name and mailing address

The Hartford Insurance

PO Box 660916

Dallas, TX 75266-0916

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$1,105.56

---

**3.159** Nonpriority creditor's name and mailing address

Thiels Tire Service

2973 Whipple Rd

Union City, CA 94587-1207

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$261.62

---

**3.160** Nonpriority creditor's name and mailing address

Thomas Petroleum LLC

Pilot Thomas Logi

PO Box 677289

Dallas, TX 75267-7289

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$140.15

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,059.14 |
|---|---|---|---|

**3.161**

Nonpriority creditor's name and mailing address

**Thompson Lift Truck**

**2401 Pinson Hwy**

**Birmingham, AL 35202**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,059.14

---

**3.162**

Nonpriority creditor's name and mailing address

**Trade of AMTA Inc**

**dba Boxer Tools**

**9643 Santa Fe Springs Rd**

**Santa Fe Springs, CA 90670-2917**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$21,920.27

---

**3.163**

Nonpriority creditor's name and mailing address

**Travelers Insurance**

**PO Box 660317**

**Dallas, TX 75266-0317**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$6,416.00

---

**3.164**

Nonpriority creditor's name and mailing address

**Tree House**

**2341 Pomona Rd**

**Corona, CA 92878-4373**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$55,479.60

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.165** Nonpriority creditor's name and mailing address

**Trio Pines USA Inc**

**Attn Jacob B Bach Esq**

**2522 Chambers Rd #108**

**Tustin, CA 92780**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks:
In re Trio Pines (USA), Inc. v. C.D.S. Moving Equipment, Inc.; Los
Angeles Superior Court, Case No. 25CMCV01405

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.166** Nonpriority creditor's name and mailing address

**TRM Manufacturing Inc**

**PO Box 77520**

**Corona, CA 92877-0117**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,895.04**

---

**3.167** Nonpriority creditor's name and mailing address

**Truck Trailer Mobile Service**

**PO Box 125**

**Orangevale, CA 95662-0125**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,558.53**

---

**3.168** Nonpriority creditor's name and mailing address

**Uline Inc**

**PO Box 88741**

**Chicago, IL 60680-1741**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$901.49**

---

| Debtor | C.D.S. Moving Equipment, Inc. | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.169** Nonpriority creditor's name and mailing address

**Unifirst Corporation**

**68 Jonspin Rd**

**Wilmington, MA 01887**

As of the petition filing date, the claim is: $10,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.170** Nonpriority creditor's name and mailing address

**United Healthcare of California**

**PO Box 841346**

**Los Angeles, CA 90084-1346**

As of the petition filing date, the claim is: $102,946.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.171** Nonpriority creditor's name and mailing address

**Universal Packaging Corporation**

**11440 E 56th Ave Ste 100**

**Denver, CO 80239**

As of the petition filing date, the claim is: $27,891.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.172** Nonpriority creditor's name and mailing address

**UPS Worldwide Express**

**PO Box 733360**

**Dallas, TX 75373**

As of the petition filing date, the claim is: $744.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** | **Additional Page**

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,750.00 |
|---|---|---|---|

**Van Owners Purchasing Inc**

**1035 45th Ave**

**Long Island City, NY 11101-7017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83,050.00 |
|---|---|---|---|

**VAV Paper**

**PO Box 683**

**Addison, IL 60101-0683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,106.00 |
|---|---|---|---|

**VCT Visual Color Technologies**

**182 N Cypress Street**

**Pomona, CA 91768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,687.70 |
|---|---|---|---|

**Veritiv Operating Company**

**PO Box 57006**

**Los Angeles, CA 90074-7006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Debtor | **C.D.S. Moving Equipment, Inc.** | | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:    Additional Page**

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $491.57 |
|---|---|---|---|

**Verizon Wireless**

**PO Box 660108**

**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,885.70 |
|---|---|---|---|

**Vortex Industries Inc**

**1801 W. Olympic Blvd**

**Pasadena, CA 91199-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,516.96 |
|---|---|---|---|

**Waste Management**

**Hayward**

**PO Box 541065**

**Los Angeles, CA 90054-1065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,507.38 |
|---|---|---|---|

**Welch Packaging Group**

**AKA Tri Lakes Con**

**PO Box 856421**

**Minneapolis, MN 55485-6421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> **Additional Page**

---

**3.181** Nonpriority creditor's name and mailing address

**Winn Palletmaster**

**1270 N Blue Gum St**

**Anaheim, CA 92806-2110**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$6,553.00

---

**3.182** Nonpriority creditor's name and mailing address

**Winthrop Golubow Hollander LLC**

**1301 Dove St**

**Newport Beach, CA 92660-0764**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$16,674.50

---

**3.183** Nonpriority creditor's name and mailing address

**XTRA Lease LLC**

**PO Box 219562**

**Kansas City, MO 64121-9562**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$7,637.00

---

**3.184** Nonpriority creditor's name and mailing address

**Y Plastics Co**

**Denver**

**PO Box 51103**

**Los Angeles, CA 90051-5403**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,237.75

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

| | | | |
|---|---|---|---|
| **3.185** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,425.18** |
| | YAIR Packaging Inc | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 4604 Payshere Circle | ☐ Unliquidated | |
| | Chicago, IL 60674-4604 | ☐ Disputed | |
| | | **Basis for the claim:** Trade Debt | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number  — — — — | ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.186** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$201.43** |
| | Yeats Appliance Dolly MFG | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 924 Walnut Ave | ☐ Unliquidated | |
| | Fullerton, CA 92831-4534 | ☐ Disputed | |
| | | **Basis for the claim:** Trade Debt | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number  — — — — | ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.187** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$13,917.51** |
| | Zurich | *Check all that apply.* | |
| | | ☐ Contingent | |
| | PO Box 4664 | ☐ Unliquidated | |
| | Carol Stream, IL 60197 | ☐ Disputed | |
| | | **Basis for the claim:** Trade Debt | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number  — — — — | ☐ Yes | |

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
| | Name | | |

## Part 3:  List Others to Be Notified About Unsecured Claims

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **Lubin Olson & Niewiadomski LLP** <br> **Attn Bryan S Silverman** <br> **600 Montgomery St FL 14** <br> **San Francisco, CA 94111-2716** | Line **3.74** <br><br> ☐ Not listed. Explain | ___ ___ ___ ___ |

| Debtor | C.D.S. Moving Equipment, Inc. | Case number *(if known)* | 2:25-bk-21646-WB |
|---|---|---|---|
| | Name | | |

---

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.    Add the amounts of priority and nonpriority unsecured claims.

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $99,684.28 |
| 5b. | **Total claims from Part 2** | 5b. + | $5,838,137.35 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $5,937,821.63 |

Fill in this information to identify the case:

Debtor name      **C.D.S. Moving Equipment, Inc.**

United States Bankruptcy Court for the:      **Central**      District of      **California**

(State)

Case number (If known):      **2:25-bk-21646-WB**      Chapter      **11**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Sewing Machine Equipment Lease** | **Ameris Bank dba Balboa Capital** |
| | | | **575 Anton Blvd 12th FL** |
| | State the term remaining | **36 months** | **Costa Mesa, CA 92626** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Property Lease - Sacramento, CA** | **Bre Delta Industrial Sacramento** |
| | | | **PO Box 207972** |
| | State the term remaining | **0 months** | **Sacramento, CA 75320-7972** |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Property Lease - Compton, CA** | **Comref So Ca Industrial Sub G LLC** |
| | | | **18575 Jamboree Rd Ste 600** |
| | State the term remaining | **30 months** | **Irvine, CA 92612** |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Property Lease - Arlington Heights, IL** | **Drew Enterprise** |
| | | | **650 E 107th St Ste 100** |
| | State the term remaining | **72 months** | **Bolingbrook, IL 60440-3097** |
| | List the contract number of any government contract | | |

| Debtor | C.D.S. Moving Equipment, Inc. | Case number (if known) | 2:25-bk-21646-WB |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Property Lease - Hayward, CA** | **Hayward M Industrial LLC** |
| | | | PO Box 5149 |
| | | | Hicksville, NY 11802-6149 |
| | State the term remaining | 7 months | |
| | List the contract number of any government contract | | |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Property Lease - North Las Vegas, NV** | **ICON PAC Nevada Owner Pool 3 Nevada LL** |
| | | | PO Box 208253 |
| | | | Dallas, TX 75320-8253 |
| | State the term remaining | 7 months | |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Leases - leases expire on various dates** | **Inland Lease & Rental Inc** |
| | | | 1600 Washington Blvd |
| | | | Montebello, CA 90640-5422 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | **Financed tractor/RTV** | **Kubota Credit Corporation USA** |
| | | | PO Box 2046 |
| | State the term remaining | 44 months | Grapevine, TX 76099 |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | **Bobtail Truck Leases** | **Navistar Financial Corp** |
| | | | International |
| | State the term remaining | 0 months | PO Box 96070 |
| | List the contract number of any government contract | | Chicago, IL 60693 |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Lease** | **Rush Truck Leasing Inc** |
| | | | PO Box 34630 |
| | State the term remaining | 0 months | San Antonio, TX 78265-4630 |
| | List the contract number of any government contract | | |

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number (if known) **2:25-bk-21646-WB** |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

fill

---

**Fill in this information to identify the case:**

Debtor name    **C.D.S. Moving Equipment, Inc.**

United States Bankruptcy Court for the:    **Central**    District of    **California**
(State)

Case number (If known):    **2:25-bk-21646-WB**

☐ Check if this is an
   amended filing

---

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.

---

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

---

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number (if known) **2:25-bk-21646-WB** |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ _____ _____ City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | _____ | Street _____ _____ _____ City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H    Schedule H: Codebtors    page __2__ of __2__

Fill in this information to identify the case:

Debtor name _____ **C.D.S. Moving Equipment, Inc.**_____

United States Bankruptcy Court for the:

_____ **Central District of California**_____

Case number (if known): _____ **2:25-bk-21646-WB**_____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING — Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **01/28/2026**
                   MM/ DD/ YYYY

X _Michael Dennis Barwick_ (signature)
Signature of individual signing on behalf of debtor

**Michael Dennis Barwick**
Printed name

**President, CEO**
Position or relationship to debtor