| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **C.D.S. Moving Equipment, Inc.** |
| United States Bankruptcy Court for the: | **Central District of California** |
| Case number (if known): | **2:25-bk-21646-WB** |

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **10/01/2025**<br>MM/DD/YYYY | to Filing date | ☑ Operating a business<br>☐ Other _____ | $3,588,319.75 |
| For prior year: | From **10/01/2024**<br>MM/DD/YYYY | to **09/30/2025**<br>MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $24,464,497.17 |
| For the year before that: | From **10/01/2023**<br>MM/DD/YYYY | to **09/30/2024**<br>MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $41,685,293.38 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2025**<br>MM/DD/YYYY | to Filing date | _____ | _____ |
| For prior year: | From **01/01/2024**<br>MM/DD/YYYY | to **12/31/2024**<br>MM/DD/YYYY | _____ | _____ |
| For the year before that: | From **01/01/2023**<br>MM/DD/YYYY | to **12/31/2023**<br>MM/DD/YYYY | _____ | _____ |

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page 1

Debtor **C.D.S. Moving Equipment, Inc.**                                                    Case number *(if known)* **2:25-bk-21646-WB**
Name

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See attached SOFA Rider 3**<br>Creditor's name<br><br>Street<br><br><br>City          State     ZIP Code | | **$1,951,774.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Michael Dennis Barwick**<br>Creditor's name<br>**375 W Manville St**<br>Street<br><br>**Compton, CA 90220**<br>City          State     ZIP Code<br>**Relationship to debtor**<br>**President, CEO, 100% shareholder** | **Expense Reimbursements - 1 year prior**<br><br>**Payroll - 1 year prior** | **$199,589.73** | **Payroll and expense reimbursement** |
| 4.2. | **Eva Janece Barwick**<br>Creditor's name<br>**375 W Manville St**<br>Street<br><br>**Compton, CA 90220**<br>City          State     ZIP Code<br>**Relationship to debtor**<br>**Spouse of Michael Dennis Barwick; Bookkeeper** | **Payroll - 1 year prior** | **$50,962.49** | **Payroll** |

Official Form 207                   **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                   page **2**

| Debtor | **C.D.S. Moving Equipment, Inc.** | Case number *(if known)* | **2:25-bk-21646-WB** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 4.3. | **Michael Aaron Barwick**<br>Creditor's name<br><br>**375 W Manville St**<br>Street<br><br>**Compton, CA 90220**<br>City                State      ZIP Code<br><br>**Relationship to debtor**<br><br>**CFO and Son of Michael Dennis Barwick** | **Expense Reimbursement- 1 year prior**<br><br>**Payroll - 1 year prior** | **$252,350.48** | **Payroll and Expense Reimbursement** |
| 4.4. | **Kara LaVae Sidor**<br>Creditor's name<br><br>**375 W Manville St**<br>Street<br><br>**Compton, CA 90220**<br>City                State      ZIP Code<br><br>**Relationship to debtor**<br><br>**Director and Daughter of Michael Dennis Barwick** | **Payroll - 1 year prior** | **$40,478.00** | **Payroll** |
| 4.5. | **Ryan Joseph Sidor**<br>Creditor's name<br><br>**375 Manville St**<br>Street<br><br>**Compton, CA 90220**<br>City                State      ZIP Code<br><br>**Relationship to debtor**<br><br>**Director and Spouse of Kara LaVae Sidor** | **Payroll - 1 year prior** | **$106,183.73** | **Payroll** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | **Penske Truck Rental**<br>Creditor's name<br><br>**19646 South Figueroa Street**<br>Street<br><br>**Carson, CA 90745**<br>City                State      ZIP Code | **Returned Leased Trucks** | **4/1/2025** | **$0.00** |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

Debtor   **C.D.S. Moving Equipment, Inc.** _____   Case number *(if known)* __**2:25-bk-21646-WB**__
         Name

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

6.1.  _____       _____      _____       _____
      Creditor's name
                                        XXXX– __ __ __
      _____
      Street

      _____

      _____
      City            State   ZIP Code

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **C.D.S. Moving Equipment, Inc. v. C.D.K. Relocation Services, Inc.**<br><br>**Case number**<br>**25STCV28135** | **Breach of Written Contract, Breach of Implied Covenant of Good Faith and Fair Dealing and Unfair Business Practices** | **Superior Court of California, County of Los Angeles**<br>Name<br>**111 N Hill St**<br>Street<br>**Stanley Mosk Courthouse**<br>**Los Angeles, CA 90012**<br>City    State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **C.D.S. Moving Equipment, Inc. v. Propel Group, LLC, et al.**<br><br>**Case number**<br>**25STCV17406** | **Breach of Contract** | **Superior Court of California, County of Los Angeles**<br>Name<br>**111 N Hill St**<br>Street<br>**Stanley Mosk Courthouse**<br>**Los Angeles, CA 90012**<br>City    State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **C.D.S. Moving Equipment, Inc. v. Pylon Van Lines, Inc.**<br><br>**Case number**<br>**25STCV22021** | **Breach of Written Contract, Breach of Implied Covenant of Good Faith and Fair Dealing, Unfair Business Practices** | **Superior Court of California, County of Los Angeles**<br>Name<br>**111 N Hill St**<br>Street<br>**Stanley Mosk Courthouse**<br>**Los Angeles, CA 90012**<br>City    State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **4Safe Products LLC v. C.D.S Moving Equipment, Inc.**<br><br>**Case number**<br>**24CMCV01698** | **Collections Complaint/Promissory Note** | **Superior Court of California, County of Los Angeles**<br>Name<br>**200 W Compton Blvd**<br>Street<br><br>**Compton, CA 90220**<br>City    State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **C.D.S. Moving Equipment, Inc.** Case number *(if known)* **2:25-bk-21646-WB**
Name

| | | | | |
|---|---|---|---|---|
| 7.5. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| | **Trio Pines (USA), Inc. v. C.D.S. Moving Equipment, Inc.** | **Breach of Contract** | **Superior Court of California, County of Los Angeles** <br> Name <br><br> **200 W Compton Blvd** <br> Street <br><br> **Compton, CA 90220** <br> City / State / ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **25CMCV01405** | | | |
| 7.6. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| | **Hayward M Industrial LLC v. C.D.S. Moving Equipment, Inc.** | **Unlawful Detainer** | **Superior Court of California, County of Alameda** <br> Name <br><br> **224 W Winton Ave** <br> Street <br><br> **Hayward Courthouse** <br><br> **Hayward, CA 94544** <br> City / State / ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **25CV160531** | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| | | | |
|---|---|---|---|
| 8.1. | **Custodian's name and address** | **Description of the property** | **Value** |
| | Custodian's name <br><br> Street <br><br> City / State / ZIP Code | **Case title** <br><br> **Case number** <br><br> **Date of order or assignment** | **Court name and address** <br> Name <br><br> Street <br><br> City / State / ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | | | | |
|---|---|---|---|---|
| 9.1. | **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
| | **The Backstretch Horse Rescue** <br> Recipient's name <br><br> **18500 Reasons Ave** <br> Street <br><br> **Aromas, CA 95004** <br> City / State / ZIP Code <br><br> **Recipient's relationship to debtor** <br> **Owned by Michael Dennis Barwick** | **Donations for rescue horses** | **9/10/2024 - 7/31/2025** | **$172,500.00** |

Official Form 207 **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** page 5

Debtor  **C.D.S. Moving Equipment, Inc.**                                   Case number *(if known)* **2:25-bk-21646-WB**
        Name

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1.

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Weintraub Zolkin Talerico & Selth LLP** | **Attorneys Fees** | **12/31/2025** | **$10,500.00** |
| Address | **Attorneys Fees** | **12/31/2025** | **$7,500.00** |
| **11766 Wilshire Blvd., Suite 730** Street | | | |
| **Los Angeles, CA 90025** City    State    ZIP Code | | | |
| Email or website address **www.wztslaw.com** | | | |
| Who made the payment, if not debtor? **Michael Dennis Barwick, Aces & Arrows** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| Trustee | | | |

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **6**

Debtor  **C.D.S. Moving Equipment, Inc.**  Case number *(if known)*  **2:25-bk-21646-WB**
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|

**Address**

Street

City   State   ZIP Code

**Relationship to debtor**

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | **Address** | **Dates of occupancy** |
|---|---|---|
| 14.1. | Street | From _____ To _____ |
| | City   State   ZIP Code | |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor   **C.D.S. Moving Equipment, Inc.**                                          Case number *(if known)*   **2:25-bk-21646-WB**
         Name

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|

15.1.
_____
Facility name

_____
Street                                  **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.   **How are records kept?**

_____                                                                                                *Check all that apply:*
City          State    ZIP Code                                                                                        ☐ Electronically
                                                                                                                       ☐ Paper

---

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**
☑ No.
☐ Yes. State the nature of the information collected and retained. _____
    Does the debtor have a privacy policy about that information?
    ☐ No
    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**
☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:

| **Name of plan** | **Employer identification number of the plan** |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

    Has the plan been terminated?
    ☐ No
    ☐ Yes

---

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| **Financial institution name and address** | **Last 4 digits of account number** | **Type of account** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |
|---|---|---|---|---|
| 18.1 _____ Name  _____ Street  _____ City   State   ZIP Code | XXXX– __ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other _____ | _____ | _____ |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **8**

Debtor  **C.D.S. Moving Equipment, Inc.** _____  Case number *(if known)* __2:25-bk-21646-WB__
       Name

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name<br>Street<br>City   State   ZIP Code | Address | | ❏ No<br>❏ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name<br>Street<br>City   State   ZIP Code | Address | | ❏ No<br>❏ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name<br>Street<br>City   State   ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- ■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- ■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **9**

Debtor **C.D.S. Moving Equipment, Inc.** Case number *(if known)* **2:25-bk-21646-WB**
  Name

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.
    ☑ No
    ☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ City    State    ZIP Code | _____ | ☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**
    ☑ No
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ City    State    ZIP Code | _____ City    State    ZIP Code | _____ | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**
    ☑ No
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ City    State    ZIP Code | _____ City    State    ZIP Code | _____ | |

### Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.
    ☐ None

Debtor **C.D.S. Moving Equipment, Inc.** Case number *(if known)* **2:25-bk-21646-WB**
      Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1. **Rocky Mountain Pioneer**
Name

**13802 E 33rd Pl #B**
Street

**Englewood, CO 80111**
City    State    ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____   To _____

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Dates of service |
|---|---|

26a.1. **Singer Lewak Accountants & Consultants**
Name

**2010 Main St Suite 300**
Street

**Irvine, CA 92614**
City    State    ZIP Code

From **2020**   To **Present**

| Name and address | Dates of service |
|---|---|

26a.2. **Helen Oliver**
Name

**375 W Manville St**
Street

**Compton, CA 90220**
City    State    ZIP Code

From **2022**   To **Present**

| Name and address | Dates of service |
|---|---|

26a.3. **Eva Janece Barwick**
Name

**375 W Manville St**
Street

**Compton, CA 90220**
City    State    ZIP Code

From **2020**   To **Present**

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.
☐ None

| Name and address | Dates of service |
|---|---|

26b.1. **Singer Lewak Accountants & Consultants**
Name

**2010 Main St Ste 300**
Street

**Irvine, CA 92614**
City    State    ZIP Code

From **2020**   To **Present**

Debtor **C.D.S. Moving Equipment, Inc.** Case number *(if known)* **2:25-bk-21646-WB**
      Name

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| **Name and address** | **If any books of account and records are unavailable, explain why** |

26c.1.

**Helen Oliver**
Name

**375 W Manville St**
Street

**Compton, CA 90220**
City    State    ZIP Code

| **Name and address** | **If any books of account and records are unavailable, explain why** |

26c.2.

**Eva Janece Barwick**
Name

**375 W Manville St**
Street

**Compton, CA 90220**
City    State    ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1. **Pathward National Association**
Name

**5480 Corporate Dr Ste 350**
Street

**Troy, MI 48098**
City    State    ZIP Code

**Name and address**

26d.2. **JPMorgan Chase Bank NA**
Name

**3780 Kilroy Airport Way Ste 360**
Street

**Long Beach, CA 90806**
City    State    ZIP Code

**Name and address**

26d.3. **E-Capital**
Name

**Address unknown**
Street

City    State    ZIP Code

Debtor **C.D.S. Moving Equipment, Inc.**                                    Case number *(if known)* **2:25-bk-21646-WB**
Name

**Name and address**

26d.4. **Zurich**
Name

**PO Box 4664**
Street

**Carol Stream, IL 60197**
City                State            ZIP Code

**Name and address**

26d.5. **Travelers Insurance**
Name

**385 Washington St**
Street

**Saint Paul, MN 55102**
City                State            ZIP Code

**Name and address**

26d.6. **American Express**
Name

**PO Box 981535**
Street

**El Paso, TX 79998-1535**
City                State            ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Clifton Larson Allen** | **10/2025** | **$0.00** |

**Name and address of the person who has possession of inventory records**

27.1. **Michael Dennis Barwick**
Name

**375 W Manville St**
Street

**Compton, CA 90220**
City                State            ZIP Code

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Carlos Nabor** | **2024** | **$0.00** |

Debtor  **C.D.S. Moving Equipment, Inc.**                                                            Case number *(if known)*  **2:25-bk-21646-WB**
        Name

**Name and address of the person who has possession of inventory records**

27.2. **Singer Lewak Accountants & Consultants**
      Name

  **2010 Main St Ste 300**
  Street

  **Irvine, CA 92614**
  City                    State           ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Dennis Barwick** | **375 W Manville St Compton, CA 90220** | **President, CEO, Shareholder** | **100.00%** |
| **Michael Aaron Barwick** | **375 W Manville St Compton, CA 90220** | **CFO, Director,** | **0.00%** |
| **Kara LaVae Sidor** | **375 W Manville St Compton, CA 90220** | **Director,** | **0.00%** |
| **Ryan Joseph Sidor** | **375 W Manville St Compton, CA 90220** | **Director,** | **0.00%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☐ No
    ☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Ryan Joseph Sidor** | **375 W Manville St Compton, CA 90220** | **Former President and 100% shareholder,** | From **2019** To **09/2025** |

30. **Payments, distributions, or withdrawals credited or given to insiders**

    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Michael Dennis Barwick**<br>Name<br>**375 W Manville St**<br>Street<br>**Compton, CA 90220**<br>City  State  ZIP Code<br>**Relationship to debtor**<br>**President, CEO and 100% shareholder** | **$102,708.33; Expense Reimbursement**<br><br>**$96,861.40; Payroll** | **Within 1 year**<br><br>**Within 1 year** | **Payroll and Expense Reimbursement** |

Debtor **C.D.S. Moving Equipment, Inc.** Case number *(if known)* **2:25-bk-21646-WB**
Name

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Michael Aaron Barwick**<br>Name<br>**375 W Manville St**<br>Street<br><br>**90226**<br>City        State        ZIP Code<br><br>**Relationship to debtor**<br><br>**CFO, Director** | **$25,773.12; Expense Reimbursement**<br><br>**$226,577.36; Payroll** | **Within past year**<br><br>**Within past year** | **Payroll, Expense Reimbursement** |
| 30.3. | **Eva Janece Barwick**<br>Name<br>**375 W Manville St**<br>Street<br><br>**Compton, CA 90220**<br>City        State        ZIP Code<br><br>**Relationship to debtor**<br><br>**Bookkeeper; Spouse of Michael Dennis Barwick** | **$60,962.49; Payroll** | **Within past year** | **Payroll** |
| 30.4. | **Ryan Sidor**<br>Name<br>**375 W Manville St**<br>Street<br><br>**Compton, CA 90220**<br>City        State        ZIP Code<br><br>**Relationship to debtor**<br><br>**Director** | **$106,183.73; Payroll** | **Within past year** | **Payroll** |
| 30.5. | **Kara LaVae Sidor**<br>Name<br>**375 W Manville St**<br>Street<br><br>**Compton, CA 90220**<br>City        State        ZIP Code<br><br>**Relationship to debtor**<br><br>**Director** | **$40,478; Payroll** | **Within past year** | **Payroll** |

Debtor   C.D.S. Moving Equipment, Inc.                           Case number (if known)   2:25-bk-21646-WB
         Name

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?
   ☑ No
   ☐ Yes. Identify below.

   Name of the parent corporation                              Employer identification number of the parent corporation

   _____               EIN: __ __ - __ __ __ __ __ __ __

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?
   ☑ No
   ☐ Yes. Identify below.

   Name of the pension fund                                    Employer identification number of the pension fund

   _____               EIN: __ __ - __ __ __ __ __ __ __

### Signature and Declaration

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/28/2026
              MM/ DD/ YYYY

X /s/ Michael Dennis Barwick                        Printed name   Michael Dennis Barwick
  Signature of individual signing on behalf of the debtor

  Position or relationship to debtor   President, CEO

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

**CDS Packaging Solutions**
Parent Company : C.D.S. Moving Equipment, Inc.
**Custom A/P Register**
**October 1, 2025 - December 31, 2025**

| VENDOR NAME | AMOUNT |
|---|---:|
| B&P MANUFACTURING INC | $ 12,643.21 |
| CUSTOM LABEL & DECAL, LLC. | $ 12,641.59 |
| DURABLE U.S.A. | $ 90,867.50 |
| DREW ENTERPRISES, LLC(CHICAGO RENT) | $ 109,452.03 |
| FERCO PRODUCTS INC. | $ 13,961.48 |
| HAYWARD M INDUSTRIAL LLC(HAYWARD RENT) | $ 62,228.03 |
| THE BAUMRUCKER CO. INC. | $ 8,407.04 |
| INLAND LEASE & RENTAL INC. | $ 48,244.65 |
| INTERNATIONAL PAPER - CARSON | $ 96,656.45 |
| ROSENBERG, SPHALL & ZEIGEN, APLC | $ 100,000.00 |
| MICHAEL A BARWICK | $ 18,756.09 |
| KAISER FOUNDATION/FILE 5915 | $ 65,899.72 |
| NAVISTAR FINANCIAL CORP / INTERNATIONAL FINANCIAL | $ 19,704.94 |
| ICON PAC NEVADA OWNER POOL 3 NEVADA, LLC(LAS VEGAS RENT) | $ 17,725.02 |
| PARR LUMBER | $ 12,718.85 |
| SHELL CARD BUSINESS FLEX | $ 8,570.87 |
| PRATT INDUSTRIES INC. | $ 86,815.85 |
| PACKAGING CORPORATION OF AMERICA | $ 19,392.00 |
| PRIMETAC (ADHEREX GROUP) | $ 16,749.44 |
| PRIME CONVERTING | $ 53,083.90 |
| RONGXUN INDUSTRY LTD | $ 186,423.97 |
| Nanjing DP International Co., LTD. | $ 40,704.00 |
| SURFACE SHIELDS, INC. | $ 13,479.60 |
| SIGMA STRETCH FILM INC. | $ 26,290.28 |
| TRIPAQ | $ 34,029.26 |
| INTERNATIONAL PAPER - BELL | $ 32,185.57 |
| TRADE OF AMTA, INC. dba BOXER TOOLS | $ 94,659.01 |
| TREE HOUSE | $ 16,585.20 |
| McKinley Packaging LA Company | $ 160,296.85 |
| BAY CITIES | $ 15,812.02 |
| UNITED HEALTHCARE OF CALIFORNIA | $ 36,153.40 |
| BRE DELTA INDUSTRIAL SACRAMENTO LP(SACRAMENTO RENT) | $ 29,305.34 |
| ZURICH | $ 59,297.22 |
| Bruce A Meyers | $ 29,756.68 |
| DBC - BLOWER-DEMPSAY CORP | $ 13,045.18 |
| COYOTE LOGISTICS, INC. | $ 28,941.54 |
| Dext Capital LLC | $ 73,721.19 |
| EAGLE AVENUE INC, dba ACS DISTRIBUTION | $ 91,227.36 |
| IRELAND STAPLETON PRYOR & PASCOE | $ 35,000.00 |
| KEGLER BROWN HILL & RITTER | $ 10,000.00 |
| DENNIS BARWICK | $ 25,342.49 |
| MISCELLANEOUS VENDORS | $ 25,000.00 |
| **TOTAL** | **$ 1,951,774.82** |