FILED & ENTERED

JAN 29 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>C.D.S. MOVING EQUIPMENT, INC., dba CDS PACKAGING SOLUTIONS,<br><br><br><br><br><br><br>Debtor(s). | Case No.  **2:25-bk-21646-WB**<br><br>Chapter 11<br><br>**ORDER SCHEDULING INITIAL CHAPTER 11 STATUS AND CASE MANAGEMENT CONFERENCE**<br><br>Hearing:<br>Date:    March 5, 2026<br>Time:    10:00 a.m.<br>Place:   255 E. Temple Street,<br>         Courtroom 1375, 13th floor<br>         Los Angeles, CA 90012 |

**NOTICE IS HEREBY GIVEN AND IT IS HEREBY ORDERED:**

1. Pursuant to 11 U.S.C. Section 105(d), the Court will conduct an initial status conference on **March 5, 2026 at 10:00 a.m.**

2. The debtor in possession (or the chapter 11 trustee, if one has been appointed), shall serve notice of the status conference on the United States Trustee, all secured creditors, the official committee of unsecured creditors and its counsel (or the 20 largest unsecured creditors, if no committee has been appointed) and any

        parties that have requested special notice in the cases not less than **21 days** prior to the date scheduled for the status conference;

3.     The debtor in possession (or the chapter 11 trustee, if one has been appointed) shall file with the court and serve on the parties identified in the preceding paragraph not less than **14 days** prior to the date scheduled for the status conference a written status report, using Local Bankruptcy Form "Chapter 11 Status Conference Report (Initial)," F 2081-1.1.C11.STATUS.RPT.

4.     At the status conference, the Court may do one or more of the following: establish deadlines for filing claims, filing objections to claims, filing a plan and disclosure statement; dismiss the case; or convert the case to one under another chapter.

5.     Should the Court set a further status conference, the debtor in possession (or the chapter 11 trustee, if one has been appointed) shall file with the court and serve on the parties identified paragraph 2 not less than **14 days** prior to the date scheduled for the further status conference a written status report that apprises the Court of developments in the case that occurred between the prior status conference and the further status conference.

6.     Failure to appear at a status conference or failure to comply with any provision of this order may be deemed consent to the conversion or dismissal of this case, the appointment of a trustee, or the setting of deadlines.

###

Date: January 29, 2026

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge