| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>MICHAEL S. GREGER (BAR NO. 156525)<br>E-Mail: mgreger@allenmatkins.com<br>ALLEN MATKINS LECK GAMBLE<br>  MALLORY & NATSIS LLP<br>2010 Main Street, 8th Floor<br>Irvine, California 92614-7214<br>Phone: (949) 553-1313<br>Fax: (949) 553-8354<br><br>MATTHEW D. PHAM (BAR NO. 287704)<br>E-Mail: mpham@allenmatkins.com<br>865 South Figueroa Street, Suite 2800<br>Los Angeles, California 90017-2543<br>Phone: (213) 622-5555<br>Fax: (213) 620-8816<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Hayward M Industrial, LLC | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 05 2026**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gonzalez  DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>C.D.S. MOVING EQUIPMENT, INC.,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:25-bk-21646-WB<br>CHAPTER: 11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>                **[LBR 9075-1(b)]** |

**Movant** (*name*): Hayward M Industrial, LLC

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: Motion for Order Compelling Debtor's Performance of Postpetition Lease Obligations

    b. *Date of filing of motion:* February 5, 2026

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: February 5, 2026

3. Based upon the court's review of the application, it is ordered that:

    a. ☐  The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

    b. ☒  The Application is granted, and it is further ordered that:

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                                Page 1                                F 9075-1.1.ORDER.SHORT.NOTICE

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** 02/12/2026 <br> **Time:** 10:00 a.m. <br> **Courtroom:** 1375 | **Place:** <br> ☒ 255 East Temple Street, Los Angeles, CA 90012 <br> ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 <br> ☐ 3420 Twelfth Street, Riverside, CA 92501 <br> ☐ 411 West Fourth Street, Santa Ana, CA 92701 <br> ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| | |
|---|---|
| (A) *Deadlines:* <br> Date: 02/06/2026 <br> Time: ***12:00*** ~~5:00~~ p.m. | (B) *Persons/entities to be provided with telephonic notice:* <br>  - Debtor (through counsel) <br>  - Secured creditor Pathward, National Association (through counsel) <br><br> ☐ See attached page <br> (C) *Telephonic notice is also required upon* the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A)   ☒ ~~Personal Delivery~~   ☒ ~~Overnight Mail~~   ☐ First class mail   ☒ Facsimile*   ☒ Email*

| | |
|---|---|
| (B) *Deadlines:* <br> Date: 02/06/2026 <br> Time: ***12:00*** ~~5:00~~ p.m. | (C) *Persons/entities to be served with written notice and a copy of this order:* <br>  - Debtor (through counsel) <br>  - Secured creditor Pathward, National Association (through counsel) <br><br> ☐ See attached page <br> (D) *Service is also required upon*: <br>  -- United States trustee *(electronic service is not permitted)* <br>  -- ~~Judge's copy personally delivered to chambers~~ <br>  (*see Court Manual for address*) |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☒ ~~Personal Delivery~~  ☒ ~~Overnight Mail~~  ☐ First Class Mail  ☒ Facsimile*  ☒ Email*

(B) *Deadlines:*
Date: 02/06/2026

Time: **12:00** ~~5:00~~ p.m.

(C) *Persons/entities to be served with motion, declarations, supporting documents:*
- Debtor (through counsel)
- Secured creditor Pathward, National Association (through counsel)

☐ See attached page

(D) *Service is also required upon*:
-- United States trustee *(no electronic service permitted)*
-- ~~Judge's copy personally delivered to chambers~~
(*see Court Manual for address*)

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☒ ~~Personal Delivery~~  ☒ ~~Overnight Mail~~  ☐ First Class Mail  ☒ Facsimile*  ☒ Email*

(B) *Deadlines:*
Date: **2/11/26** ~~02/10/2026~~

Time: **12:00** ~~5:00~~ p.m.

(C) *Persons/entities to be served with written opposition to the motion:*
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) *Service is also required upon*:
-- United States trustee (*electronic service is not permitted*)
-- ~~Judge's copy personally delivered to chambers~~
(*see Court Manual for address*)

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 3    **F 9075-1.1.ORDER.SHORT.NOTICE**

|  |  |
|---|---|
| (B) *Deadlines:*<br>   Date:<br><br>   Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>-- All persons/entities who filed a written opposition<br><br>(D) *Service is also required upon:*<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>   (*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above~~, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers~~:

> ☒ ~~at least 2 days before the hearing.~~
>
> ☒ no later than:    Date: **2/9/25**    Time: **12:00 p.m.**

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: February 5, 2026

*/s/ Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*          Page 4          **F 9075-1.1.ORDER.SHORT.NOTICE**