## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Michael Dennis Barwick
Signature of Responsible Party

Michael Dennis Barwick
Printed Name of Responsible Party

President and CEO
Title

02/26/2026
Date

| Details | Posting Date | Description | Amount | Type | Balance | Check or Slip # |
|---|---|---|---|---|---|---|
| CREDIT | 12/30/25 | ORIG CO NAME:NIPPON USA ORIG ID:1131971441 DESC DATE: CO ENTRY DESCR:VENDORPYMTSEC:CTX TRACE#:026009632183786 EED:251230 IND ID: IND NAME:0005CDS PACKAGING SO DIRECT DEPOSIT TRN: 3642183786TC | $ 84.61 | ACH_CREDIT | $ 33,498.32 | |
| DSLIP | 12/30/25 | DEPOSIT ID NUMBER 9 | $ 1,947.34 | DEPOSIT | $ 33,413.71 | |
| DSLIP | 12/30/25 | DEPOSIT ID NUMBER 2 | $ 5,406.12 | DEPOSIT | $ 31,466.37 | |
| DSLIP | 12/30/25 | DEPOSIT ID NUMBER 3 | $ 7,425.59 | DEPOSIT | $ 26,060.25 | |
| CREDIT | 12/31/25 | ORIG CO NAME:AMERICAN EXPRESS ORIG ID:1134992250 DESC DATE:251231 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000016031248 EED:251231 IND ID:5045387941 IND NAME:CALIFORNIA D5045387941 PAYMENT DATE 25365 TRN: 3656031248TC | $ 324.53 | ACH_CREDIT | $ 38,878.75 | |
| CREDIT | 12/31/25 | ORIG CO NAME:AMERICAN EXPRESS ORIG ID:1134992250 DESC DATE:251231 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000016031247 EED:251231 IND ID:5044746998 IND NAME:CDS MOVING E5044746998 PAYMENT DATE 25365 TRN: 3656031247TC | $ 915.73 | ACH_CREDIT | $ 38,554.22 | |
| CREDIT | 12/31/25 | ORIG CO NAME:AMERICAN EXPRESS ORIG ID:1134992250 DESC DATE:251231 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000016031246 EED:251231 IND ID:3120060173 IND NAME:CDS MOVING E3120060173 PAYMENT DATE 25365 TRN: 3656031246TC | $ 1,186.17 | ACH_CREDIT | $ 37,638.49 | |
| DSLIP | 12/31/25 | DEPOSIT ID NUMBER 2 | $ 92.06 | DEPOSIT | $ 36,452.32 | |
| DSLIP | 12/31/25 | DEPOSIT ID NUMBER 9 | $ 141.10 | DEPOSIT | $ 36,360.26 | |
| DSLIP | 12/31/25 | DEPOSIT ID NUMBER 9 | $ 2,720.84 | DEPOSIT | $ 36,219.16 | |
| | | **TOTAL** | **$ 20,244.09** | | | |

**C.D.S. MOVING EQUIPMENT, INC.** **12/31/25**

**PART 5 - Schedule of Payments to Professionals**

| | | Retainer Paid | | Fees Approved by Court | | Expenses Approved by Court | | Retainer Applied | | Fees Paid (over retainer) | | Expenses Paid (over retainer) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Professional/Role | Date of Retention | Prepetition | At Petition Date | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative |
| Weintraub Zolkin Talerico & Selth LLP (Insolvency Counsel) | Pending | $ 18,500.00 | $ 18,500.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**C.D.S. MOVING EQUIPMENT, INC.** **12/31/25**

**Insurance Coverage**

| Carrier | Coverage | Policy Expiration | Paid Thru Date |
|---|---|---|---|
| Mesa Underwriters Specialty Insurance Co | Commercial General | 1/12/27 | Renewed Jan 26 |

**C.D.S. MOVING EQUIPMENT, INC.** **12/31/25**

**Payments to Insiders**

| Insider | Dates of Payments | Amount | Purpose |
|---|---|---|---|
| Michael Dennis Barwick | | $1,751.95 | Salary |
| Michael Aaron Barwick | | $3,324.55 | Salary |
| Janece Barwick | | $910.13 | Salary |
| Kara Sidor | | 700.18 | Salary |
| Ryan Sidor | | $1,364.79 | Salary |

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 29, 2025 through December 31, 2025
**Account Number:** 9052

**Customer Service Information**

If you have any questions about your statement, please contact your Customer Service Professional.

00019673 WBS 703 211 00126 NNNNNNNNNNN 1 000000000 C2 0000
CDS MOVING EQUIPMENT, INC.
375 W MANVILLE ST
COMPTON CA 90220-5617

## Commercial Checking

## Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | , . | |
| Deposits and Credits | 100 | $ , . | |
| Withdrawals and Debits | 31 | $ , . | |
| Checks Paid | 0 | $0.00 | |
| **Ending Ledger Balance** | | **$14,878.75** | |

Our records indicate that this account has had no check activity for the past eleven months. The status for this account will be changed to Post No Checks effective two months from this statement date. The Post No Checks service is a fraud protection measure which prevents all check debits from posting to the account. There will be no charge for this service on this account. Pricing may be reviewed and adjusted as needed in the future.

You may opt out of this change by contacting your Client Service Representative prior to your next statement. If you contact your Client Service Representative to opt out of this change, be prepared to provide the specific account number in writing.

## Deposits and Credits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|

[redacted]

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

CHASE

November 29, 2025 through December 31, 2025
**Account Number:** 9052

## Deposits and Credits *(continued)*

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| [redacted] | | |
| 12/29 | Deposit 9 | 16,800.26 |
| 12/29 | Deposit 4 | 1,796.19 |
| 12/30 | Deposit 3 | 7,425.59 |
| 12/30 | Deposit 2 | 5,406.12 |
| 12/30 | Deposit 9 | 1,947.34 |
| 12/30 | Orig CO Name:Nippon USA Orig ID:1131971441 Desc Date: CO<br>Entry Descr:Vendorpymtsec:CTX Trace#:026009632183786 Eed:251230<br>Ind ID: Ind Name:0005Cds Packaging So<br>Direct Deposit Trn: 3642183786Tc | 84.61 |
| 12/31 | Deposit 9 | 2,720.84 |
| 12/31 | Deposit 9 | 141.10 |
| 12/31 | Deposit 2 | 92.06 |
| 12/31 | Orig CO Name:American Express Orig ID:1134992250 Desc Date:251231<br>CO Entry Descr:Settlementsec:CCD Trace#:091000016031246 Eed:251231<br>Ind ID:3120060173 Ind Name:Cds Moving E3120060173<br>Payment Date 25365 Trn: 3656031246Tc | 1,186.17 |
| 12/31 | Orig CO Name:American Express Orig ID:1134992250 Desc Date:251231<br>CO Entry Descr:Settlementsec:CCD Trace#:091000016031247 Eed:251231<br>Ind ID:5044746998 Ind Name:Cds Moving E5044746998<br>Payment Date 25365 Trn: 3656031247Tc | 915.73 |
| 12/31 | Orig CO Name:American Express Orig ID:1134992250 Desc Date:251231<br>CO Entry Descr:Settlementsec:CCD Trace#:091000016031248 Eed:251231<br>Ind ID:5045387941 Ind Name:California D5045387941<br>Payment Date 25365 Trn: 3656031248Tc | 324.53 |

CHASE

November 29, 2025 through December 31, 2025

**Account Number:** 9052

## Withdrawals and Debits *(continued)*

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| 12/29 | Online Transfer To Chk ...9235 Transaction#: 27482964261 | 13,600.00 |
| 12/31 | Online Transfer To Chk ...9235 Transaction#: 27531143552 | 24,000.00 |
| **Total** | | **$698,322.26** |

## Daily Balance

| *Date* | *Ledger Balance* | *Date* | *Ledger Balance* |
|---|---|---|---|
| [redacted] | | [redacted] | |
| | | 12/29 | $18,634.66 |
| | | 12/30 | $33,498.32 |
| | | 12/31 | $14,878.75 |

Your service charges, fees and earnings credit have been calculated through account analysis.

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 29, 2025 through December 31, 2025
**Account Number:** [redacted]9235

**Customer Service Information**

If you have any questions about your statement, please contact your Customer Service Professional.

00019674 WBS 703 211 00126 NNNNNNNNNNN 1 000000000 C2 0000
CDS MOVING EQUIPMENT, INC.
375 W MANVILLE ST
COMPTON CA 90220-5617

## Commercial Checking

## Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | [redacted] | |
| Deposits and Credits | 31 | | |
| Withdrawals and Debits | 74 | | |
| Checks Paid | 29 | | |
| **Ending Ledger Balance** | | **$35,783.37** | |

## Deposits and Credits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|

[redacted]

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

CHASE

November 29, 2025 through December 31, 2025
**Account Number** [redacted]9235

## Deposits and Credits *(continued)*

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| [redacted] | | |
| 12/29 | Reversal of Orig CO Name:Paycor Inc. Orig ID:1311299990 Desc Date:140241 CO Entry Descr:Tax Fund Sec:CCD Trace#:242071755822969 Eed:251226 Ind ID:151330962451112 Ind Name:Cds Moving Equipment I | 19,604.39 |
| 12/29 | Reversal of Check 97039 | 579.47 |
| 12/29 | Reversal of Check 97041 | 492.81 |
| 12/29 | Online Transfer From Chk ...9052 Transaction#: 27482964261 | 13,600.00 |
| 12/30 | Online Transfer From Chk ...9052 Transaction#: 27512847704 | 9,100.00 |
| 12/30 | Online Transfer From Chk ...9052 Transaction#: 27515956948 | 2,000.00 |
| 12/31 | Online Transfer From Chk ...9052 Transaction#: 27531143552 | 24,000.00 |
| **Total** | | **$829,344.51** |

## Withdrawals and Debits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| [redacted] | | |

CHASE



## Withdrawals and Debits *(continued)*

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| [redacted] | | |
| 12/31 | Online Transfer To Chk ...9235 Transaction#: 27512847704 | 9,100.00 |
| 12/31 | Online Transfer To Chk ...9235 Transaction#: 27515956948 | 2,000.00 |
| **Total** | | **$791,445.80** |

CHASE

November 29, 2025 through December 31, 2025
**Account Number:** 000000575189235

## Stops

| Date | Description | Low Range or Check Number | High Range or Amount |
|---|---|---|---|
| [redacted] | | | |

## Checks Paid

| Check | Date Paid | Amount |
|---|---|---|
| [redacted] | | |
| [redacted] | | |
| 97019 | 12/31 | $43.40 |
| [redacted] | | |
| 97027 | 12/31 | $313.08 |
| 97031* | 12/29 | $2,630.30 |
| [redacted] | | |
| 97040 | 12/29 | $391.29 |
| 97041 | 12/26 | $492.81 |
| 97045* | 12/31 | $481.97 |

**Total** **29 check(s)** **$31,188.35**

* indicates gap in sequence

## Daily Balance

| Date | Ledger Balance |
|---|---|
| [redacted] | |
| [redacted] | |
| 12/29 | $12,621.82 |
| 12/30 | $23,721.82 |
| 12/31 | $35,783.37 |

Your service charges, fees and earnings credit have been calculated through account analysis.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY OPERATING REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 26, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)____________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Pursuant to the Judicial Practice Guide of the Honorable Julia W. Brand, chambers copies are waived unless requested.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 26, 2026 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**In re C.D.S. Moving Equipment, Inc.** **Case No. 2:25-bk-21646-WB**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Proposed Attorneys for Debtor C.D.S. Moving Equipment, Inc.: **Derrick Talerico, Paige T. Rolfe**: dtalerico@wztslaw.com; prolfe@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Attorneys for Creditor American Express National Bank, c/o Zwicker & Associates, P.C.: **Jonathan Arias**: bknotices@zwickerpc.com
- Attorneys for Creditor COMREF SO. CA. INDUSTRIAL SUB G, LLC: **Ronald K Brown**: ron@rkbrownlaw.com
- Courtesy NEF/Interested Party: **Luis Chaves:** luis@ksgklaw.com; fileserve@ksgklaw.com
- Courtesy NEF/Interested Party: **Shawn M Christianson**: cmcintire@buchalter.com; schristianson@buchalter.com
- Attorneys for Creditor Pathward, National Association: **Kimberly Ross Clayson, Anthony M Cimini, Jr.**: kclayson@taftlaw.com; acimini@taftlaw.com; ttorni@taflaw.com; DET_Docket_Assist@taftlaw.com; kkelsey-Dennis@taftlaw.com
- Attorneys for Creditor Blower-Dempsay Corporation: **Nicolino Iezza**: niezza@spiwakandiezza.com
- Attorneys for Creditors BRE Delta Industrial Sacramento LP, Icon IPC Property Owner Pool 6 West/Southwest, LLC, and Icon Pac Nevada Owner Pool 3 Nevada, LLC: **Kevin P Montee**: kmontee@monteeassociates.com
- Attorneys for Creditor Hayward M Industrial, LLC: **Matthew D Pham**: mpham@allenmatkins.com; mdiaz@allenmatkins.com
- Attorneys for Creditor Pathward, National Association: **Thomas E Shuck**: tshuck@pmcos.com; efilings@pmcos.com
- Attorneys for Creditor Navistar Financial Corporation: **Rachel M Sposato**: rsposato@ch-law.com; kneely@ch-law.com
- Attorneys for Creditor JP Morgan Chase Bank, N.A.: **Rebecca M Wicks**: rwicks@buchalter.com; lverstegen@buchalter.com; docket@buchalter.com
- US Trustee's Office: ustpregion16.la.ecf@usdoj.gov; **Hatty K Yip**: hatty.yip@usdoj.gov