PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL JONES, State Bar No. 271574
ASSISTANT UNITED STATES TRUSTEE
HATTY YIP, State Bar No. 246487
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
(213) 894-1507 telephone
(213) 894-2603 facsimile
Email: hatty.yip@usdoj.gov

FILED & ENTERED

MAR 04 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**C.D.S. MOVING EQUIPMENT, INC.,**<br><br>Debtor(s). | Case No.: 2:25-bk-21646-WB<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION FOR CONTINUING COMPLIANCE OF UNITED STATES TRUSTEE GUIDELINES RESOLVING MOTION TO DISMISS AND VACATING HEARING**<br><br>DATE:  March 5, 2026<br>TIME:   10:00 a.m.<br>CTRM:  1375<br>          255 E. Temple St.<br>          Los Angeles, CA 90012 |

After consideration of the Stipulation for Continuing Compliance in resolution of United States Trustee's Motion under 11 U.S.C. § 1112(b)(1) to Convert, Dismiss or Direct the Appointment of a Chapter 11 Trustee and Request to Vacate Hearing ("Continuing Compliance Stipulation"), filed by the U.S. Trustee, and for good cause appearing, the Court orders as follows:

IT IS HEREBY ORDERED that the Continuing Compliance Stipulation is APPROVED;

IT IS FURTHER ORDERED that Debtor shall remain in full and timely compliance with all United States Trustee Guidelines requirements.  If Debtor becomes delinquent in any of the United States Trustee compliance requirements, the United States Trustee may provide a one-time

- 1 -

written notice of delinquency to Debtor's counsel of record to cure the deficiencies within seven calendar days.  If such delinquencies are not cured within seven (7) calendar days, or if Debtor thereafter fails to remain in compliance with the United States Trustee requirements, the United States Trustee may submit, without further notice or hearing, an application, declaration, and proposed order, converting or dismissing this case, whichever is in the best interest of creditors;

IT IS FURTHER ORDERED that the Continuing Compliance Stipulation fully resolves the U.S. Trustee's Motion under 11 U.S.C. § 1112(b) to Convert, Dismiss or Direct the Appointment of a Chapter 11 Trustee ("U.S. Trustee's Motion to Dismiss or Convert") filed in the instant case; and

IT IS FURTHER ORDERED that the hearing on the U.S. Trustee's Motion to Dismiss or Convert, set for March 5, 2026, is VACATED.

IT IS SO ORDERED.

# # #

Date: March 4, 2026

_Julia W Brand_
Julia W. Brand
United States Bankruptcy Judge

-2-