| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Derrick Talerico (SBN 223763)<br>dtalerico@WZTLfirm.com<br>Paige Rolfe (SBN 331096)<br>prolfe@WZTLfirm.com<br>Weintraub Zolkin Talerico & Selth LLP<br>11766 Wilshire Blvd., Suite 730<br>Los Angeles, CA 90025<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* C.D.S. MOVING EQUIPMENT, INC. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>C.D.S. MOVING EQUIPMENT, INC., dba CDS PACKAGING SOLUTIONS,<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.:  2:25-bk-21646-WB |
|---|---|
| | CHAPTER: 11 |
| | **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]** |
| | ☒ **No hearing: LBR 9013-1(q)**<br><br>☐ **Hearing information**<br><br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

1. <u>Bar Date</u>.  The court has set a deadline of (*date*) _____ April 16 _____, 20 26 __ (Bar Date), for creditors in the above-referenced case to file proofs of claim against the Debtor's estate.  ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:

    ☒ 255 East Temple Street, Los Angeles, CA 90012      ☐ 411 West Fourth Street, Santa Ana, CA 92701
    ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367   ☐ 1415 State Street, Santa Barbara, CA 93101
    ☐ 3420 Twelfth Street, Riverside, CA 92501

2. <u>Form</u>.  You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

3. <u>Exceptions to the Bar Date</u>.  Exceptions to the Bar Date include, but are not limited to, the following:

    (a) <u>Executory contracts/unexpired leases</u>.  For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease.  *See* 11 U.S.C. §§ 365(d)(4)  and 502(g).

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

(b) <u>Governmental units</u>.  For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on (*date*) _12/29/2025_____, and therefore calculates that this deadline is (*date*) _06/29/2026_____).  *See* 11 U.S.C. §§ 101(27) and 502(b)(9).

(c) <u>Avoidance</u>.  For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer.  *See* 11 U.S.C. § 502(h).

(d) <u>Agreed claims</u>.  If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) <u>and</u> it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules.  11 U.S.C. § 1111(a).  But, if your claim is not listed on the Schedules, <u>or</u> is listed as disputed, contingent, unliquidated or unknown, <u>or</u> if you disagree with the amount or description of your claim (*e.g.*, its description as unsecured or non-priority), then you <u>must</u> timely filed a Proof of Claim as set forth in this Notice.

4. <u>11 U.S.C. § 503(b)(9) Claims</u>.  Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9).  Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: *Section 12 of Proof of Claim.*  **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); (iv) the place of delivery – *e.g.*, "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); and (v) the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) <u>and</u> 503(b)(9)**.

5. <u>Interest Holders</u>.  If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (*e.g.*, holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING.  11 U.S.C. § 502(b)(9).  CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date:  _03/13/2026_____     By: /s/ Paige T. Rolfe _____
                                  Signature of Debtor, chapter 11 trustee, or their attorney

                             Name:  Paige T. Rolfe _____
                                  Printed name of Debtor, chapter 11 trustee, or their attorney

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                     Page 2                     **F 3003-1.NOTICE.BARDATE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

   11766 Wilshire Blvd., Suite 730, Los Angeles, CA 90025


A true and correct copy of the foregoing document entitled: **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __March 13, 2026__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   See attached NEF service list


[X]  Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**:
On (*date*) __March 13, 2026__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   See attached US Mail service list


[X]  Service information continued on attached page

**3**.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.


[ ]  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


| March 13, 2026 | Martha E. Araki | /s/ Martha E Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**In re C.D.S. Moving Equipment, Inc.**                                    **Case No. 2:25-bk-21646-WB**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Debtor C.D.S. Moving Equipment, Inc.</u>: **Derrick Talerico, Paige T. Rolfe**: dtalerico@wztslaw.com; prolfe@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Attorneys for Creditor American Express National Bank, c/o Zwicker & Associates, P.C.</u>: **Jonathan Arias**: bknotices@zwickerpc.com
- <u>Attorneys for Creditor COMREF SO. CA. INDUSTRIAL SUB G, LLC</u>: **Ronald K Brown**: ron@rkbrownlaw.com
- <u>Courtesy NEF/Interested Party</u>: **Luis Chaves:** luis@ksgklaw.com; fileserve@ksgklaw.com
- <u>Courtesy NEF/Interested Party</u>: **Shawn M Christianson**: cmcintire@buchalter.com; schristianson@buchalter.com
- <u>Attorneys for Creditor Pathward, National Association</u>: **Kimberly Ross Clayson, Anthony M Cimini, Jr.**: kclayson@taftlaw.com; acimini@taftlaw.com; ttorni@taflaw.com; DET_Docket_Assist@taftlaw.com; kkelsey-Dennis@taftlaw.com
- <u>Attorneys for Creditor Blower-Dempsay Corporation</u>: **Nicolino Iezza**: niezza@spiwakandiezza.com
- <u>Attorneys for Creditors BRE Delta Industrial Sacramento LP, Icon IPC Property Owner Pool 6 West/Southwest, LLC, and Icon Pac Nevada Owner Pool 3 Nevada, LLC</u>: **Kevin P Montee**: kmontee@monteeassociates.com
- <u>Attorneys for Creditor Hayward M Industrial, LLC</u>: **Matthew D Pham**: mpham@allenmatkins.com; mdiaz@allenmatkins.com
- <u>Attorneys for Creditor Pathward, National Association</u>: **Thomas E Shuck**: tshuck@pmcos.com; efilings@pmcos.com
- <u>Attorneys for Creditor Navistar Financial Corporation</u>: **Rachel M Sposato**: rsposato@ch-law.com; kneely@ch-law.com
- <u>Attorneys for Creditor JP Morgan Chase Bank, N.A.</u>: **Rebecca M Wicks**: rwicks@buchalter.com; lverstegen@buchalter.com; docket@buchalter.com
- <u>US Trustee's Office</u>: ustpregion16.la.ecf@usdoj.gov; **Hatty K Yip**: hatty.yip@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-2
Case 2:25-bk-21646-WB
Central District of California
Los Angeles
Fri Mar 13 11:13:56 PDT 2026

American Express National Bank, c/o Zwicker
Zwicker & Associates, P.C.
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-0943

BRE Delta Industrial Sacramento LP
c/ Montee Law Firm, APC
1250-I Newell Ave., Suite 149
Walnut Creek, CA 94596-5305

Blower-Dempsay Corporation
Spiwak & Iezza, LLP
555 Marin Street, Suite 140
Thousand Oaks, CA 91360-4103

C.D.S. Moving Equipment, Inc.
375 W Manville St
Compton, CA 90220-5617

COMREF SO. CA. INDUSTRIAL SUB G, LLC
c/o Ronald K. Brown, Jr.
901 Dove St., Suite 120
Newport Beach, CA 92660-3018

Cummins & White, LLP
Cummins & White, LLP
2424 S.E. Bristol St.,
Suite 300
Newport Beach, ca 92660-0764

Icon IPC Property Owner Pool 6 West/Southwes
c/o Montee Law Firm, APC
1250-I Newell Ave., Suite 149
Walnut Creek, CA 94596-5305

Icon Pac Nevada Owner Pool 3 Nevada, LLC
c/o Montee Law Firm, APC
1250-I Newell Ave., Suite 149
Walnut Creek, CA 94596-5305

Navistar Financial Corporation
2701 International Drive
Lisle, IL 60532-3637

Pathward, National Association
c/o Parker, Milliken, Clark, O'Hara
515 S. Figueroa Street 8th Flr
Los Angeles, CA 90071-3301

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

303 Networks, Inc.
Attn: Corporate Officer
14766 N. Maywood Ct.
Brighton, CO 80603-8891

AAA Oil Inc.
dba California Fuels and Lubricants
Attn: Corporate Officer
11621 Westminster Ave.
Garden Grove, CA 92843-3917

AT&T COMPTON
Attn: Corporate Officer
PO Box 5019
Carol Stream, 60197-5019

AT&T Chicago
Attn: Corporate Officer
PO Box 5019
Carol Stream, IL 60197-5019

AT&T Mobility
Attn: Corporate Officer
PO Box 6463
Carol Stream, IL 60197-6463

AT&T TDI
Attn: Corporate Officer
PO Box 5019
Carol Stream, IL 60197-5019

Affordable Box Co.
Attn: Corporate Officer
865 Highway 33 Ste 3
Freehold, NJ 07728-8475

Air Compressor
dba Kimberly P. Parker
Attn: Corporate Officer
34428 Yucaipa Blvd Ste. # 242
Yucaipa, CA 92399-2474

Amcon Foam
Attn; Corporate Officer
1510 Nelson Rd Unit A
Longmont, CO 80501-6339

American Propane Inc.
Attn: Corporate Officer
PO Box 44862
Los Angeles, CA 90044-0862

Ancra International LLC
Attn: Corporate Officer
25591 Network Pl
Chicago, IL 60673-1255

Arentfox Schiff LLP
Attn: Corporate Officer
233 South Wacker Drive Suite 7100
Chicago, IL 60606-6446

Assurehire, Inc.
Attn: Corporate Officer
2206 Plaza Dr Ste 4100
Rocklin, CA 95765-4417

Atlantic Paper Company
Attn: Corporate Officer
PO Box 160
Lancaster, TX 75146-0160

Atlas Sales & Marketing
Attn: Corporate Officer
Po Box 565
Niwot, CO 80544-0565

Avalara, Inc.
512 S Mangum St #100
Attn: Legal
DURHAM, NC 27701-3973

Avalara, Inc.
Attn: Corporate Officer
Dept Ch 16781
Palatine, IL 60055-0001

B&P Manufacturing Inc.
Attn: Corporate Officer
8051 E 34 Rd
Cadillac, MI 49601-9013

BSB Leasing, inc.
6 Inverness Ct E Ste 125
Englewood, CO 80112-5512

Bank of the West
201 N Civic Dr Ste 360B
Walnut Creek, CA 94596-3896

Betts Trucks Parts & Service
Attn: Corporate Officer
PO Box 102165
Pasadena, CA 91189-2165

Blower-Dempsay Corporation, Inc., a Californ
c/o Spiwak & Iezza, LLP
555 Marin St., Suite 140
Thousand Oaks, Ca. 91360-4103

Blue Beacon International, Inc.
Attn: Corporate Officer
PO Box 856
Salina, KS 67402-0856

Bocks Board Packaging of Texas Inc.
Attn: Corporate Officer
1520 E Wintergreen Rd
Hutchins, TX 75141-4228

Box Partners, LLC
Attn: Corporate Officer
2650 Galvin Drive
Elgin, IL 60124-7893

Boyer-Rosene Mov & Strg Inc.
Attn: Corporate Officer
2638 S Clearbrook Dr
Arlington Heights, IL 60005-4626

C T Corporation System, As Rep.
Attn: SPRS
330 N Brand Blvd Suite 700
Glendale, CA 91203-2336

CAB assignee of Qingdao Wing Cheong Tai Carg
4340 Fulton Avenue, Third Fl.
Sherman Oaks, CA 91423-3925

CMSA
Attn: Corporate Officer
10900 E. 183rd Street # 300
Cerritos, CA 90703-5370

Califoam Products, Inc.
Attn: Corporate Officer
10775 Silicon Ave
Montclair, CA 91763-6022

California Dept. of Tax and Fee Administrati
Collection Support Bureau, MIC:29
PO BOX 942879
Sacramento, CA 94279-0029

California Water Service Co.
Attn: Corporate Officer
PO Box 940001
San Jose, CA 95194-0001

Caltex Plastics
Attn: Corporate Officer
PO Box 58546
Vernon, CA 90058-0546

Cardlock Fuels System, LLC
1800 W KATELLA AVE, #400
ORANGE, CA 92867-3449

(p)CENTERPOINT ENERGY
PO BOX 1700
HOUSTON TX 77251-1700

Chateau Products, LLC
Attn: Corporate Officer
1820 47th Ter E
Bradenton, FL 34203-3773

Citistaff Solutions, INC
Attn: Corporate Offlcer
PO Box 845510
Los Angeles, CA 90084-5510

City of North Las Vegas Utilities
Attn: Corporate Officer
PO Box 360118
North Las Vegas, NV 89036-0118

Clark Foam Products Corp.
Attn: Corporate Officer
655 Remington Blvd
Bolingbrook, IL 60440-4822

Colson Group USA
Attn: Corporate Officer
4451 Eucalyptus Ave #340
Chino, CA 91710-9702

Colson Group USA
Attn: Corporate Officer
91346 Collection Center Drive
Chicago, IL 60693-0001

Comed - Chicago
Attn: Corporate Officer
PO Box 6111
Carol Stream, IL 60197-6111

Computer Ease Rental
Attn: Corporate Officer
PO Box 128
Dousman, WI 53118-0128

Comref So CA Industrial Sub G
Attn: Corporate Officer
62605 Collections Drive
Chicago, IL 60693-0626

Comref So CA Industrial Sub G (Compton R
Attn: Corporate Officer
62605 Collections Drive
Chicago, IL 60693-0626

Constellation New Energy, Inc
Attn: Corporate Officer
PO Box 5471
Carol Stream, 60197-5471

Continental Western Corp.
Attn: Corporate Officer
PO Box 2418
San Leandro, CA 94577-0241

Core Personnel Staffing Svs, LLC
Attn: Corporate Officer
10635 Control Pl.
Dallas, TX 75238-1334

Corodata Shredding, Inc,
Attn: Corporate Officer
PO Box 846137
Los Angeles, CA 90084-6137

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

Coyote Logistics, Inc.
Attn: Corporate Officer
960 North Point Pkwy Ste 150
Alpharetta, GA 30005-4123

Cps Energy
Attn: Corporate Officer
PO Box 2678
San Antonio, TX 78289-0001

Crown Lift Trucks
Crown Equipment Corp
Attn: Corporate Officer
PO Box 641173
Cincinnati, OH 45264-1173

Cummins & White, LLP
Attn: Corporate Officer
2424 SE Bristol Street, Suite 300
Newport Beach, CA 92660-0764

Custom Label
Melissa Rooley
7800 Patterson Pass Rd
Livermore CAN 94550-9544

Custom Label & Decal, LLC
Attn: Corporate Officer
7800 Paterson Pass Road
Livermore, CA 94550-9544

Cybersource Corporation
Attn: Corporate Officer
PO Box 742842
Los Angeles, CA 90074-2842

DMV
Attn: Corporate Officer
PO Box 942897
Sacramento, CA 94297-0897

DRA G&I Fund IX Industrial LLC
Attn: Corporate Officer
PO Box 206812
Dallas, TX 75320-6812

DUTRO COMPANY
Attn: Corporate Officer
675 N 600 W Ste 2
Logan, UT 84321-3197

DXV - Pull Notice
Attn: Corporate Offlcer
PO Box 825339
Sacramento, CA 94232-5339

Dana Mackie
Attn: Corporate Officer
16 Sanderling Lane
Aliso Vielo, CA 92656-1220

Deline Box Co
Attn: Corporate Officer
3700 Lima St
Denver, CO 80239-3309

Denver Pallets Inc
Attn: Corporate Officer
11500 Wright Road
Lynwood, CA 90262-3944

Dext Capital LLC
Attn: Corporate Officer
PO Box 74007351
Chicago, IL 60674-7351

Dun & Bradstreet, Inc.
C/O Steven D Sass LLC
P.O. Box 45
Clarksville, MD 21029-0045

E Z Hauler Products LLC
Attn: Corporate Officer
26231 Crown Ranch Blvd.
Montgomery, TX 77316-2105

EOSlift Usa Corporation
Attn: Corporate Officer
1590 S Milliken Ave Ste H
Ontario, CA 91761-2326

Elkay Plastics Co - Denver
Attn: Corporate Officer
14600 E 35th Place, Unit
Aurora, CO 80011-1267

Elkay Plastics Co - Denver
Attn: Corporate Officer
PO Box 51103
Los Angeles, CA 90051-5403

Elkay Plastics Co. Inc
Attn: Corporate Officer
PO Box 51103
Los Angeles, CA 90051-5403

Empire Container Corporation
Attn: Corporate Officer
1161 E Walnut St
Carson, CA 90746-1382

Empire Staple Co.
Attn: Corporate Officer
200 E. 55th Ave, Suite 100
Denver, CO 80216-1772

Employer Solutions Staffing Group.
Attn: Corporate Officer
7201 Metro Blvd
Edina, MN 55439-1323

Escalera Inc
Attn: Corporate Officer
PO Box 1359
Yuba City, CA 95992-1359

Escalera Inc.
P.O. Box 1359
Yuba City, CA 95992-1359

Express Toll
Attn: Corporate Officer
E-470 Public Highway Authority
Aurora, CO 80018

F.J. Smith Sales Co., Inc.
Attn: Corporate Officer
6815 E Washington Blvd
Los Angeles, CA 90040-1927

FMH Material Handling Solutions
Attn: Corporate Officer
PO Box 5052
Denver, CO 80217-5052

Fedex Compton
Attn: Corporate Officer
PO Box 7221
Pasadena, CA 91109-7321

Ferco Products Inc
2755 Reflections Lane
Simi Valley CA 93065-0241

Ferrell Gas, L.P.
Attn: Corporate Officer
PO Box 173940
Denver, CO 80217-3940

Ferrellgas
One Liberty Plaza MD 40
Liberty MO 64068-2971

Financial Federal Credit Inc.
7 Corporate Park Ste 240
Irvine, CA 92606-5157

First Choice (Sacramento)
Attn: Corporate Officer
4680 Pell Dr Ste A
Sacramento, CA 95838-2082

(p)FIRST CITIZENS BANK AND TRUST COMPANY
10201 CENTURION PARKWAY N STE 100
JACKSONVILLE FL 32256-4114

Fleenor Company Inc Do Not Use
Attn: Corporate Officer
Dept #33927
PO Box 39000
San Francisco, CA 94139-0001

Fleenor Paper Company
Attn: Corporate Officer
Dept. # 133927
San Francisco, CA 94139-0001

For2fi, Inc.
Attn: Corporate Offlcer
PO Box 79428
North Dartmouth, MA 02747-0986

Frank W. Winnie Inc
Attn: Corporate Officer
521 Fellowship Rd Ste 115
Mount Laurel, NJ 08054-3413

Frontier
Attn: Corporate Officer
PO Box 740407
Cincinnatir OH 45274-0407

GDR Group Inc
Attn: Corporate Officer
3 Park Plaza Suite 1700
Irvine, CA 92614-8540

General Work Products D.B.A. Of GWP Bish
Attn: Corporate Officer
14401 Industry Cir
La Mirada, CA 90638-5812

General Work Products D.B.A. Of GWP Bish
Attn: Corporate Officer
2301 Commerce Street Ste 110
Houston, TX 77002-2424

Global Venture
Attn: Corporate Officer
7112 S. 262nd Street
Kent, WA 98032

Grainger
Attn: Corporate Officer
Dept 816404016
Palatine, IL 60038-0001

Graphics 2 Press
Attn: Corporate Offlcer
3321-A Dalworth St
Arlington, TX 76011-6867

Groot Industries, Inc.
Attn: Corporate Officer
PO Box 742695
Cincinnati, OH 45274-2695

HBM Supply Denver
Attn: Corporate Officer
4801 East 39th St
Denver, CO 80207-1009

HBM Supply San Diego
Attn: Corporate Officer
San Diego, CA 92126-6312

Hartford Insurance
Attn: Corporate Officer
Hartford, CT 06104-2907

Hayward M Industrial LLC
Attn: Corporate Officer
Hicksville, NY 11802-6149

Home Depot Credit Serv Corp
Attn: Corporate Officer
PO Box 9001030
Louisvillee KY 40290-1030

Inland Lease & Rental Inc.
Attn: Corporate Officer
1600 Washington Blvd
Montebello, CA 90640-5422

Intercon Paper
Attn: Corporate Officer
4545 Leston St
Dallas, TX 75247-5709

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

International Paper - Bell
Attn: Corporate Officer
PO Box 31001-0780
Pasadena, CA 91110-0780

International Paper - Carson
Attn: Corporate Officer
PO Box 31001-0780
Pasadena, CA 91110-0780

International Paper - Chicago
Attn: Corporate Officer
PO Box 31001-0780
Pasadena, CA 91110-0780

International Paper - Exeter
Attn: Corporate Officer
PO Box 31001-0780
Pasadena, CA 91110-0780

International Paper Denver
Attn: Corporate Officer
PO Box 676765
Dallas, TX 75267-6765

J.B. Hunt Transport, Inc.
Attn: Corporate Officer
615 J.B. Hunt Corporate Drive
Lowell, AR 72745-9143

JL Freight Line LLC
1187 N Willow Ave Ste 103 #34
Clovis, CA 93611-4411

JP Morgan Chase Bank, NA
1111 Polaris Pkwy, Suite 4N
Columbus, OH 43240-2050

JPMorgan Chase Bank, N.A.
10 S. Dearborn, Floor L2, IL 1-1145
Chicago, IL 60603-2300

Jesse White Secretary Of State
Attn: Corporate Officer
501 S. 2nd Street
Springfiled, IL 62756-5510

Jl Freight Line, Llc
Attn: Corporate Officer
1187 N Willow Ave
Clovis, CA 93611-4411

Jm Equipment Co., Inc.
Attn: Corporate Officer
PO Box 396065
San Francisco, CA 94139-6065

Key Container Company Inc.
Attn: Corporate Officer
4224 Santa Ana St
South Gate, CA 90280-2557

Komar Alliance, LLC
dba Papercutters
Attn: Corporate Officer
PO Box 844437
Los Angeles, CA 90084-4437

Komatsu Forklift Usa, Llc
Attn: Corporate Officer
15868 Collections Center Dr.
Chicago, IL 60693-0001

Konica Minolta 2000183630
Attn: Corporate Officer
PO Box 100706
Pasadena, CA 91189-0706

Konica Minolta Business Solutions
U.S.A. Inc.
PO Box 728
Park Ridge, NJ 07656

Konica Minolta Business Solutions, Inc
Denise Mendes
100 Williams Dr
Ramsey NJ 07446-2907

Kpack
Attn: Corporate Officer
2122 W Flotilla St
Montebello, CA 90640-4961

Kubota Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

Lakehead Newsprint Ltd D.B.A. Of James
Attn: Corporate Officer
100 Main St Ste 101
Thunder Bay, ON P7B 6R9

Laminated Industries Inc
Attn: Corporate Officer
2000 Brunswich Ave
Linden, NJ 07036-2400

Lien Solutions
PO Box 29071
Glendale, CA 91209-9071

Logan Manufacturing Group Inc
Dutro Company
675 N 600 W Ste 2
Logan UT 84321-3197

Lolita V. Leblanc
1696 Wagner Street
Pasadena, CA 91106-1328

Lumber Ci:y Corp.
dba Neiman Reed Lumber
Attn: Corporate Officer
PO Box 849803
Los Angeles, CA 90084-9803

Luttrell Engraving Inc.
Attn: Corporate Officer
5000 W 128th Pl
Alsip, IL 60803-3230

Manufacturers Warehouse
Attn: Corporate Officer
11475 E. 53rd Ave Unit 160
Denver, CO 80239-2336

Maximum Fastners Inc.
Attn: Corporate Officer
14107 Dinard Ave
Sante Fe Springs, CA 90670-4936

Mckinley Packaging La Company
Attn: Corporate Officer
PO Box 744534
Atlanta, GA 30374-4534

Mechanical Plastics Corp
Attn: Corporate Officer
110 Richards Ave
Norwalk, CT 06854-1685

Melcher Manufacturing Co. Inc
Attn: Corporate Officer
PO Box 11857
Spokane, WA 99211-1857

Melcher Manufacturing, LLC
Chris Hardan
6017 E Mission Ave
Spokane Valley, WA 99212-1264

Milburn Printing
Attn: Corporate Officer
120-A Wilbur Place
Bohemia, NY 11716-2440

Mountain States Plastics, Inc
Attn: Corporate Officer
3 Industrial Park
Johnstown, CO 80534-7802

NV Energy
Attn: Corporate Officer
PO Box 30086
Reno, NV 89520-3086

Navistar Financial Corporation
P.O. Box 96070
Chicago, IL 60693-6070

Neil's Stationery Inc.
Attn: Corporate Officer
PO Box 8878
Fountain Valley, CA 92728-8878

New Mexico Gas Company
Attn: Corporate Officer
PO Box 27885
Albuquerque, NM 87125-7885

Nicor Gas
Po Box 549
Aurora IL 60507-0549

(p)NISSAN MOTOR ACCEPTANCE CORPORATION
LOSS RECOVERY
PO BOX 660366
DALLAS TX 75266-0366

North Park Transportation Co
Attn: Corporate Offlcer
5150 Columbine St
Denver, CO 80216-2305

Nrg Maintenance Co.
Attn: Corporate Officer
PO Box 231
Bellflower, CA 90707-0231

ODP Business Solutions LLC
Office Depot
Attn: Corporate Officer
P7 Box 633204
Cincinnati, OH 45263-3204

Oracle America, Inc
Attn: Corporate Officer
2300 Oracle Way
Austin, TX 78741-1400

Orion Plastics Corporation
Attn: Corporate Officer
Pasadena, CA 91189-0005

PBE, LLC
Attn: Corporate Officer
4320 Eastpark Dr
Houston, TX 77028-5920

(p)PACIFIC GAS & ELECTRIC COMPANY
PO BOX 8329
STOCKTON CA 95208-0329

PG&E /Sacramento
Attn: Corporate Officer
PO Box 997300
Sacramento, CA 95899-7300

PNM Electric
Attn: Corporate Officer
PO Box 27900
Albuquerque, NM 87125-7900

Pacific Cargo Control, Inc.
Attn: Corporate Officer
Tualatin, OR 97062-8881

Pacific Coast Bach Label Co.
Attn: Corporate Officer
Los Angeles, CA 90007-3814

Pacific Equipment Solutions
Attn: Corporate Officer
PO Box 7685
Fremont, CA 94537-7685

Packaging Corporation Of
America Denver
Attn: Corporate Officer
36596 Treasury Center
Chicago, IL 60694-6500

Packaging Corporation of America
Attn: Vince Carrera
1 North Field Court
Lake Forest, IL 60045-4810

Packaging Corporatlon of America
Attn: Corporate Officer
19570 E. San Jose Ave.
City Of Industry, CA 91748-1404

Pallet Direct, Inc.
Attn: Corporate Officer
PO Box 11059
Naples, FL 34101-1059

Paramount Saw LLC
Attn: Corporate Officer
16493 Paramount Blvd.
Paramount, CA 90723-5427

Parkhouse Tire, Inc
Att: Corporate Officer
PO Box 2430
Bell Gardens, CA 90202-2430

Parr Lumber
Attn: Corporate Officer
Po Box 989
Chino, CA 91708-0989

Partners Personnel Management
Services, LLC
Attn: Corporate Officer
10065 E. Harvard Ave.
Denver, CO 80231-5968

Partners Personnel Management
Services, LLC
Attn: Corporate Officer
3820 State St Ste B
Santa Barbara, CA 93105-3182

Penn Elcom Inc.
Attn; Corporate Officer
7465 Lampson Ave,
Garden Grove, CA 92841-2903

Penske Albuquerque
Attn: Corporate Officer
PO Box 7429
Pasadena, CA 91109-7429

Penske Chicago
Attn: Corporate Officer
PO Box 802577
Chicago, IL 60680-2577

Penske Compton
Attn: Corporate Officer
PO Box 7429
Pasadena, CA 91109-7429

Penske Hayward
Attn: Corporate Officer
PO Box 7429
Pasadena, CA 91109-7429

Penske Sacramento
Attn: Corporate Officer
PO Box 7429
Pasadena, CA 91109-7429

Penske San Antonio
Attn: Corporate Officer
PO Box 802577
Chicagor IL 60680-2577

(p)PENSKE TRUCK LEASING CO  L P
PO BOX 563
READING PA 19603-0563

Penske Vegas
Attn: Corporate Officer
PO Box 7429
Pasadena, CA 91109-7429

Performance Heating & Air Inc.
Attn: Corporate Officer
602 Sidwell Ct Ste R
Saint Charles, IL 60174-3422

Pestgon, Inc.
Attn: Corporate Officer
3612 Ocean Ranch Blvd
Oceanside, CA 92056-2669

Petro Distributors, Inc.
Attn: Corporate Officer
21515 Hawthorne Blvd. Suite 200
Torrance, CA 90503-6512

Pioneer Packing Inc.
Attn: Corporate Officer
2430 S Grand Ave
Santa Ana, CA 92705-5211

Pitney Bowes Chicago & Vegas
Attn: Corporate Officer
P0 Box 371887
Pittsburgh, PA 15250-7887

Poly-Corr Industries Inc.
Attn: Corporate Officer
13801 Magnolia Ave
Chino, CA 91710-7028

PolyChem 6138800
Attn: Corporate Officer
Po Box 901716
Cleveland, OH 44190-1716

Polyair Packaging Inc.
Attn: Corporate Officer
c/o 4604 Payshere Circle
Chicago, IL 60674-4604

Prairie View Industries, Inc.
Attn: Corporate Officer
Fairbury, NE 68352-1355

Pratt Industries Inc.
Attn: Corporate Officer
PO Box 933949
Atlanta, GA 31193-3949

Pratt Industries, Inc
1800-B Sarasota Business Pkwy
Conyers, GA 30013-5775

Pregis Corp.
Attn: Corporate Officer
PO Box 100812
Pasadena, CA 91189-0812

Price Transfer Inc.
Attn: Corporate Officer
2711 E Dominguez St
Long Beach, CA 90810-1352

Prime Converting
Attn: Corporate Officer
9121 Pittsburgh Ave
Rancho Cucamonga, CA 91730-5550

Prime Converting
Corporation Of Georgia
Attn: Corporate Officer
6175 Boatrock Blvd. Suite A
Altanta, GA 30336-2705

Primetac Adherex Group
Attn: Corporate Officer
223 Gates Rd Ste B
Little Ferry, NJ 07643-1900

Prodrivers
Attn: Corporate Officer
PO Box 102409
Atlanta, GA 30368-2409

Pure Water Center, Inc.
Attn: Corporate Officer
25876 The Old Rd # 312
Stevenson Ranch, CA 91381-1711

Qspac Industries Inc
Attn: Corporate Officer
15020 Marquardt Ave
Santa Fe Sprlngs, CA 90670-5704

Quench USA, Inc.
Attn: Corporate Officer
P0 Box 735777
Dallas, TX 75373-5777

Quirk & Kids Logistics, LLC
dba Rhode Sense
Attn: Corporate Officer
2510 Chili Ave. Suite 3
Rochester, NY 14624-3334

(p)RXO
11215 N COMMUNITY HOUSE RD
CHARLOTTE NC 28277-0817

Ramos Oil Company, Inc
Attn: Corporate Officer
PO Box 401
West Sacramento, CA 95691-0401

Raymond Handling Concepts Corp
Dba Raymond West
Attn: Corporate Officer
PO Box 7678
San Francisco, CA 94120-7678


Republic Services (Vegas)
Attn: Corporate Officer
Po Box 78829
Phoenix, AZ 85062-8829

Republic Services - (Sacramento)
Attn: Corporate Officer
Po Box 78829
Phoenix, AZ 85062-8829

Republic Services - Compton
Attn: Corporate Officer
PO Box 78829
Phoenix, AZ 85062-8829


Richard Alton
1931 NW 150th Avenue
Suite 274
Pembroke Pines, FL 33028-2885

Robert E. Opera
Winthrop Golubow Hollander, LLP
1301 Dove Street, Suite 500
Newport Beach, CA 92660-2467

Robert Half Inc
Attn: Corporate Officer
Po Box 743295
Los Angeles, CA 90074-3295


Rush Truck Leasing, Inc.
Attn: Corporate Officer
Po Box 34630
San Antonio, TX 78265-4630

SB&T Graphics
Attn: Corporate Officer
1574 San Juan Dr
Brea, CA 92821-1837

SC Commercial, LLC
1800 W KATELLA AVE, #400
ORANGE, CA 92867-3449


SC Fuels 0041598
Attn: Corporate Officer
Po Box 14014
Orange, CA 92863-1414

San Gabriel Temp Staffing Sac D.B.A. Lab
Attn: Corporate Officer
Po Box 900
Kearney, MO 64060-0900

Service Uniform
Attn: Corporate Officer
2580 S Raritan Street
Englewood, CO 80110-1125


Singer Lewak Accountants & Consult
Attn: Corporate Officer
10960 Wilshire Blvd Suite 1100
Los Angeles, CA 90024-3714

Singer Lewak Aces & Arrows
Attn: Corporate Officer
10960 Wilshire Blvd Fl 7
Los Angeles, CA 90024-3710

Singer Lewak Ryan Sidor
Attn: Corporate Officer
10960 Wilshire Blvd F17
Los Angeles, CA 90024-3702


Sio Logistics LLC
Attn: Corporate Officer
550 Reserve St. Suite 190
Southlake, TX 76092-1598

Smurfit Kappa North America Llc
Attn: Corporate Officer
Po Box 660367
Dallas, TX 75266-0367

Smurfit Kappa North America Llc - Von Or
Attn: Corporate Officer
Po Box 1359
Von Ormy, TX 78073-1359


So California Edison - Esplanade
Attn: Corporate Officer
PO Box 600
Rosemead, CA 91770-0600

SoCalGas
P O Box 30337
Los Angeles
CA 90030-0337

Socalgas
Attn: Corporate Officer
Po Box C
Monterey Park, CA 91754-0932


(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

Southern Counties Lubricants
Attn: Corporate Officer
Po Box 5765
Oranger CA 92863-5765

Southern Nevada A/C & Heating
Attn: Corporate Officer
3925 W Hacienda Ave Ste 106
Las Vegas, NV 89118-1788


Spectrum Business
Attn: Corporate Officer
Po Box 60074
City Of Industry, CA 91716-0074

Sps Commerce
Attn: Corporate Officer
333 S. 7th Street, Ste 1000
Minneapolis, MN 55402-2421

Staples Advantage #La 10004198
Attn: Corporate Officer
Po Box 105638
Atlanta, GA 30348-5638

(p)STAPLES BUSINESS ADVANTAGE THOMAS RIGGLEMA
7 TECHNOLOGY CIRCLE
COLUMBIA SC 29203-9591

Sterling Manuf & Distributing
Attn: Corporate Officer
150 Bennington
Houston, TX 77022-4863

Steven D Sass LLC
P.O. Box 45
Clarksville, MD 21029-0045

Stevens Appliance Truck
Attn: Corporate Officer
Po Box 897
Augusta, GA 30903-0897

Storopak Inc.
Attn: Corporate Officer
Location 00207 Dept. C
Cincinnati, OH 15264-0207

Sunset Ladder Co
Attn: Corporate Officer
2526 Rosemead Blvd
South E1 Monte, CA 91733-1567

Surestaff, LLC
Attn: Corporate Officer
7083 Solution Center
Chicago, IL 60677-7000

Surface Shields, Inc.
Attn: Corporate Officer
27664 Network P1
Chicago, IL 60673-1276

TNT Wholesalers Inc
Attn: Corporate Officer
2901 W. Coast Hwy 4200
Newport Beach, CA 92663-4023

TRM Manufacturing, Inc.
Attn: Corporate Officer
Po Box 77520
Corona, CA 92877-0117

Terex Usa, LLC
Attn: Corporate Officer
12506 Collections Center Drive
Chicago, IL 60693-0001

The C.H. Hanson Company
Attn: Corporate Officer
2000 N Aurora Rd
Naperville, IL 60563-8793

The Rohart Company
Sterling Manufacturing and Distributing
150 Bennington Street
Houston Tx 77022-4863

Thomas Petroleum, LLC Pilot Thomas Logis
Attn; Corporate Officer
Po Box 677289
Dallas, TX 75267-7289

Toyota Motor Credit Corp
PO Box 3457
Torrance, CA 90510-3457

Trade Of Amta, Inc. Dba Boxer Tools
Attn: Corporate Officer
9643 Santa Fe Springs Rd
Santa Fe Springs, CA 90670-2917

Tree House
Attn: Corporate Officer
2341 Pomona Rd Ste 108
Corona, CA 92878-4373

Triad Product Finishing Inc
Attn: Corporate Officer
1440 S Hwy 121 Ste 13
Lewisville, TX 75067-5910

Trio Pines U.S.A. Inc.
Attn: Corporate Officer
6655 Knott Ave.
Buena Park, CA 90620-1129

Tripaq
Attn: Corporate Officer
Po Box 101917
Pasadena, CA 91189-1917

Truck Trailer Mobile Service
Attn: Corporate Officer
Po Box 125
Orangevale, 95662-0125

Tube Tainer Inc.
Attn: Corporake Officer
8174 Byron Rd
Whittier, CA 90606-2616

Tytan International LLC
Attn: Corporate Officer
16240 W 110th St
Lenexa, KS 66219-1312

UPS #929569 Compton
Attn: Corporate Officer
Po Box 894820
Los Angeles, CA 90189-4820

Uline Inc.
Attn: Corporate Officer
Po Box 88741
Chicago, IL 60680-1741

Ultrapak Packaging
Attn: Corporate Officer
4345 Confederate Way
Macon, GA 31217-4719

Unifirst Corporation - Sacramento
Attn: Corporate Officer
4630 Beloit Dr. Suite 40
Sacramento, CA 95838-2449

Unifirst Corporation -Las Vegas
Attn: Corporate Officer
568 Parkson Rd ,
Henderson, NV 89011-4022

Uniform Ready D.B.A. Of Axis Express Hol
Attn: Corporate Officer
820 N. Main St. #1023
Salado, TX 76571-5727

United Brokerage Pk- Ga
Attn: Corporate Officer
C-O Accounts Receivable Po Box 1866
Augusta, GA 30903-1866

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

UnitedHealthcare Insurance Company
9700 Healthcare Lane
Minnetonka, MN 55343-4527

Universal Packaging Corporation
Attn: Corporate Officer
11440 E. 56th Ave. Suite 100
Denver, CO 80239-2230

VAZLO USA LLC
2801 N Interstate 35
Denton, TX 76207-2030

VCT Visual Color Technologies
Attn: Corporate Officer
345 Paseo Tesoro
Walnut, CA 91789-2726

VIBAC Canada, Inc.
Attn: Corporate Officer
12250 Boul Industriel
Quibec Canada H1B 5M5

Vav Paper
Attn: Corporate Officer
PO Box 683
Addison, IL 60101-0683

Veritiv Operating Company
Attn: Corporate officer
PO Box 57006
Los Angeles, CA 90074-7006

Waste Management Hayward
Attn: Corporate Officer
PO Box 541065
Los Angeles, CA 90054-1065

Waste Management Inc
Attn: Corporate Officer
As Payment Agent
PO Box 7400
Pasedena, CA 91109-7400

Wells Fargo
300 Tri-State International
Suite 400
Lincolnshire, IL 60069-4417

Wells Fargo Bank, N.A.
300 Tri State Intl., Ste. 400
Lincolnshire, IL 60069-4417

Wells Fargo Bank, N.A.
800 Walnut Street, F0005-044
Des Moines, IA 50309-3891

Winn-Palletmaster
Attn: Corporate Officer
1270 N Blue Gum St
Anaheim, CA 92806-2413

Wolters Kluwer Lien Solutions
Lien Solutions
PO Box 29071
Glendale, CA 91209-9071

Xtra Lease LLC
Att: Corporate Officer
PO Box 219562
Kansas City, MO 64121-9562

Xtra Lease LLC
PO BOX 219562
Kansas City, MO 64121-9562

Yeats Appliance Dolly Mfg.
Attn: Corporate Officer
924 E Walnut Ave
Fullerton, CA 92831-4534

Zumasys
Attn: Corporate Officer
1050 Calle Amanecer Suite A
San Clemente, CA 92673-6296

Derrick Talerico
Weintraub Zolkin Talerico & Selth LLP
11766 Wilshire Blvd
Suite 730
Los Angeles, CA 90025-6577
*FILING ATTORNEY*

Paige T Rolfe
Weintraub Zolkin Talerico & Selth LLP
11766 Wilshire Blvd Ste 730
Los Angeles, CA 90025-6577
*FILING ATTORNEY*