Derrick Talerico – Bar # 223763
dtalerico@wztslaw.com
Paige T. Rolfe – Bar # 331096
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

General Bankruptcy Counsel to
Chapter 11 Debtor and Debtor in Possession,
C.D.S. Moving Equipment, Inc.

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re:

C.D.S. MOVING EQUIPMENT, INC., dba CDS PACKAGING SOLUTIONS,

Debtor and Debtor-in-Possession.

Case No. 2:25-bk-21646-WB

Chapter 11

**DEBTOR'S CHAPTER 11 STATUS REPORT – JULY 2026**

Hearing:
Date: August 6, 2026
Time: 10:00 a.m.
Crtrm: 1375
255 E. Temple Street
Los Angeles, CA 90012

Judge: Hon. Julia Brand

C.D.S. MOVING EQUIPMENT, INC., dba CDS PACKAGING SOLUTIONS, the Chapter 11 debtor and debtor in possession ("**CDS**" or the "**Debtor**") in the above-captioned bankruptcy case (the "**Bankruptcy Case**") hereby files its Chapter 11 Status Report to provide an overview of the status of the case since the last status report was filed on June 26, 2026.

**<u>STATUS REPORT</u>**

**a. <u>Operations, Financing, and Exit Plan</u>**

The Debtor now achieved stable operations and is focusing on the financing needed to exit bankruptcy and fuel near term growth and long-term success. The Debtor seeks to refinance the

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

secured Pathward debt and obtain sufficient working capital to support a successful reorganization. Depending upon the terms reached with potential lenders or investors, the Debtor may bring a motion to approve post-petition financing or seek approval for exit financing through a plan.

**b. Cash Collateral**

Debtor and its secured lienholder, Pathward, National Association ("**Pathward**") agreed to the use of cash collateral through May 22, 2026 as reflected by Order (Dkt. 121). Communication between the Debtor and Pathward continues to be open, and Pathward has not objected to the Debtor's continuing use of cash collateral. Pathward has requested further support for Debtor's revenue projections, which Debtor has recently provided to Pathward, which Pathward is in the process of reviewing. Debtor anticipates continued short-term approval on the use of cash collateral from Pathward.

**c. Plan Exclusivity**

The plan exclusivity period and the deadline to solicit plan (the "**Exclusivity Periods**") were previously extended by 60 days pursuant to the Debtor's motion and a stipulation with Pathward (Dkt. No. 184). Pursuant to that order, the Debtor's exclusive right to file a plan ended on June 27, 2026, and the Debtor's exclusive right to solicit plan acceptance ends on August 26, 2026. On June 26, 2026, the Debtor filed a motion to further extend the Exclusivity Periods by 90 days (Dkt. No. 189, the "**Second Motion**"). The Debtor and Pathward have informally agreed that Pathward will not oppose the Second Motion if the Exclusivity Periods are extended by 45 days, rather than 90 days. A stipulation has been circulated between the parties, which the Debtor anticipates filing shortly, to memorialize that agreement.

Dated: July 23, 2026 **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

By *\/s/ Derrick Talerico*
Derrick Talerico
Paige T. Rolfe
General Bankruptcy Counsel for
Chapter 11 Debtor and Debtor in Possession,
C.D.S. MOVING EQUIPMENT, INC.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S CHAPTER 11 STATUS REPORT – JULY 2026.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 23, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)____________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 23, 2026 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Pursuant to the Judicial Practice Guide of the Honorable Julia W. Brand, chambers copies are waived unless requested.

Pursuant to Order Limiting Notice [Dkt. 105] – e-mail service on the attached e-mail service list

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 23, 2026 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**In re C.D.S. Moving Equipment, Inc.** **Case No. 2:25-bk-21646-WB**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Debtor C.D.S. Moving Equipment, Inc.: **Derrick Talerico, Paige T. Rolfe**: dtalerico@wztslaw.com; prolfe@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Attorneys for Creditor American Express National Bank, c/o Zwicker & Associates, P.C.: **Jonathan Arias**: bknotices@zwickerpc.com
- Attorneys for Creditor COMREF SO. CA. INDUSTRIAL SUB G, LLC: **Ronald K Brown**: ron@rkbrownlaw.com
- Courtesy NEF/Interested Party: **Luis Chaves:** luis@ksgklaw.com; fileserve@ksgklaw.com
- Courtesy NEF/Interested Party: **Shawn M Christianson**: cmcintire@buchalter.com; schristianson@buchalter.com
- Attorneys for Creditor Pathward, National Association: **Kimberly Ross Clayson, Anthony M Cimini, Jr.**: kclayson@taftlaw.com; acimini@taftlaw.com; ttorni@taflaw.com; DET_Docket_Assist@taftlaw.com; kkelsey-Dennis@taftlaw.com
- Attorneys for Creditor Cummins & White, LLP: **Garrett M Fahy**: gfahy@grsm.com; rgbrown@grsm.com
- Attorneys for Creditor Blower-Dempsay Corporation: **Nicolino Iezza**: niezza@spiwakandiezza.com
- Attorneys for Creditors BRE Delta Industrial Sacramento LP, Icon IPC Property Owner Pool 6 West/Southwest, LLC, and Icon Pac Nevada Owner Pool 3 Nevada, LLC: **Kevin P Montee**: kmontee@monteeassociates.com
- Attorneys for Creditor Hayward M Industrial, LLC: **Matthew D Pham**: mpham@allenmatkins.com; mdiaz@allenmatkins.com
- Attorneys for Creditor Pathward, National Association: **Thomas E Shuck**: tshuck@pmcos.com; efilings@pmcos.com
- Attorneys for Creditor Navistar Financial Corporation: **Rachel M Sposato**: rsposato@ch-law.com; kneely@ch-law.com
- Attorneys for Creditor JP Morgan Chase Bank, N.A.: **Rebecca M Wicks**: rwicks@buchalter.com; lverstegen@buchalter.com; docket@buchalter.com
- US Trustee's Office: ustpregion16.la.ecf@usdoj.gov; **Hatty K Yip**: hatty.yip@usdoj.gov

C.D.S. MOVING EQUIPMENT, INC. E-MAIL SERVICE LIST Case No. 2:25-bk-21646-WB

| Creditor | Email | Type |
|---|---|---|
| American Express | Anthony.L.Sanchez@aexp.com | 20 L |
| American Express National Bank c/o Zwicker & Associates, PC | bkproofofclaim@zwickerpc.com | 20L-POC |
| Blower Dempsay | cfriesen@blowerdempsay.com<br>mhicken@blowerdempsay.com | 20L-POC |
| Colson Group | Jennifer.Neal-Mason@colsongroup.com | 20 L |
| Comref SO CA Industrial Sub | Christopher.Gutierrez@cbre.com | 20 L |
| Coyote Logistics | delain.johnson@rxo.com | 20 L |
| Dext Capital | ilona.osherov@dextcapital.com | 20 L |
| General Works Products | tiffany.thrasher@lifting.com | 20 L |
| Hayward Industrial | dena.hodges@cbre.com | 20 L |
| Icon IPC Property Owner Pool 6 West/Southwest, LLC | lspencer@linklogistics.com | 20L-POC |
| Magis | tulika@lltpamerica.com | 20 L |
| McKinley Packaging | sandra.trinidad@mckinleypkg.com | 20 L |
| Oracle America | ron.j.johnson@oracle.com | 20 L |
| Oracle America | schristianson@buchalter.com | 20L-POC |
| Packaging Corp of America | ChristineRamos@packagingcorp.com | 20 L |
| Packaging Corp of America | vincecarrera@packagingcorp.com | 20L-POC |
| PolyAir | pchicago@itape.com | 20 L |
| Prime Converting | letty@primecc.com. | 20 L |
| Primetac / Adherex Group | lchlanda@adherexgroup.com | 20 L |
| Quingdao Wing | allieswang532@163.com | 20 L |
| CAB assignee of Qingdao Wing Cheong Tai | wthomas@cabcollects.com | 20L-POC |
| Tripaq | AR@new-indy.com | 20 L |
| Vibac Canada | sylvie.gatineau@vibac.com | 20 L |
| American Express National Bank c/o Zwicker & Associates, PC<br>Attn Jonathan Arias | bknotices@zwickerpc.com | NEF-2002 |
| Blower-Dempsay Corporation<br>Attn Nicolino Iezza | niezza@spiwakandiezza.com | NEF |
| BRE Delta Industrial Sacramento LP; Icon IPC Property Owner Pool 6 West/Southwest, LLC; Icon Pac Nevada Owner Pool 3 Nevada, LLC<br>Attn Kevin P Montee | kmontee@monteefirm.com<br>rantoine@linklogistics.com | NEF-2002 |
| Comref So. CA. Inductrial Sub G., LLC Attn: Ronald K. Brown, JR., ARC - | ron@rkbrownlaw.com | NEF |
| Cummins & White LLP<br>Attn Garrett M Fahy | gfahy@cwlawyers.com | NEF-2002 |
| Hayward M Industrial LLC<br>Attn Matthew D Pham | mpham@allenmatkins.com | NEF |
| Interested Party/Courtesy NEF<br>Attn Luis Chaves | luis@ksgklaw.com | NEF |
| Interested Party/Courtesy NEF<br>Attn Sean M Christianson | schristianson@buchalter.com | NEF |
| JPMorgan Chase Bank N.A.<br>Attn Rebecca Wicks | rwicks@buchalter.com | NEF |

| Creditor | Email | Type |
|---|---|---|
| Navistar Financial Corporation<br>Attn Rachel M Sposato | rsposato@ch-law.com | NEF |
| Pathward National Association<br>Attn Kimberly Ross Clayson<br>Attn Anthony M Cimini Jr | kclayson@taftlaw.com<br>acimini@taftlaw.com | NEF-2002 |
| Pathward National Association<br>Attn Thomas E Shuck | tshuck@pmcos.com | NEF |
| US Trustee's Office<br>Attn Hatty K Yip | hatty.yip@usdoj.gov | NEF |
| Pathward National Association<br>Attn Thomas Coughlin | tcoughlin@taftlaw.com | Secured |
| JPMorgan Chase Bank N.A. | rmiller@buchalter.com; kevin.gillen@chase.com | Secured-POC |
| Kubota Credit Corporation USA | pocquestions@nbsdefaultservices.com | Secured-POC |
| Navistar Financial Corporation | snoel@ch-law.com; thomas.schmitt@navistar.com | Secured-POC |