Derrick Talerico – Bar # 223763
*dtalerico@WZTLfirm.com*
Paige T. Rolfe – Bar # 331096
*prolfe@WZTLfirm.com*
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

General Bankruptcy Counsel to
Chapter 11 Debtor and Debtor in Possession,
C.D.S. Moving Equipment, Inc.

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>C.D.S. MOVING EQUIPMENT, INC., dba CDS PACKAGING SOLUTIONS,<br><br>Debtor and Debtor In Possession. | Case No. 2:25-bk-21646-WB<br><br>Chapter 11<br><br>**STIPULATION TO CONFIRM REJECTION OF SACRAMENTO LEASE**<br><br>[No Hearing Set Pursuant to Local Bankruptcy Rule 9013-1(o)] |

C.D.S. MOVING EQUIPMENT, INC., dba CDS PACKAGING SOLUTIONS, the Chapter 11 debtor and debtor in possession ("***CDS***" or the "***Debtor***") in the above-captioned bankruptcy case (the "***Bankruptcy Case***") and BRE DELTA INDUSTRIAL SACRAMENTO LP

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

(“***Sacramento Landlord***”; together with the Debtor, the “***Parties***”) hereby stipulate to the rejection of a real property lease between the parties on the terms set forth herein and seek entry of an order of this Court approving this Stipulation.

**RECITALS**

1. The Debtor’s CEO, Dennis Barwick, commenced this Bankruptcy Case by filing an emergency petition for relief under Chapter 11 of the Bankruptcy Code on December 29, 2025 (the “***Petition Date***”). The Debtor continues to carry out its business operations and manage its financial affairs as a Debtor-in-Possession pursuant to 11 U.S.C. §§ 1107 and 1108. No chapter 11 trustee, examiner, or committee has been appointed in the Bankruptcy Case.

2. The Debtor and the Sacramento Landlord are parties to a real property lease dated July 26, 2022, as amended (the “***Sacramento Lease***”) concerning the premises located at 925 National Drive, Sacramento, California (the “***Sacramento Premises***”).

3. The contractual term of the Sacramento Lease expired on January 31, 2026. The Debtor retained possession, beginning a month-to-month tenancy.

4. The Debtor turned over possession of the Sacramento Premises on April 30, 2026.

5. The Parties agree that the Debtor rejected the Sacramento Lease effective April 30, 2026.

6. The Debtor owes post-petition rent pursuant to the Sacramento Lease of $131,362.24 (the “***Postpetition Rent***”).

7. The Debtor also owes $63,921.68 in pre-petition rent (the “**Prepetition Rent**”).

**STIPULATION**

1. The Debtor and the Sacramento Landlord agree that the Sacramento Lease was rejected effective April 30, 2026.

2. The Debtor and the Sacramento Landlord agree that the Sacramento Landlord shall have an allowed claim for administrative expenses representing the Postpetition Rent in the amount of $131,362.24.

3. The Debtor and the Sacramento Landlord agree that the Sacramento Landlord shall have an allowed unsecured lease rejection claim pursuant to Section 502(b)(6) of the Code in the amount of $63,921.68.

4. The Parties request that the Court enter an order on this Stipulation substantially in the form attached hereto as **Exhibit "A."**

Dated: August 5, 2026 **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

By *<u>/s/ Paige T. Rolfe</u>*
Derrick Talerico
Paige T. Rolfe
Counsel for Chapter 11 Debtor and Debtor in Possession, C.D.S. MOVING EQUIPMENT, INC.

Dated: August 5, 2026 MONTEE LAW FIRM, APC

By ______________________
Kevin P. Montee
Counsel for BRE DELTA INDUSTRIAL SACRAMENTO LP

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

# EXHIBIT A

Derrick Talerico – Bar # 223763
*dtalerico@wztslaw.com*
Paige T. Rolfe – Bar # 331096
*prolfe@wztslaw.com*
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

General Bankruptcy Counsel to
Chapter 11 Debtor and Debtor in Possession,
C.D.S. Moving Equipment, Inc.



**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>C.D.S. MOVING EQUIPMENT, INC., dba CDS PACKAGING SOLUTIONS,<br><br>Debtor and Debtor In Possession. | Case No. 2:25-bk-21646-WB<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO CONFIRM REJECTION OF SACRAMENTO LEASE**<br><br>[No Hearing Set Pursuant to Local Bankruptcy Rule 9013-1(o)] |

This Court, having read and considered the *Stipulation to Confirm Rejection of Sacramento Lease* (the "***Stipulation***") entered into by and between C.D.S. MOVING EQUIPMENT, INC., dba CDS PACKAGING SOLUTIONS, the Chapter 11 debtor and debtor in possession ("***CDS***" or the "***Debtor***"), and BRE DELTA INDUSTRIAL SACRAMENTO LP ("***Sacramento Landlord***"; together with the Debtor, the "***Parties***"), by their respective counsel of record, filed on August 17, 2026, as Dkt. No. ____, and having reviewed the Stipulation and finding good cause to approve the Stipulation,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved.

2. The Sacramento Lease is deemed rejected effective April 30, 2026.

3. The Sacramento Landlord has an allowed claim for administrative expenses representing the Postpetition Rent in the amount of $131,362.24.

4. The Sacramento Landlord shall have an allowed unsecured lease rejection claim pursuant to Section 502(b)(6) of the Code in the amount of $63,921.68.

IT IS SO ORDERED.

###

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO CONFIRM REJECTION OF SACRAMENTO LEASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 17, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)____________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Pursuant to the Judicial Practice Guide of the Honorable Julia W. Brand, chambers copies are waived unless requested.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 17, 2026 | Paige T. Rolfe | /s/ Paige T. Rolfe |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**In re C.D.S. Moving Equipment, Inc.** **Case No. 2:25-bk-21646-WB**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Debtor C.D.S. Moving Equipment, Inc.: **Derrick Talerico, Paige T. Rolfe**: dtalerico@wztslaw.com; prolfe@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Attorneys for Creditor American Express National Bank, c/o Zwicker & Associates, P.C.: **Jonathan Arias**: bknotices@zwickerpc.com
- Attorneys for Creditor COMREF SO. CA. INDUSTRIAL SUB G, LLC: **Ronald K Brown**: ron@rkbrownlaw.com
- Courtesy NEF/Interested Party: **Luis Chaves:** luis@ksgklaw.com; fileserve@ksgklaw.com
- Courtesy NEF/Interested Party: **Shawn M Christianson**: cmcintire@buchalter.com; schristianson@buchalter.com
- Attorneys for Creditor Pathward, National Association: **Kimberly Ross Clayson, Anthony M Cimini, Jr.**: kclayson@taftlaw.com; acimini@taftlaw.com; ttorni@taflaw.com; DET_Docket_Assist@taftlaw.com; kkelsey-Dennis@taftlaw.com
- Attorneys for Creditor Cummins & White, LLP: **Garrett M Fahy**: gfahy@grsm.com; rgbrown@grsm.com
- Attorneys for Creditor Blower-Dempsay Corporation: **Nicolino Iezza**: niezza@spiwakandiezza.com
- Attorneys for Creditors BRE Delta Industrial Sacramento LP, Icon IPC Property Owner Pool 6 West/Southwest, LLC, and Icon Pac Nevada Owner Pool 3 Nevada, LLC: **Kevin P Montee**: kmontee@monteeassociates.com
- Attorneys for Creditor Hayward M Industrial, LLC: **Matthew D Pham**: mpham@allenmatkins.com; mdiaz@allenmatkins.com
- Attorneys for Creditor Pathward, National Association: **Thomas E Shuck**: tshuck@pmcos.com; efilings@pmcos.com
- Attorneys for Creditor Navistar Financial Corporation: **Rachel M Sposato**: rsposato@ch-law.com; kneely@ch-law.com
- Attorneys for Creditor JP Morgan Chase Bank, N.A.: **Rebecca M Wicks**: rwicks@buchalter.com; lverstegen@buchalter.com; docket@buchalter.com
- US Trustee's Office: ustpregion16.la.ecf@usdoj.gov; **Hatty K Yip**: hatty.yip@usdoj.gov