Derrick Talerico – Bar # 223763
*dtalerico@wztslaw.com*
Paige T. Rolfe – Bar # 331096
*prolfe@wztslaw.com*
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

General Bankruptcy Counsel to
Chapter 11 Debtor and Debtor in Possession,
C.D.S. Moving Equipment, Inc.

FILED & ENTERED

AUG 18 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re:

C.D.S. MOVING EQUIPMENT, INC., dba CDS PACKAGING SOLUTIONS,

Debtor and Debtor In Possession.

Case No. 2:25-bk-21646-WB

Chapter 11

**ORDER APPROVING STIPULATION TO CONFIRM REJECTION OF SACRAMENTO LEASE**

[No Hearing Set Pursuant to Local Bankruptcy Rule 9013-1(o)]

This Court, having read and considered the *Stipulation to Confirm Rejection of Sacramento Lease* (the "***Stipulation***") entered into by and between C.D.S. MOVING EQUIPMENT, INC., dba CDS PACKAGING SOLUTIONS, the Chapter 11 debtor and debtor in possession ("***CDS***" or the "***Debtor***"), and BRE DELTA INDUSTRIAL SACRAMENTO LP ("***Sacramento Landlord***"; together with the Debtor, the "***Parties***"), by their respective counsel of record, filed on August 17, 2026, as Dkt. No. ***202***, and having reviewed the Stipulation and finding good cause to approve the Stipulation,

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

IT IS HEREBY ORDERED that:

1. The Stipulation is approved.

2. The Sacramento Lease is deemed rejected effective April 30, 2026.

3. The Sacramento Landlord has an allowed claim for administrative expenses representing the Postpetition Rent in the amount of $131,362.24.

4. The Sacramento Landlord shall have an allowed unsecured lease rejection claim pursuant to Section 502(b)(6) of the Code in the amount of $63,921.68.

IT IS SO ORDERED.

###

Date: August 18, 2026

Julia W. Brand
United States Bankruptcy Judge