Derrick Talerico – Bar # 223763
*dtalerico@wztslaw.com*
Paige T. Rolfe – Bar # 331096
*prolfe@wztslaw.com*
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Chapter 11 Debtor and Debtor in Possession,
C.D.S. Moving Equipment, Inc.

FILED & ENTERED

SEP 18 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re:

C.D.S. MOVING EQUIPMENT, INC., dba CDS PACKAGING SOLUTIONS,

Debtor and Debtor in Possession.

Case No. 2:25-bk-21646-WB

Chapter 11

**ORDER FURTHER EXTENDING EXCLUSIVITY PERIODS FOR DEBTOR TO FILE A PLAN OF REORGANIZATION AND RELATED DEADLINES**

<u>Hearing</u>:
Date: September 17, 2026
Time: 10:00 a.m.
Courtroom: 1375
255 E. Temple Street
Los Angeles, CA 90012

This Court, having read and considered the *Motion for Entry of an Order Further Extending the Exclusivity Periods for Debtor to File a Plan of Reorganization and Related Deadlines* (Dkt. No. 198, the "***Motion***") filed by C.D.S. MOVING EQUIPMENT, INC., dba CDS PACKAGING

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

SOLUTIONS, the Chapter 11 debtor and debtor in possession ("***CDS***" or the "***Debtor***"), no opposition to the Motion having been filed, and finding good cause therefor,

HEREBY ORDERS that:

1. The Exclusive Filing Period is extended from August 11, 2026 to November 9, 2026.
2. The Exclusive Solicitation Period is extended from October 10, 2026 to January 8, 2027.

IT IS SO ORDERED.

###

Date: September 18, 2026

Julia W. Brand
United States Bankruptcy Judge