Derrick Talerico – Bar # 223763
dtalerico@wztslaw.com
Paige T. Rolfe – Bar # 331096
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

General Bankruptcy Counsel to
Chapter 11 Debtor and Debtor in Possession,
C.D.S. Moving Equipment, Inc.

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re:

C.D.S. MOVING EQUIPMENT, INC., dba CDS PACKAGING SOLUTIONS,

Debtor and Debtor-in-Possession.

Case No. 2:25-bk-21646-WB

Chapter 11

**DEBTOR'S CHAPTER 11 STATUS REPORT – SEPTEMBER 2026**

Status Conference:
Date: September 24, 2026
Time: 10:00 a.m.
Crtrm: 1375
255 E. Temple Street
Los Angeles, CA 90012

Judge: Hon. Julia Brand

C.D.S. MOVING EQUIPMENT, INC., dba CDS PACKAGING SOLUTIONS, the Chapter 11 debtor and debtor in possession ("**CDS**" or the "**Debtor**") in the above-captioned bankruptcy case (the "**Bankruptcy Case**") hereby files its Chapter 11 Status Report to provide an overview of the status of the case since the last status report was filed on July 23, 2026.

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

**STATUS REPORT**

**a. Operations, Financing, and Exit Plan**

The Debtor has achieved stable operations and is focusing on the financing needed to exit bankruptcy and fuel near term growth and long-term success. The Debtor has now identified a source of funding but needs more time to finalize financing details and develop, negotiate and propose a plan of reorganization. Once funding is secured, the Debtor may bring a motion to approve post-petition financing or seek approval for exit financing through a plan.

**b. Cash Collateral**

Debtor and its secured lienholder, Pathward, National Association ("**Pathward**") agreed to the use of cash collateral through May 22, 2026 as reflected by Order (Dkt. No. 121). Communication between the Debtor and Pathward continues to be open, and Pathward has not objected to the Debtor's continuing use of cash collateral.

**c. Plan Exclusivity**

The plan exclusivity period and the deadline to solicit plan (the "**Exclusivity Periods**") have been extended three times in the Bankruptcy Case (Dkt. Nos. 184, 200, and 207). Pursuant to the most recent order, the Debtor's exclusive right to file a plan ("**Exclusive Filing Period**") ends on November 9, 2026, and the Debtor's exclusive right to solicit plan acceptance ("**Exclusive Solicitation Period**") ends on January 8, 2027.

**d. United States Trustee Compliance**

**1)** *Monthly Operating Reports*: The Debtor is current in filing Monthly Operating Reports. The Debtor filed its June Monthly Operating Report on August 10, 2026 (Dkt. No. 197). The Debtor filed its July Monthly Operating Report on September 17, 2026 (Dkt. No. 206). The Debtor is in the process of preparing its August Monthly Operating Report and anticipates filing the same shortly.

2) *Quarterly Fees*: The Debtor is current in paying quarterly fees. At the last status conference, counsel for the office of the United States Trustee noted that the Debtor owed a small outstanding balance for quarterly fees. The Debtor paid that amount on or about August 18, 2026.

3) *Auto Insurance*: Counsel for the office of the United States Trustee requested that the

Debtor submit declaration pages showing that the auto insurance policy (no. ending 7773) from American Guarantee & Liability Insurance Co., in effect through May 1, 2026, had been renewed. The Debtor did not renew that policy, but replaced it with another auto insurance policy (no. ending 6901) from Kemper/Infinity Select Insurance Company, which policy is in effect from April 30, 2026 to April 30, 2027. Declaration pages for the new auto insurance policy will be provided to counsel for the office of the United States Trustee in the next week.

Dated: September 23, 2026

**WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

By */s/ Paige T. Rolfe*
Derrick Talerico
Paige T. Rolfe
General Bankruptcy Counsel for
Chapter 11 Debtor and Debtor in Possession,
C.D.S. MOVING EQUIPMENT, INC.

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S CHAPTER 11 STATUS REPORT – SEPTEMBER 2026** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 23, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)____________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 23, 2026 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Pursuant to the Judicial Practice Guide of the Honorable Julia W. Brand, chambers copies are waived unless requested.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 23, 2026 | Paige T. Rolfe | /s/ Paige T. Rolfe |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**In re C.D.S. Moving Equipment, Inc.** **Case No. 2:25-bk-21646-WB**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Debtor C.D.S. Moving Equipment, Inc.: **Derrick Talerico, Paige T. Rolfe**: dtalerico@wztslaw.com; prolfe@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Attorneys for Creditor American Express National Bank, c/o Zwicker & Associates, P.C.: **Jonathan Arias**: bknotices@zwickerpc.com
- Attorneys for Creditor COMREF SO. CA. INDUSTRIAL SUB G, LLC: **Ronald K Brown**: ron@rkbrownlaw.com
- Courtesy NEF/Interested Party: **Luis Chaves:** luis@ksgklaw.com; fileserve@ksgklaw.com
- Courtesy NEF/Interested Party: **Shawn M Christianson**: cmcintire@buchalter.com; schristianson@buchalter.com
- Attorneys for Creditor Pathward, National Association: **Kimberly Ross Clayson, Anthony M Cimini, Jr.**: kclayson@taftlaw.com; acimini@taftlaw.com; ttorni@taflaw.com; DET_Docket_Assist@taftlaw.com; kkelsey-Dennis@taftlaw.com
- Attorneys for Creditor Cummins & White, LLP: **Garrett M Fahy**: gfahy@grsm.com; rgbrown@grsm.com
- Attorneys for Creditor Blower-Dempsay Corporation: **Nicolino Iezza**: niezza@spiwakandiezza.com
- Attorneys for Creditors BRE Delta Industrial Sacramento LP, Icon IPC Property Owner Pool 6 West/Southwest, LLC, and Icon Pac Nevada Owner Pool 3 Nevada, LLC: **Kevin P Montee**: kmontee@monteeassociates.com
- Attorneys for Creditor Hayward M Industrial, LLC: **Matthew D Pham**: mpham@allenmatkins.com; mdiaz@allenmatkins.com
- Attorneys for Creditor Pathward, National Association: **Thomas E Shuck**: tshuck@pmcos.com; efilings@pmcos.com
- Attorneys for Creditor Navistar Financial Corporation: **Rachel M Sposato**: rsposato@ch-law.com; kneely@ch-law.com
- Attorneys for Creditor JP Morgan Chase Bank, N.A.: **Rebecca M Wicks**: rwicks@buchalter.com; lverstegen@buchalter.com; docket@buchalter.com
- US Trustee's Office: ustpregion16.la.ecf@usdoj.gov; **Hatty K Yip**: hatty.yip@usdoj.gov