Derrick Talerico – Bar # 223763
dtalerico@wztslaw.com
Paige T. Rolfe – Bar # 331096
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

General Bankruptcy Counsel to
Chapter 11 Debtor and Debtor in Possession,
C.D.S. Moving Equipment, Inc.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>C.D.S. MOVING EQUIPMENT, INC., dba CDS PACKAGING SOLUTIONS,<br><br>Debtor and Debtor-in-Possession. | Case No. 2:25-bk-21646-WB<br><br>Chapter 11<br><br>**DEBTOR'S CHAPTER 11 STATUS REPORT – NOVEMBER 2026**<br><br><u>Status Conference</u>:<br>Date: November 19, 2026<br>Time: 10:00 a.m.<br>Crtrm: 1375<br>255 E. Temple Street<br>Los Angeles, CA 90012<br><br>Judge: Hon. Julia Brand |

C.D.S. MOVING EQUIPMENT, INC., dba CDS PACKAGING SOLUTIONS, the Chapter 11 debtor and debtor in possession ("**CDS**" or the "**Debtor**") in the above-captioned bankruptcy case (the "**Bankruptcy Case**") hereby files its Chapter 11 Status Report to provide an overview of the status of the case since the last status report was filed on September 23, 2026.



WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

## STATUS REPORT

### A. Operations, Financing, and Exit Plan

The Debtor has achieved stable operations and is focusing on the financing needed to exit bankruptcy and fuel near term growth and long-term success. The Debtor is negotiating with investors and lenders to meet the Debtor's financing needs and propose a plan of reorganization. Once funding is secured, the Debtor may bring a motion to approve post-petition financing or seek approval for exit financing through a plan.

### B. Settlement of Colorado Litigation

The Debtor is the plaintiff in a pre-petition civil action in the United States District Court for the District of Colorado, *C.D.S. Moving Equipment, Inc. v. Packaging Exchange, Inc.* (the "**CO District Case**," Case No. 1:24-cv-02837-GPG-NRN). Counsel for the Debtor was approved by this Court to represent the Debtor in the CO District Case [Dkt. No. 174] in addition to serving as its general bankruptcy counsel in the Bankruptcy Case.

The CO District Case asserts a claim for intentional interference with contract, requesting money damages and demanding a jury trial. Prior to the Bankruptcy Case being filed, a global mediation was scheduled which was intended to resolve the CO District Case and two related cases[1] (the "**Related Cases**"). That planned mediation was suspended on account of the Bankruptcy Case being filed.

On October 29, 2026, a mediation was held which settled the CO District Case and the two Related Cases in exchange for a onetime payment of $735,000 to the Debtor (the "**Colorado Settlement**"), which the Debtor believes in its business judgment to be a fair settlement which presents a significant value to the bankruptcy estate. A term sheet was provided at the conclusion of the mediation which memorialized the terms of the agreement. The Debtor is preparing a settlement motion to seek approval of the Colorado Settlement.

---

[1] The two related cases are (1) *Blair Cooper vs. C.D.S. Moving Equipment, Inc.* (Orange County Superior Court Case No. 30-2024-01441231-CU-OE-CJC), seeking declaratory relief on non-compete issues, and (2) a separate JAMS arbitration between CDS and Leah Medina concerning certain employment related claims (JAMS Case No. 36836).

**C. Cash Collateral**

The Debtor and its secured lienholder, Pathward, National Association ("**Pathward**") agreed to the use of cash collateral through May 22, 2026 as reflected by Order [Dkt. No. 121]. Communication between the Debtor and Pathward continues to be open, and Pathward has not objected to the Debtor's continuing use of cash collateral.

**D. Plan Exclusivity**

The plan exclusivity period and the deadline to solicit plan have been extended three times in the Bankruptcy Case [Dkt. Nos. 184, 200, and 207]. Pursuant to the most recent order, the Debtor's exclusive right to file a plan ends on November 9, 2026, and the Debtor's exclusive right to solicit plan acceptance ends on January 8, 2027.

**E. United States Trustee Compliance**

1) *Monthly Operating Reports*: The Debtor is current in filing Monthly Operating Reports. The Debtor filed its September Monthly Operating Report on October 27, 2026 [Dkt. No. 212].

2) *Quarterly Fees*: The Debtor is current in paying quarterly fees.

3) *Auto Insurance*: Counsel for the office of the United States Trustee requested that the Debtor submit declaration pages showing that the auto insurance policy (no. ending 7773) from American Guarantee & Liability Insurance Co., in effect through May 1, 2026, had been renewed. The Debtor did not renew that policy but replaced it with another auto insurance policy (no. ending 6901) from Kemper/Infinity Select Insurance Company, which policy is in effect from April 30, 2026 to April 30, 2027. Declaration pages for the new auto insurance policy have been provided to counsel for the office of the United States Trustee concurrent with the filing of this report.

Dated: November 5, 2026 **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

By */s/ Paige T. Rolfe*
Derrick Talerico
Paige T. Rolfe
General Bankruptcy Counsel for
Chapter 11 Debtor and Debtor in Possession,
C.D.S. MOVING EQUIPMENT, INC.

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S CHAPTER 11 STATUS REPORT – NOVEMBER 2026** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 5, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)____________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 5, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Pursuant to the Judicial Practice Guide of the Honorable Julia W. Brand, chambers copies are waived unless requested.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 5, 2026 | Paige T. Rolfe | */s/ Paige T. Rolfe* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**In re C.D.S. Moving Equipment, Inc.** **Case No. 2:25-bk-21646-WB**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Debtor C.D.S. Moving Equipment, Inc.: **Derrick Talerico, Paige T. Rolfe**: dtalerico@wztslaw.com; prolfe@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Attorneys for Creditor American Express National Bank, c/o Zwicker & Associates, P.C.: **Jonathan Arias**: bknotices@zwickerpc.com
- Attorneys for Creditor COMREF SO. CA. INDUSTRIAL SUB G, LLC: **Ronald K Brown**: ron@rkbrownlaw.com
- Attorneys for Creditor Inland Lease & Rental, Inc., dba PacLease: **Luis Chaves:** luis@ksgklaw.com; fileserve@ksgklaw.com
- Courtesy NEF/Interested Party: **Shawn M Christianson**: cmcintire@buchalter.com; schristianson@buchalter.com
- Attorneys for Creditor Pathward, National Association: **Kimberly Ross Clayson, Anthony M Cimini, Jr.**: kclayson@taftlaw.com; acimini@taftlaw.com; ttorni@taflaw.com; DET_Docket_Assist@taftlaw.com; kkelsey-Dennis@taftlaw.com
- Attorneys for Creditor Cummins & White, LLP: **Garrett M Fahy**: gfahy@grsm.com; rgbrown@grsm.com
- Attorneys for Creditor Blower-Dempsay Corporation: **Nicolino Iezza**: niezza@spiwakandiezza.com
- Attorneys for Creditors BRE Delta Industrial Sacramento LP, Icon IPC Property Owner Pool 6 West/Southwest, LLC, and Icon Pac Nevada Owner Pool 3 Nevada, LLC: **Kevin P Montee**: kmontee@monteeassociates.com
- Attorneys for Creditor Hayward M Industrial, LLC: **Matthew D Pham**: mpham@allenmatkins.com; mdiaz@allenmatkins.com
- Attorneys for Creditor Pathward, National Association: **Thomas E Shuck**: tshuck@pmcos.com; efilings@pmcos.com
- Attorneys for Creditor Navistar Financial Corporation: **Rachel M Sposato**: rsposato@ch-law.com; kneely@ch-law.com
- Attorneys for Creditor JP Morgan Chase Bank, N.A.: **Rebecca M Wicks**: rwicks@buchalter.com; lverstegen@buchalter.com; docket@buchalter.com
- US Trustee's Office: ustpregion16.la.ecf@usdoj.gov; **Hatty K Yip**: hatty.yip@usdoj.gov

C.D.S. MOVING EQUIPMENT, INC. E-MAIL SERVICE LIST Case No. 2:25-bk-21646-WB

| Creditor | Email | Type |
|---|---|---|
| American Express | Anthony.L.Sanchez@aexp.com | 20 L |
| American Express National Bank c/o Zwicker & Associates, PC | bkproofofclaim@zwickerpc.com | 20L-POC |
| Blower Dempsay | cfriesen@blowerdempsay.com<br>mhicken@blowerdempsay.com | 20L-POC |
| Colson Group | Jennifer.Neal-Mason@colsongroup.com | 20 L |
| Comref SO CA Industrial Sub | Christopher.Gutierrez@cbre.com | 20 L |
| Coyote Logistics | delain.johnson@rxo.com | 20 L |
| Dext Capital | ilona.osherov@dextcapital.com | 20 L |
| General Works Products | tiffany.thrasher@lifting.com | 20 L |
| Hayward Industrial | dena.hodges@cbre.com | 20 L |
| Icon IPC Property Owner Pool 6 West/Southwest, LLC | lspencer@linklogistics.com | 20L-POC |
| Magis | tulika@lltpamerica.com | 20 L |
| McKinley Packaging | sandra.trinidad@mckinleypkg.com | 20 L |
| Oracle America | ron.j.johnson@oracle.com | 20 L |
| Oracle America | schristianson@buchalter.com | 20L-POC |
| Packaging Corp of America | ChristineRamos@packagingcorp.com | 20 L |
| Packaging Corp of America | vincecarrera@packagingcorp.com | 20L-POC |
| PolyAir | pchicago@itape.com | 20 L |
| Prime Converting | letty@primecc.com. | 20 L |
| Primetac / Adherex Group | lchlanda@adherexgroup.com | 20 L |
| Quingdao Wing | allieswang532@163.com | 20 L |
| CAB assignee of Qingdao Wing Cheong Tai | wthomas@cabcollects.com | 20L-POC |
| Tripaq | AR@new-indy.com | 20 L |
| Vibac Canada | sylvie.gatineau@vibac.com | 20 L |
| American Express National Bank c/o Zwicker & Associates, PC<br>Attn Jonathan Arias | bknotices@zwickerpc.com | NEF-2002 |
| Blower-Dempsay Corporation<br>Attn Nicolino Iezza | niezza@spiwakandiezza.com | NEF |
| BRE Delta Industrial Sacramento LP; Icon IPC Property Owner Pool 6 West/Southwest, LLC; Icon Pac Nevada Owner Pool 3 Nevada, LLC<br>Attn Kevin P Montee | kmontee@monteefirm.com<br>rantoine@linklogistics.com | NEF-2002 |
| Comref So. CA. Inductrial Sub G., LLC Attn: Ronald K. Brown, JR., ARC - | ron@rkbrownlaw.com | NEF |
| Cummins & White LLP<br>Attn Garrett M Fahy | gfahy@cwlawyers.com | NEF-2002 |
| Hayward M Industrial LLC<br>Attn Matthew D Pham | mpham@allenmatkins.com | NEF |
| Interested Party/Courtesy NEF<br>Attn Luis Chaves | luis@ksgklaw.com | NEF |
| Interested Party/Courtesy NEF<br>Attn Sean M Christianson | schristianson@buchalter.com | NEF |
| JPMorgan Chase Bank N.A.<br>Attn Rebecca Wicks | rwicks@buchalter.com | NEF |

C.D.S. MOVING EQUIPMENT, INC. E-MAIL SERVICE LIST Case No. 2:25-bk-21646-WB

| Creditor | Email | Type |
|---|---|---|
| Navistar Financial Corporation<br>Attn Rachel M Sposato | rsposato@ch-law.com | NEF |
| Pathward National Association<br>Attn Kimberly Ross Clayson<br>Attn Anthony M Cimini Jr | kclayson@taftlaw.com<br>acimini@taftlaw.com | NEF-2002 |
| Pathward National Association<br>Attn Thomas E Shuck | tshuck@pmcos.com | NEF |
| US Trustee's Office<br>Attn Hatty K Yip | hatty.yip@usdoj.gov | NEF |
| Pathward National Association<br>Attn Thomas Coughlin | tcoughlin@taftlaw.com | Secured |
| JPMorgan Chase Bank N.A. | rmiller@buchalter.com; kevin.gillen@chase.com | Secured-POC |
| Kubota Credit Corporation USA | pocquestions@nbsdefaultservices.com | Secured-POC |
| Navistar Financial Corporation | snoel@ch-law.com; thomas.schmitt@navistar.com | Secured-POC |